FILED

CLERK, U.S. DISTRICT COURT

MAR 18 2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____rsm_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

SHAHERYAR KHAN

2219 OLIVE STREET

BURBANK CA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFONRIA

CASE NUMBER: 2:25-CV-11961 MEMF

SHAHERYAR KHAN

        PLAINTIFF

**PLAINTIFFS MOTION TO SET
ASIDE ORDER RULE 60  FOR
PLAINTIFF MOTION LEAVE TO AMEND
COMPLAINT RULE 15; RULE 26
EXCUSABLE NEGLECT CANCER
11/18/25  ILLNESS ; FRAUD
SPOILATION  12/18/25 RULE 60 CLERK
ERROR**

        VS,

NSO ET AL

        DEFENDANT

HEARING DATE :JUNE 25TH 2026

TIME :     10 AM

FLOOR :   8TH

ROOM :   8 A
LOCATION : 350 WEST 3RD STREET
              LOS ANGELES CA

JUDGE :Maame Ewusi Mensah Frimpong

TO THE HONORABLE COURT AND ALL PARTIES

1

PLEASE TAKE NOTICE THAT ON JUNE 25TH 2026 THE PLAINTFF SHAHERUAR KHAN WILL SET A HEARING IN THE ABOVE ENTITLED COURT  TO SET ASIDE THE ORDER DENYING PLAINTFF LEAVE TO AMEND THE COMPLAINT .

THE HEARING WILL BE BASED ON THE PLEADINGS, DECLARATIONS., EXHIBITS, AND EXPERT WITNESS TESTIMONY AND WITNESS TESTIMONY THE COMPLETE FILES AND RECORDS IN THIS ACTION AND UPON ORAL AND DOCUMENTARY EVIDENCE AS MAY BE ALLOWED AT THE HEARINGOF THIS MOTION

PLAINTFF REQUEST TIME TO RECOVER DUE ILLNESS AND REATMENT OF CANCER ID THE COURT IS INCLINED TO ( EXHIBIT) LAST PAGE OF COMPLAINT AND EIVENCE SUPPORTS INCAPCITY AND CANCER IN THIS MOTION.

PLAINTIFF FILED THIS MOTION RESPECTFULLY

## INTRODUCTION

PLAINTFF FILED THIS COMPLAINT AS IT WAS SKELETALLY COMPLETED FROM PREVIOUS CASE. BUT DUE TO CANCER HAS HAD DIFFICULTY DUE TO CONFUSION MALAISE FROM COMPLETEING DUE TO COMPLEXITY AND ILLNESS FROM CANCER ( EXHIBIT) PLAINTFF IS RELIEVED FROM WORK THOUGH AUGUST. THE NEW ALLEGALTION RELATE TO TAMPERING AND DISCRIMIATION RELATED TO EXPOSURE OF  TOXIC GAS AND HOUSING DISCRIMINATION . THE COMPLAINT ALSO ALLEGES  SOME OF THE EXTENT THAT COUNCIL HAD BEEN TAMPERED WITH WHO ACTED IN BAD FAITH AND BREACHED FIDICIARY DUTY RESULTING IN HACKERS SPOILATING EVIDICE ON 12/18/25 OF INFORMATION WHICH IS EVIDECNE FOR THIS NEW COMPLAINT AND EVIDENCE TO SET ASIDE ANY ORDER. *THIS RULE WOULD TOLL OR RENEW ALLEGATION AS COURTS HAVE RECONGNIZED THAT IF A PLAINTFFS DEVICES ARE TAMPERED WITH BY A DEFENDNAT IN RELATION TO WIPING OUT EVIDECNE THAT THE EVIDECEN WOULD BE OR MUST HAVE BEEN SUBATNTIAL TO PLAINTFFS SUCCEEDED IN PLAINTFFS CASE.* PLAINTFF IS WORKING TO HAVE EXPERTS AVAILABLE TO CORROBORATE THESE ALLEGATIONS.

PLAINTFF ASKED THE COURT TO ALLOW LEAVE TO AMEND THE  COMPLAINT BEING FILED BECAUSE PLAINTFF ILLNESS HAD PROGRESSED AND PLAINTFF WAS RECOVERING AND RESTING FROM ILLNESS OF CANCER AND WAS TRYING TO DRAFT COMPLAINT WHILE SUFFERING FROM THE HARSH SYMPTOMS.

PLAINTFF IS INCAPICITATED ( EXHIBIT) AND HAS HAD DIFFICULTY (PLAINTFF WILL BRING AN EXPERT TO EXPLAIN PLAINTFF PSYCOLOGICAL HARM DUE TO PLAINTFFS EXTEME STRESS DUE TO THE HEAVY HEAVEY DISCRIMIATION ASWELL AS BEING DIAGNOSES WITH CANCER.

PLAINTIFF ALSO HAS CONTACTED THE ATTORNEY GENERALS OFFICE AS RELATED CHARITITES

2

DEFENDNATS ARE UNDER THE JURISDICTION FOR RELIEF RELATED TO JUDEMENT IN THIS CASE AND MY PREVIOUS CASES. PLAINTFF HAS ASKED AND SERVED A CIOPY OF TIS MOTION TO THE ATTORNEY GENERALS OFFICE OF CALIFORNIAAPPEAR AT THE HEARING ( EXHIBIT) AS IT ALSO AFFECT CALIFORNIA CITIZENS PUBLIC POLICY AND CAUSE IRREPRABLE HARM

PLAINTFF IS UNSURE OF WHO THE  JUDGE  IS IN THE CASE AND REQUEST CLARITY OF THE ISSUE AND LOCAL RULES ISSUE PER THE JUDGE HON JOHN F WALKER

PLAINTFF SEEKS LEAVE TO AMEND THE COMPLAINT AND STO BE COMPLETE SERVICE AFTER COURT GRANTS MOTION.

PLAINTIFF FILED THIS REQUEST AND MOTION IN THE ORIGINAL MOTION TIMELY 21 DAYS FROM THE DATE OF THE COMPLAINT WAS FILED UNDER RULE 15 DUE TO CANCER PLAINTFF WAS UNAWAFRE OF THE CHANGES IN THE CASE RECENLTY WHICH MAY BE DISCRIMINATORY.PLAINTFF HOPE FOR THE BEST AND FILES THIS MOTION

PLAINTIFF REQUEST THAT THE COURT GRANT MOTION TO SET ASIDE THE ORDER  RULE 60 FOR PLAINTFF MOTION FOR LEAVE TO AMEND RULE 15 AND  RULE 26 AMEND AS NEEDED IN REALTION TO ACTIONS RELATED TO CASE FROM RECENT HACKING AND AND ALSO SERVE THE AMENDED COMPLAINT DUE TO SPOILATION AND CORRRECTION . AFTER FILING THE COMPLAINT THE CLERKS OFFICE HAS INCORECTLY LISTED DEFENDNATS  AND PLAINTFF NEEDS TO CORRECT THE ISSUE AND REQUESTS LEAVE TO AMEND

## RULES  AND LAWS

PLAINTFF RECOGIZES AND SITES THE 9TH CIRCUIT HAS ALLOWED JUDGMENTS AND ORDERS TO BE SET ASIDE THOUGH SEPERATE ACTION . PLAINTFF SEEKS TO USE THE PRECEDENT  AND LAW SO THAT PLAINTFF CAN SEEK RELIEF TO SET ASIDE THE JUDGMENT OF DISMISSAL WITH PREJUDICE  UN DER RULE 60 B3 MAY BE RELIEVED THOUGH THIS  ACTION. PLAINTIFF FEELS THAT PLAINTIFF WOULD BE UNABLE TO EXPLAIN THE DEFENDANTS ACTIONS  INTERFEREING WITH CASE ACTIONS BY DEFENDNAT TO BE DECSCRIBED AS  " AGGRESSIOUS " THAT PLAINTFF SUFFERED HARM RELATED TO INABILITY TO PROSECUTE CASE  IN RELATION TO THE DEFENDNATS VIOLATION OF THE PLAINTFFS RIGHTS AFFECTING PLAINTIFF CONSTITUTIONL RIGHTS OF  DUE PROCESS AND EQUAL PROTECTIONS WHICH WERE VIOLATED WHILE THE PREVIOUS CASE WAS PENDING WIHT EXPRESS PURPOSE TO TERRORIZE EVERY ASPECT OF PLAINTFFS LIFE TO AFFECT PROSECUTION OF A CASE AND INFLCIT ILLNESS THOUGH EXPOSING PLAINTFF TO TOXIC GAS WITH THE EXPRESS PURPOSE  TO KILL OR INJUR PLAINTFF

UNDER RULE 60 PLANTFF SHOULD BE ALLOWED UNDER EXCUSABLE NEGLECT TO AMEND COMPLAINT DUE TO ILLNESS CANCER 11/18/26. PLAINTFF SOULD BE ALLOWED TO AMEND COMPLAINT UNDER RULE 60 DUE TO INSTANT SPOILATION AFTER FILING THE COMPLAINT BY DEFENDNAT GOOGLE AND RELEATED PHINE COMPANY AND DEFENDNAT.PLAINTFF DUE TO

3

CLERICAL ERROR SHOULD BE ALLOWED LEAVE TO AMEND TO CORRECT ERRORS ON DCOKET AND OMISSIONS BY CLERKS OFFICE.

UNDER RULE 15 PLAINTFF IS PERMISTTED BY MOTION TO ASK THE COURT WITHIN 21 DAY TO LEAVE TO AMEND THE COMPLAINT

DUE TO SPOILATION UNDER RULE 26 PLAINTFF SHOULD BE PERMITTED TO AMEND RELAGTED ISSUES UNDER RELATED ACTION WHICH OCCURED TO HINDER PLAINTFF AFTER ON 12/18/26 PROSECUTION OF COMPLAINT( HACKING) THIS SHOWS AN ILLUSTRATES THE PRECISNESS OF ACITVITY AND ATTENTION TO PLAINTFF SHAHDERYAR KHANS CASE AND THE RECTION WAS:

# !!!!!!!!!SPOILATIOIN!!!!!

# THIS SHOULD NOT BE IGNORED  RESPECTFULLY, PLEASE TAKE JUDICIAL NOTICE

### ILLNESS INCAPCITY CANCER (EXHIBIT FINAL PAGE OF COMPLAINT)

PLAINTIFF WAS SHOWING SIGNS OF CANCER IN EARLY 2025. PLAINTFF PHYSICIAN REALTED PLAINTFF TO CANCER CARE RECOVERY CENTER . PLAINTFF HAD BEEN FEELING ILL AFTER EXPOSURE TO THE GAS IN 2022 JUST AFTER PLAINTFF FILED THIS COMPLAINT . PLAINTIFF WAS WAS CONSTANTLY FEELING FATIGUED AND INJURED  AND HAD BRAIN MALAISE  DURING THIS PERIOD SINCE BEING EXPOSED TO THE GAS.. PLAINTIFF  HAD BEEN UNDERGOING TESTS THOUGH OUT THE YEAR. IN NOVEMBER OF 2025 PLAINTIFF WAS DIAGNOSED WITH CANCER ON 11/18/25( EXHIBIT) MAKING THINKING / OR ANY WORK OR MOVMENT VERY CHALLENGING WHICH EXPLAINS PLAINTFFS HARDSHIP IN JANUARY OF 2025.

### NEW ISSUES AS OF 12/18/25

ON 12/10/25 AND 12/18/25 PLAINTIFF DEVICES WERE HACKED AND SPOILATED JUST AFTER THIS CASE WAS FILED ON 12.18/25 . PLAINTIFF ALLEGES THAT DEFENDANTS WHO ARE NOT NAMED USED  THE ABUSIVE SPYING ON PLAINTIFFS COMPUTER AND THEN ACTED THOUGH ASSASINATION ON 12/16/26  AND 9/10/25  AND ARE RELATED TO  DEFEDANT GOOGLE, GOOGLE SCHOLARS AND AFFECTS PLAINTFF ABILITY TO REQUEST DISCOVERY AND DEPOSE THE

4

WITNESS. PLAINTFF WAS IN THE PROCESS OF DRAFTING THE COMPLAINT BUT DUE TO THE CANCER WAS LIMITED IN WORKING CAPACITY.

PLAINTIFFS DEVICES FOR THE RECENT HACKING  ON 12/10/25 AND 12/18/25 ISOR IS REALTED TO  DEFEDNANT GOOGLE WHO ALSO HACKED PLAINTIFFS DEVICE WHILE PENDENCY AND DURATION PLAINTFFS PREVIOUS CASE  2:22-02333 MEMW AND THIS CURRENT CASE FROM 4/7/22 AND THOUGH THE PREVIOUS CASE AND APPEALS.

PLAINTFF LEARNED THAT DELAYS CAUSED BY DEFENDNATS WHICH IS CAUSIATION FOR PLAINTFFS  WHO WAS RELIANT ON DEFEDANTS REPRESENTIONS WHICH WERE FRAUDULENT AND BEREACHED  CASED A DISMISSAL SEPERATE FROM ILLNESS CAUSING MENATL ANGUISH. IN PREVIOUS CASE ATTORNEYS AND DEFEDANTS WHO ARE LENDERS AND BANKS AND INDIVIDUALS AND CORPORATIONS WHO ACTED NEGLIGENTLY AND INTENTIOANLLY CONCEALED INTENTIONS AND BREACHED AGREEMENT WHILE PREVIOUS CASE WAS PENDING ARE  LISTED AS DEFENDNATS IN THIS COMPLAINT AFFECTING PROSECUTION AND LIEFE AND LIBERTY AND FREDOOM OF PLAINTTIFF AND THE AMENDING OF THE CASE WILL ALLOW PLAINTFF TO EXPLAIN EACH DEFENDATS ACTION WHILE THE CASE WAS PENDING TO LURE AND MISLIEAD PLAINGTFF TO INJURY THOUGH FRAUD AND FRAUDULENT CONCEALMENT AND SPILATIONS AND OTHER MATTERS. PLAINTIFF WILL ADD DEFENDANTS RELATED TO THE SPOILATION ON 12/18/25 IN THE EVENING LITERALLY HOURS AFTER PLAINTFF FILED THE COMPLAINT. THIS MAY REQUIRE DISCOVERY . THIS WAS GREATLY CAUSED NY ATTORNEY PLAINTFF HIRED FOR BUSINESS WHO TAMPERED OR ACTED AGRESSIOULSY TO INJUR CASES . WHEN PLAINTFF FILED THIS COMPLAINT THE DEVICE WAQS IMMEDIATLY HACKED AND COMMUNIATIONS WERE WIPED WHICH EFFECT THIS CASE WHICH PLAINTFF REQUERED,

THE SPOILATION RELATES TO CHARITIES  WHO ABUSED ANY AUTHORITY AND PLAINTFF ALLEGES THE DEFENDANTS RELATED TO THE CHARITYAND OTHER DEFEDNATS CONSPIRED AND VIOLATED THE PLAINTFFS . DUE TO THIS ISSUE THE OFFICE OF THE ATTORNEY GENERAL HAS BEEN COPIES AND SERVED WITH THE MOTION. PLAINTFF INTENDS TIO ASK THE ATTORNEY GENERAL ASSIGNED TO APPEAR AT THE HEARING.

*AGIAN, PLAINTFF ASKED THE COURT TO ALLOW LEAVE TO AMEND COMPLAINT BEING FILED BECAUSE PLAINTFF ILLNESS HAD PROGRESSED AND PLAINTFF WAS RECOVERING AND RESTING FROM ILLNESS OF CANCER AND SET ASIDE THE ORDER . DUE TO THE CANCER PLAINTFF HAS HARDSHIP IN MANUEVERING AND THINKING FOR SHORT DURIONS WITH OUT MULTIPLE WEEKLONG OR MONTHLY RESTING PERIODS RELATED TO THE AFFECT OF CANCER*

IN THIS TIME PLAINTIFF HAS ALSO ALLEGES THAT PLAINTFF DISCOVERED THAT THE DEPARTMENT OF JUSTICE HAS TARGETED AND TAMPERED WITH PLAINTIFFS CASE . PLAINTIFFS FAMILY MEMBER ALSO HAD THE SAME ISSUE IN A BANKRUPTCY CASE, WHERE DOCKETS AND LOCAL RULES WERE TAMPERIED WITH ON THE OPTIONS FOR DOCKETS, JUDGES, AND OPTION FOR LOCAL RULES ALTERD TO INJUR PLAINTIFF OR DEBOTRS IN VIOLATION OF EQUAL PROTECTION AND DUE PROCESS  CONSTITUTIONAL RIGHTS.. THE DEPARTMENT OF JUSTICE HAS LITERALLY TARGETED US. PLAINTFF REQUEST LEAVE TO AMEND UNDER RULE 26  UNDER RULE 15 PLAINTFF FILED THE MOTION WITHIN 21 DAYS OF FILING THE COMPLAINT .

## CONCLUSION

UN DER RULE 60 AND DUE TO TAMPERING AFTER PLAINTFF LISTED ATTORNEYS  AS DEFENDNATS PLAINTFFS DEVICES WERE IMMEDIATOY HACKED . PLAINTFF SEEKS LEAVE TO AMEND FOR THIS REASON AND CURRENT CONSPIRACYU RESULTING IN THE SPOILATION TO BE ADDED AS DEFENDNATS. COURT CLERKS ALSO MISAPPLIED OR SPELLED OR LISTED DEFENDENTS OR OMKITTED DEFENDATS ENTITRELY. PLAINTFF WISHES TO LEAVE TO AMEND THE COMPLAINT TO CORRECT THE ISSUES AND SPELLING.

PLAINTFF BELIEVES AND HAS ALLEGED THAT  PLAINTFF WAS AFFECTED BY TAMPERING WITH ATTORNEY ACTING IN BAD FAITH IN VIOLATION OF THIER DUTY AFFECTING PLAINTFF AND PLAINTFFS PARTNER AFFECTINGPLAINTFF. THIS RELATES SPECIFICALLY TO THE RECENTLY SPOILATION WHERE DEVICE INFO, COMMUNIATIONS HAVE BEEN WIPED FOR THE PURPOSE OF THIS COMPLAINT TO SET ASIDE THE JUDGEMNT AS EVIDENCE OF TAMPERING. Attorney Tampering *Washington State v Trump ( 2025 9th circuit) uNDER RULE 60 PLAINTFF WISHES LEAVE TO AMEND AS THIS MAIN ISSUE IS RELEVANT IN SETTING ASIDE THE ORDER.*

*PLAINTIFF URGES THE COURT AND RELIES ON THE RELIEF REQUESTED. THE PLAINTFF FILED THE MOTIION TIMELY AND REQUEST EXCUSABLE NEGLECT DUE TO THE CANCER AND ISSUES LISTED ABOVE AND RELIEF ADNASKS THE COURT TO GRANT THE MOTION BASED ON THE PLEADINGS AND EVIDECNE DECLARATIONS AND TESTIMONY AT THEW HEARING.*

## RELEIF REQUESTED

PLAINTFF WISHES FOR TIME TO RECOVER FROM CANCER THOUGH JOINT STATEMENT

AND TO LEAVE AMEND THE COMPLAINT AS NEEDED AND ASKS

I DECLARE UNDER THE PEANLTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT

3/18/26

X_____

PLAINTIFF SHAHERYAR KHAN