FILED

CLERK, U.S. DISTRICT COURT

MAR 18 2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____rsm_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

SHAHERYAR KHAN

2219 OLIVE STREET

BURBANK CA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFONRIA

CASE NUMBER: 2:25-CV-11961 MEMF

SHAHERYAR KHAN

      PLAINTIFF

VS.

NS0 ET AL

      DEFENDANT

**PROOF OF SERVICE**

PLAINTIFFS MOTION TO SET ASIDE ORDER RULE 60   FOR PLAINTIFF MOTION LEAVE TO AMEND COMPLAINT RULE 15; RULE 26 EXCUSABLE NEGLECT CANCER 11/18/25  ILLNESS ; FRAUD SPOILATION  12/18/25 RULE 60 CLERK ERROR

HEARING DATE :JUNE 25TH 2026

TIME :        10 AM

FLOOR :     8TH

ROOM :      8 A
LOCATION : 350 WEST 3RD STREET
                  LOS ANGELES CA

JUDGE :Maame Ewusi Mensah Frimpong

TO THE HONORABLE COURT AND ALL PARTIES

1

I Regina zaapte declare the following

My Addresss is 2219 Olive St BurbANk Ca 91506, which is located in the county where the mailing decsribed took place.

On 3/19/26 I served the following documents described as:

1.)                    **PROOF OF SERVICE**

PLAINTIFFS MOTION TO SET
ASIDE ORDER RULE 60   FOR
PLAINTIFF MOTION LEAVE TO AMEND
COMPLAINT RULE 15; RULE 26
EXCUSABLE NEGLECT CANCER
11/18/25  ILLNESS ; FRAUD
SPOILATION  12/18/25 RULE 60 CLERK
ERROR

2)                     **PLAINTIFFS MOTION TO SET
ASIDE ORDER RULE 60   FOR
PLAINTIFF MOTION LEAVE TO AMEND
COMPLAINT RULE 15; RULE 26
EXCUSABLE NEGLECT CANCER
11/18/25  ILLNESS ; FRAUD
SPOILATION  12/18/25 RULE 60 CLERK
ERROR**

3)                     **PLAINTIFFS DECLARATION TO SUPPORT**

PLAINTIFFS MOTION TO SET
ASIDE ORDER RULE 60   FOR
PLAINTIFF MOTION LEAVE TO AMEND
COMPLAINT RULE 15; RULE 26
EXCUSABLE NEGLECT CANCER
11/18/25  ILLNESS ; FRAUD
SPOILATION  12/18/25 RULE 60 CLERK
ERROR

2

I SERVED On all parties in this action by placing a true and correct copy there of in a sealed envelope with first class postage prepaid thereon and deposited said envelope in the united states mail at or in Burbank ca  on 3/19/26

I mailed the following dcouments to the ADDRESSES


JUDGE MAAME EWUSI-MENSAH FRIMPONG

350 WEST FIRST STREET

LOS ANGLES CA 90012




I declare under the penalty of perjury that the foregoing is true and correct

executed on 3/19/2026 at Burbank California



DATE 3-19 2025    Sign _____        Print Regina Zapata


3