# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHERYAR KHAN | CASE NUMBER:<br><br>2:25–cv–11961–MEMF–AS |
| Plaintiff(s), | |
| v. | |
| NSO , et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: ___3/18/2026___

Document No.: ___16___

Title of Document: ___MOTION TO SET ASIDE ORDER RULE 60 For Plaintiff Motion Leave to Amend Complaint Rule 15; Rule 26 Excusable Neglect Cancer 11/18/2025 Illness; Fraud Spoilation 12/18/26 Rule 60 Clerk Error___

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ March 26, 2026 _                    By: _/s/ Yvette Louis  yvette_louis@cacd.uscourts.gov_
                                                               Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS