**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| Shaheryar Khan, | 2:25-cv-11961-MEMF-AS |
| PLAINTIFF(S) | |
| v. | |
| NSO, et al., | **ORDER ON REQUEST TO PROCEED** *IN FORMA PAUPERIS* (NON-PRISONER CASE) |
| DEFENDANT(S) | |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.    ☐ is able to pay the filing fees.

☒ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

Plaintiff did not completely answer Question 5 of the Request. (ECF No. 2 at 2.) Moreover, in response to Question 7 of the Request, Plaintiff appears to have reported his overall financial obligations rather than his monthly obligations. (Id.)

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☒ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:

    ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
    ☐ The action is frivolous or malicious.
    ☐ The action fails to state a claim upon which relief may be granted.
    ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

Plaintiff must file a Request that is filled out completely and that is responsive to the questions asked. In the alternative, Plaintiff must pay the filing fee of $405.

Plaintiff also must file an Amended Complaint. Plaintiff's motion for leave to amend his Complaint is denied as moot. (ECF No. 16.) See the attached statement.

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

| | |
|---|---|
| May 11, 2026 | |
| Date | United States District Judge |

On December 18, 2025, Plaintiff filed a Complaint and a Request to Proceed In Forma Pauperis. (ECF Nos. 1, 2.) On February 5, 2026, the case was transferred to Judge Frimpong. (ECF No. 13.) Plaintiff purports to bring more than 60 claims against more than 200 Defendants. (ECF No. 1 at 1-4.) Plaintiff alleges, among other things, the illegal use of his intellectual property, the weaponization of the government against him, and the violation of his civil rights. (Id. at 19-23.) Although Plaintiff names more than 200 Defendants, Plaintiff does not specifically allege what any particular Defendant did wrong. Plaintiff seeks relief that includes, among other things, 30 trillion dollars in damages. (ECF No. 1-1 at 24.)

Because Plaintiff seeks to proceed in forma pauperis, the Court has reviewed the Complaint to determine whether the action is frivolous or malicious; fails to state a claim upon which relief may be granted; or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As stated below, Plaintiff is ordered to file an Amended Complaint if he wishes to proceed.

As an initial matter, the formatting of the Complaint violates the Central District's Local Rules. All documents presented to the Court must use a font of 14 points or larger, must be double-spaced, and must not have more than 28 lines per page. Local Rules 11-3.1.1 and 11.3.2. The Complaint does not comply with these rules.

The Complaint also violates Rule 8 of the Federal Rules of Civil Procedure, which "requires every pleading that states a claim for relief [to] contain three things: a short and plain statement of the grounds for the court's jurisdiction, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for the relief sought." Gibson v. City of Portland, 165 F.4th 1265, 1287 (9th Cir. 2026) (quotation marks omitted). Plaintiff has not provided a short and plain statement of the grounds for the Court's jurisdiction. Plaintiff also has not provided a "short and plain statement of the claim showing that the pleader is entitled to relief." Ashcroft v. Iqbal, 556 U.S. 662, 677-78 (2009). Instead, the Complaint "contains multiple counts, incorporating allegations for all preceding counts; it is conclusory and vague; and it asserts multiple claims against multiple defendants without identifying who did what." Gibson, 165 F.4th at 1291.

The Complaint also appears to be raising unrelated claims against different Defendants. "To join together in one action, plaintiffs must meet two specific requirements: (1) the right to relief asserted by each plaintiff must arise out of or relate to the same transaction or occurrence, or series of transactions or occurrences; and (2) a question of law or fact common to all parties must arise in the action." Coughlin v. Rogers, 130 F.3d 1348, 1351 (9th Cir. 1997).

If Plaintiff wishes to proceed, he will file an Amended Complaint in 30 days. The Amended Complaint will be complete in itself and will not refer to the initial Complaint. The Amended Complaint will comply with the Local Rules and Rule 8 of the Federal Rules of Civil Procedure. The Amended Complaint will not name any Defendant without specifically alleging what the Defendant did wrong. The Amended Complaint will not bring unrelated claims against different Defendants. The Amended Complaint will not exceed 25 pages. The failure to file an Amended Complaint, or the filing of an Amended Complaint that does not comply with all these instructions, will result in the dismissal of this action.

Plaintiff's motion for leave to amend his Complaint is denied as moot. (ECF No. 16.)

*(attach additional pages if necessary)*