

Shaheryar Khan

2219 Olive Street

Burbank CA 91506

FILED

CLERK, U.S. DISTRICT COURT

06/08/2026

CENTRAL DISTRICT OF CALIFORNIA

BY ___ GSA ___ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

|  |  |
|---|---|
| Plaintiff(s), | ) Case Number:2:25-CV-11961 MEMF |
| vs. | ) **PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT** |
| NSO et al(s) | ) |
|  | ) **DATE: JUNE 29TH 2026**<br>**TIME:   10 AM** |
|  | ) **DEPT:**<br>**8TH FLOOR**<br>**ROOM A** |
| Defendant(s). | ) **LOCATION : 350 WEST 1ST STEET**<br>**LOS ANGLES CA** |
|  | **JUDGE :Maame Ewusi Mensah Frimpong**<br>**Action Filed: 12/18/25**<br>**Trial Date: (Date or Unassigned)** |

To The Honorable Court:

I Shaheryar Khan the Plaintiff In this case herby Applies to the court Ex Parte.

Plaintiff was unaware of the order in early May 2026 and due to excusable neglect,

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

extreme discomfort from illness and cancer and asks for extension and due to extrinsic fraud and new evidence.

EXHIBITS WILL BE FILED SEPERATLY DUE TO TRAVEL REQ AND REST REQUIREMENT OF PLAINTFFAND UNDER SEAL APPLICATION SEPERATELY IN 7 DAYS.

Plaintiff applies Ex parte due to Unprecedented extrinsic fraud including , recent hacking and spoliation which occurred on 5-20-26 and new argument with similar case evidence behavior of a defendant in this cases of a scheme which exposed other plaintiff with material similar and like plaintiff was exposed with toxic gas . Plaintiff is also asking for clarity on May 2026 orders and fees.  Plaintiff is currently suffering from acute and tremendous pain related to incapacity and Cancer diagnosis Plaintiff will support this with the Pleadings, exhibits, declaration and complaints logged and made with authorities and relevant legal cases, and oral discussion should the Judge allow it. Plaintiff can order expert opinion if the court requests in the order.

Plaintiff case is not frivolous and plaintiff seeks extension of time to pay fees and file documents. Plaintiff case has Public Interest and Policy.

Plaintiff was unaware of the orders issued in May as Plaintiff was under the impression the Hearing was scheduled for 6/25/26 as plaintiff had calendared for hearing in the 8th floor.  Plaintiff received the orders late due to illness recovery and mail being couriered 2 1/2 weeks after issuance in May 2026.

Plaintiff is asking the court to extend the deadlines in June due to plaintiff being burdened with cost associated with the recent spoliation and data recovery and also time to plead the requested Complaint hopefully after regaining the information and files and evidence. Plaintiff will be seeking to file a motion with the amended complaint for sanctions and terminating sanctions due to new evidence not available at the time of the original filing.

**Plaintiff will filed separately Communications and redacted info though a Sealed**

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

**document before the exparte hearing date due to Sensitive data and communication with White house and Governor Gavin Newsom And Attorney General of California Rob Bonta . Due to security clearance and national security Plaintiff will seek to file this under seal in 7 days or before 7 days.**

## Factual and Procedural History

Plaintiff received mail late while in recovery and treatment is ongoing. The mail delivered was delayed and had been brought to location where plaintiff was recovering. This included the following 2 orders (attached as exhibit) Plaintiff expected hearing date on 6/25/26

Plaintiff files this motion through the EDSS system timely on Monday 6-8-26 the next available court operating Day ( Due date June 7th ( Sunday) as the court has request and set deadlines set for June 7th 2026 a Sunday and also June 11th 2026 .

Plaintiff seeks extension on both dates due to excusable neglect from illness recovery and extrinsic fraud infliction of injury and new evidence related to recent spoliation and defendant's inference and illegal activities.

Plaintiff filed this action on 12/18/25. Plaintiff was assigned Hon Judge Walker.

Plaintiff filed a fee waiver which plaintiff believes was granted.

Plaintiff filed a motion for leave to amend under rule 15 seeking permission to leave to amend the complaint 21 day after the initial complaint was filed with courts permission while plaintiff was seeking treatment for cancer. The Motion was denied. Plaintiff was unsure.

The Judges were changed as plaintiff is confused to the legality as the judge accepted the case and may have granted fee waiver.

Plaintiff filed a motion to set aside the order on or about 3/18/26 to be heard June 25th 2026 to be heard with Hon Judge Frimpong and an order was issued in May.

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

**Reasons for Extension**

Plaintiff filed the exparte and did not have enough time with recovery and illness and issues pertaining to data recovery and settlement discussions and major resting periods due to severe pain and was unaware of the order until recently.

Plaintiff seeks clarity as both orders with 8th and the 11th of June deadlines which seem similar and plaintiff is unsure of the deadlines and also seeks extension of both of those dates. Plaintiff is unsure if the court requires Plaintiff to pay fees to the court. Plaintiff is also unsure of the deadlines and 2 orders came in which seem similar. Due to additional high Costs associated with recent spoliation and harassment on or about 5/20/26 Plaintiff is requesting an extension of time to pay fees and /or file the requested documents due to new facts.

Plaintiff has uncovered new evidence that explains civil rights violations

Plaintiff was hacked approximately 2 weeks ago

Plaintiff will seek sanctions

Plaintiff is ill in pain and is rest and recovery Plaintiff next medical dates are towards end of Month.

**Grounds for Extension Rule 60**

Plaintiff seeks and extension for excusable neglect and also extrinsic fraud and newly discovered evidence. The recent Spoliation 5/20/26 and previous spoliation relates to a murder of an agent of defendant and attorney tampering and applicability for the court to award sanctions to the plaintiff.

The exposure to Gas relates to newly discovered evidence and current defendants and relates to appeal which seek to address discrimination retaliation and civil rights violations

Plaintiff is recovering from Incapacity and illness and diagnosis of Cancer

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

**Extrinsic Fraud, Rampant Hacking and Spoliation" and New claim.**

Plaintiff's device and records were spoliated in at attack on Plaintiff devices on or about 12/18/25 and 12/20/25 and 5/20/26. The device hacked relates to Defendant Google and Defendant Tracphone , and Involves Activities related to Defendant *NSO in re Apple v. NSO Plaintiff* other records were hacked at a 3rd party location and a request for records which plaintiff found out on 6/4/26  ( exhibit) . The information relates to bank evidence, attorney tampering, and theft of trade secrets, employment interference, and medical treatment.

Plaintiff has alleged extrinsic fraud and interference with attorneys and business contracts the spoliation directly affects communications and confirms misrepresentations by attorneys to the plaintiff and plaintiff's partners. Plaintiff has been record keeper and the defendant had known this and affected other cases. Plaintiff claim for attorney tampering relies on data spoliated where attorneys communicated with plaintiff and made certain representations which were then found to be false. Plaintiff is alleging tampering with attorneys .*IN RE ABA V TRUMP (2025); IN RE WILMER HALE V TRUMP ADMINISTRATION (2025) ; in Re Washington State V. Trump ( 9th circuit 2025) ; IN RE SUSSMAN GODFREY LLP V TRUMP ADMINISTRATION (2025) ; PERKINS COIE LLP V TRUMP ADMINISTRATION (2025); IN RE JENNER AND BLOCK V TRUMP ADMINISTRATION (2025) .*

Plaintiff also has obtained new facts that link defendant Affinity Partners to a scheme where the founder and his associated Company has exposed tenants harmful environment (Construction dust) to tenants and guests of his properties in *re Andrea T. et al V Kushner Companies Who* has access to Defendant United States Government, during his tenure in the White house and president Trump.) an

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

interested party) This issue affect the scheme for Defendant Jon Hayes, Defendants Resnik Hayes and other defendants with Kusher and Affinity partner being the Beneficiary of the Misappropriation of intellectual property of Plaintiff . There are many other scheme related to other trade secret and technology Plaintiff and related defendants. This newly discovered information can and has the ability to make a claim against the United States and also recent Activity related to Affinity Partners and Jared Kushner due to a death at the time Plaintiff filed this complaint related to defendant Google and the Spoliation on 12/10/25 and 12/18/25.

Plaintiff has been victim of violations of computer fraud abuse act, attorney tampering and banking and housing Decimation and civil rights violation and Plaintiff has now and is alleging discrimination as war crimes on illegally masked as common discrimination on Plaintiff.

This is unprecedented as Plaintiff alleges that some sort of mechanism though a 'label" or "Sanctions" were improperly placed by the defendants on the Plaintiff which was used as tool for to warrant illegal surveillance , banking discrimination and also used as a " free pass "to spy on Plaintiff and excuse to harass and violate plaintiff constitutional and civil rights and with the express purpose to infringe on his intellectual property and destroy hat evidence though a myriad of illegal methods.

Plaintiff seeks an extension of time due to recent spoliation and extrinsic fraud and excusable neglect due to plaintiff being unaware of order due to hearing being taken of calendar for June 25th 2026. Plaintiff is also seeking an extension of time to pay filing fees as Plaintiff has limited income and has had to pay for additional costs related to travel medical treatment and spoliation and recovery of data and experts. These "bad actors" could be affecting records and evidence and this behavior will affect "anyone and everyone" and will have a tremendous effect on public policy to deter bad actors and its agent and associated corporations that rely on this illegal activities due to illegal spoliation and extrinsic fraud.

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

Plaintiff is seeking an extension of time to address these new issues into the Complaint and seek monetary and terminating sanctions with the new complaint though discovery and tolling to seek equitable relief which the court has the inherent right to provide and order to curb Injustice used by bad actors in the court system .

6/7/26                           X _____

                                      PLAINTFF SHAHERYAR KHAN

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT