Shaheryar Khan

2219 Olive Street

Burbank CA 91506

FILED

CLERK, U.S. DISTRICT COURT

06/08/2026

CENTRAL DISTRICT OF CALIFORNIA

BY____GSA____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHERYAR KHAN | ) Case Number:2:25-CV-11961 MEMF |
| | ) |
| Plaintiff(s), | ) MEMORANDUM AND POINTS OF |
| | ) AUTHORITY TO SUPPORT |
| vs. | ) PLAINTIFFS EXPARTE APPLICATION FOR |
| | ) MOTION TO EXTEND TIME DUE TO RULE |
| | ) 60 EXTRINSIC FRAUD AND EXCUSABLE |
| NSO et al(s) | ) NEGLECT |
| | ) |
| Defendant(s). | ) |
| | ) DATE: JUNE 29TH 2026 |
| | ) TIME: 10 AM |
| | ) |
| | ) DEPT: 8TH FLOOR ROOM A |
| | ) LOCATION : 350 WEST 1ST STEET |
| | ) LOS ANGLES CA |
| | ) |

JUDGE :Maame Ewusi Mensah

Frimpong

Action Filed: 12/18/25

---

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO
RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

## Factual and Procedural History

Plaintiff received mail late while in recovery and treatment is ongoing. The mail delivered was delayed and had been brought to location where plaintiff was recovering. This included the following 2 orders (attached as exhibit) Plaintiff expected hearing date on 6/25/26

Plaintiff files this motion through the EDSS system timely on Monday 6-8-26 the next available court operating Day ( Due date June 7th ( Sunday) as the court has request and set deadlines set for June 7th 2026 a Sunday and also June 11th 2026 . Plaintiff seeks extension on both dates due to excusable neglect from illness recovery and extrinsic fraud infliction of injury and new evidence related to recent spoliation and defendant's interference and illegal activities.

EXHIBITS WILL BE FILED SEPERATLY DUE TO TRAVEL REQ AND REST REQUIREMENT OF PLAINTFF AND UNDER SEAL IN 7 DAYS.

Plaintiff filed this action on 12/18/25. Plaintiff was assigned Hon Judge Walker. Plaintiff filed a fee waiver which plaintiff believes was granted.

Plaintiff filed a motion for leave to amend under rule 15 seeking permission to leave to amend the complaint 21 day after the initial complaint was filed with courts permission while plaintiff was seeking treatment for cancer. The Motion was denied. Plaintiff was unsure.

The Judges were changed as plaintiff is confused to the legality as the judge accepted the case and may have granted fee waiver.

Plaintiff filed a motion to set aside the order on or about 3/18/26 to be heard June 25th 2026 to be heard with Hon Judge Frimpong and an order was issued in May.

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

## Reasons for Extension

Plaintiff filed the exparte and did not have enough time with recovery and illness and issues pertaining to data recovery and settlement discussions and major resting periods due to severe pain and was unaware of the order until recently.

Plaintiff seeks clarity as both orders with 8th and the 11th of June deadlines which seem similar and plaintiff is unsure of the deadlines and also seeks extension of both of those dates. Plaintiff is unsure if the court requires Plaintiff to pay fees to the court.

Plaintiff is also unsure of the deadlines and 2 orders came in which seem similar. Due to additional high Costs associated with recent spoliation and harassment on or about 5/20/26 Plaintiff is requesting an extension of time to pay fees and /or file the requested documents due to new facts.

Plaintiff has uncovered new evidence that explains civil rights violations

Plaintiff was hacked approximately 2 weeks ago

Plaintiff will seek sanctions

Plaintiff is ill in pain and is rest and recovery Plaintiff next medical dates are towards end of Month.


## Grounds for Extension Rule 60

Plaintiff seeks and extension for excusable neglect and also extrinsic fraud and newly discovered evidence. The recent Spoliation 5/20/26 and previous spoliation relates to a murder of an agent of defendant and attorney tampering and applicability for the court to award sanctions to the plaintiff.

The exposure to Gas relates to newly discovered evidence and current defendants and relates to appeal which seek to address discrimination retaliation and civil rights violations

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

Plaintiff is recovering from Incapacity and illness and diagnosis of Cancer

**Extrinsic Fraud, Rampant Hacking and Spoliation" and New claim.**

Plaintiff's device and records were spolaited in at attack on Plaintiff devices on or about 12/18/25 and 12/20/25 and 5/20/26.  The device hacked relates to Defendant Google and Defendant Tracphone , and Involves Activities related to Defendant *NSO  in re Apple v. NSO Plaintiff* other records were hacked at a 3rd party location and a request for records which plaintiff found out on 6/4/26   ( exhibit) .  The information relates to bank evidence, attorney tampering, and theft of trade secrets, employment interference, and medical treatment.

Plaintiff has alleged extrinsic fraud and interfere with attorneys and business contracts the spoliation directly affects communications and misrepresentations by attorneys to the plaintiff and plaintiffs partners. Plaintiff has been record keeper and the defendant had known this and affected other cases. Plaintiff claim for attorney tampering relies on data spoilated where attorneys communicated with plaintiff and made certain representations which were then found to be false. Plaintiff is alleging tampering with attorneys .*IN RE ABA V TRUMP (2025); IN RE WILMER HALE V TRUMP ADMINISTRATION (2025) ; in Re Washington State V. Trump ( 9th circuit 2025) ; IN RE SUSSMAN GODFREY LLP V TRUMP ADMINISTRATION (2025) ; PERKINS COIE LLP V TRUMP ADMINISTRATION (2025); IN RE JENNER AND BLOCK V TRUMP ADMINISTRATION (2025) .*

Plaintiff also has obtained new facts that link defendant Affinity Partners to a scheme where the founder and his associated Company has exposed tenants harmful environment (Construction dust) to tenants and guests of his properties in MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

*re Andrea T. et al V Kushner Companies Who* has access to Defendant United States Government, during his tenure in the White house and president Trump.) an interested party) This issue affect the scheme for Defendant Jon Hayes, Defendants Resnik Hayes and other defendants with Kushner and Affinity partner being the Beneficiary of the Misappropriation of intellectual property of Plaintiff. There are many other scheme related to other trade secret and technology Plaintiff and related defendants. This newly discovered information can and has the ability to make a claim against the United States and also recent Activity related to Affinity Partners and Jared Kushner due to a death at the time Plaintiff filed this complaint related to defendant Google and the Spoliation on 12/10/25 and 12/18/25.

Plaintiff has been victim of violations of computer fraud abuse act, attorney tampering and banking and housing Discrimination and civil rights violation and Plaintiff has now and is alleging discrimination as a war crime on illegally masked as common discrimination on Plaintiff.

This is unprecedented as Plaintiff alleges that some sort of mechanism though a 'label" or "Sanctions" were improperly and fraudulently placed by the defendants on the Plaintiff which was used as tool for to warrant illegal surveillance , banking discrimination and also used as a " free pass "to spy on Plaintiff and excuse to harass and violate plaintiff constitutional and civil rights and with the express purpose to infringe on his intellectual property and destroy hat evidence though a myriad of illegal methods.

Plaintiff seeks an extension of time due to recent spoliation and extrinsic fraud and excusable neglect due to plaintiff being unaware of order due to hearing being taken of calendar for June 25th 2026. Plaintiff is also seeking an extension of time to pay filing fees as Plaintiff has limited income and has had to pay for additional

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO
RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

costs related to travel medical treatment and spoliation and recovery of data and experts.

These "bad actors" could be affecting records and evidence and this behavior will affect "anyone and everyone" and will have a tremendous effect on public policy to deter bad actors and its agent and associated corporations that rely on this illegal activities due to illegal spoliation and extrinsic fraud.

**Plaintiff is seeking an extension of time to address these new issues into the Complaint and seek monetary and terminating sanctions with the new complaint though discovery and tolling to seek equitable relief which the court has the inherent right to provide and order to curb Injustice used by bad actors in the court system .**

## Argument

Plaintiff is seeking an Extension of time for good cause due to spoliation and will be seeking sanctions.

Plaintiff has been victim to routine Spoliation attacks and hacking in a Gross display of Abuse of Power on Plaintiffs Constitutional Rights and violation of Plaintiff civil rights through these mechanisms and also being exposed to toxic gas as a methods to assault to deter and prevent plaintiff from successfully prosecuting a case due to infliction of harassment , toxic gas, spoliation resulting in suffering from extreme distress , cancer and incapacity ( exhibit) which Plaintiff is suffering from. Plaintiff has obtained records where this attack was conducted before after discovering hacking and fraud by defendant Wmenntor and defendant fix and defendant Ophir Gottleib who was a Bank of America Employee and also subject to Hacking.

Plaintiff has discovered a pattern that the Department of Justice has Targeted and

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

weapon zed the United States and Courts involving bankruptcy and possibly others to maliciously prosecute motions and other document in court illegally as cited though the bankruptcy court and defendants.

Plaintiff has filed this Motion to extend the deadline in this case due to excusable neglect and extrinsic fraud. Plaintiff was unaware his motion was taken off calendar for June 25th 2026 and an order being issued In May. While preparing for the hearing and drafting a first amended complaint Plaintiff files records and devices were hacked spoilated and plaintiff discovered new evidence. This relates to defendants Google, tracphone, Apple, NSO and would be subject to tolling and equitable relief via sanctions and terminating

**Plaintiff will tiled separately Communications and redacted info though a Sealed document before the exparte hearing date due to Sensitive data and communication with White house and Governor And Attorney General of California Rob Bonita . Due to security clearance and national security Plaintiff will seek to file this under seal in 7 days or before 7 days.**

Plaintiff was exposed to toxic substance and plaintiff has found out that a defendant in the case has been involved in the in a similar scheme which the plaintiffs alleges that defendant is infringing on the intellectual property of Plaintiff. This would be an example to extrinsic fraud and also egregious behavior which would warrant default and sanctions if not terminating sanctions due to this behavior of retaliation.

Plaintiff was exposed to this toxic substance through a scheme after filing a complaint naming the conspirators as defendants in a related case and appeal. Plaintiff is alleging that this defendant saw the litigation, and then purchased an apartment building valued around may be over $115,000,000.00. Then when the escrow closed approximately 45 to 60 days later began the discrimination

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

campaign and assault on Plaintiff and Family resulting in a calculated exposure to toxic gas. Furthermore Plaintiff is alleging that this same Types of scheme occurred from 2017 to 2020 with other locations and different type s of assets and contracts and leases.

Plaintiff alleges the actor though his agents caused in a similar scheme are Founder of Defendant Affinity partners, Jared Kushner. These acts of retaliation have happened in the past *in re Andrea T. et al V Kushner Companies* . The toxic agent plaintiff was exposed to is known for causing death, incapacity to brain and also tremendous toumorousd pain and also has been associated with causing cancer. Plaintiff was suffering for years and was diagnosed with Testicular Cancer on 11/18/26 (exhibit) Plaintiff is incapacitated since June and July of the year 2022. This illness began when Plaintiff filed this underlying case in April 7th 2022 and a scheme to injure the plaintiff was initiated which I now know was an attempted murder and assault on plaintiff appellant. Immediacy after plaintiff filed a lawsuit in 2022 a building was purchased which must have been purchased for over $118 million dollars. This was a consistent theme Appellant s alleging that this scheme was expressly used to hinder plaintiff from successfully prosecuting the case due to toxic gas exposure  and willful injury to inflict injury to  cognitive ability , This is the same defendant that plaintiff is currently in litigation and is similar to the exact same behavior the defendant is accused of *in re Andrea T. et al V Kushner Companies* and Founder of  Defendant Affinity Partners in a case of plaintiff against this company where President Donald trump is named possibly as interested party or Beneficiary.. This same scheme occurred in 2018 but with mortgaging and hotels instead of using apartments and litigation aimed at oppression and injury as well.  Plaintiff and appellant is still suffering incapacity and also debilitating psychological Trauma (exhibit)

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

Typically Trusts are used to mask these activities though private. A mortgage company related to Defendant Bank New York Mellon and Advent International are associated with these issues and Housing Finance Agency

Plaintiff assert that Defendants have abused power and used the Intelligence agency for defendant United states and the house and Senate intelligence responsibility to illegally abuse mechanisms and manipulate information to obtain information of trade secrets of plaintiff and abuse its authority though misappropriation and abuse of FISA 702 and the spoliation and violation of the civil right, constitutional rights and Computer fraud abuse act.

This can be defined as extrinsic fraud and can be subject to sanctions and appellant believes that this may be grounds for granting appellant case to be remanded and possibly for plaintiff to receive terminating sanctions. U.S. _Supreme Court Ruling in United States v Throckmorton 98 U.S61 (1878)_ The Ninth Circuit _Precedent In re Intermagnetics America Inc.$926 F2d 912 (9th Circuit)(1991)._

**Plaintiff is seeking an extension of time to address these new issues into the Complaint.**

The Company and Phone operations revolve around Appellant Google and Defendants Tracphone, _APPLE and NSO_. Under FRAP 37e (2) severe sanction may be granted for this _behavior Leonv IDX System Corp(9th Cir 2006)_ allows for terminating sanctions( dismissal) and monetary Penalties. _Glover v BIC Corp (9th Circuit 1993) courts may levy spoliation sanctions under their inherent authority when a party knew or should have known that the destroyed evidence could be relevant to a claim._

Plaintiff is requesting continuance due to this "hacking: and had filed the complaint (exhibit) and addendum to the related complaint to include this new activity of spoliation in the last 2 weeks. Plaintiff also was victim to spoliation the evening

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

and day after Plaintiff filed this case.

Plaintiff / Appellant are and have reporting these issues on 3/12/26 approximately and in the last 2 weeks to government (exhibit) and are in the process of trying to retrieve and recover data.  Appellant will file an amended complaint and a motion or brief after the extension is granted and also seek sanctions. In California Law terminating sanctions would be appropriate this has happened and also has happened in relation to other appellants and defendant. *Apple v NSO 9th circuit,* Who the CEO is a Trump Associate ( exhibit) The spoliation would also have and had been a tool to avoid false testimony and uncovered false testimony as evidence *in Supreme Court Case $ Hazel-Atlas Glass-Co v Hartford-Empire Co., 322U.S.238(1944)*


## Sealed Information Redacted

Plaintiff had been working with Trump Administration (exhibit) towards settlement on as addressed in letter to Californian officials and the White House on or about April 7th 2026 in a landmark settlement for settlement in part of plaintiffs appellant case for "weaponization of the legal Process" through malicious prosecution through federal Case 1:26-CV-013999 which plaintiff is seeking time and extension to address and is subject to hearing on 6/12/26. This weaponization against plaintiff included that Policy exists to interfere with a US Citizens Constitutional Rights and this policy initiated against plaintff wrongfully directly violated plaintiff/ appellant's civil rights and constitutional rights. *United States v Nixon 418 683 (1974)* The Department of Justice was used by the cabinet of the office of the president to severely injure appellant plaintiffs civil rights though many cases including bankruptcy, federal case, and state superior court and

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

through many years plaintiff has discovered. The Abuse of power relates to the cabinet and Policy of the Administration *(United States v Nixon (1974).* Plaintiff has requested this information from the office of the president and department of Justice and is hoping for settlement... (Exhibit) and copied Governor Newsom and CA AG Rob Bonta.

The President's office may or may not be indicating these activities occurred though separate administrations and Plaintiff has tried to resolve this though recent communications. Plaintiff suggested a 3rd party fund over the last 60 plus days to propose a settlement (exhibit) while communicating to the white house. Plaintiff believe this was the "weaponiztion fund, meant for plaintiff, not the January 6th parties but plaintiff is awaiting clarity and a response.

In relation to this case and the DOJ Tampering a related 9th circuit case in which an illegal seizure obtained though DOJ illegal Interference occurred. Though a "cover-up" information being stolen and conspirator similar to the Nixon era was murdered except this occurred at the final moments of the 2020 Trump Administration along with other "hail Mary" executive orders furthermore those order continued 4 years later on the administrations transition in late 2024 and 2025.

There is a severe issue similar to Watergate and the Obstruction of Justice and cover up. These break-ins cover-up though sheriffs. Police and fraud and consumer protection and bankruptcy and state law violations. including , hacking, illegal surveillance  and 4th amendment violation and abuse of power though a scheme created under false testimony with the express purpose to violate appellant constitutional rights and civil rights for the express purpose to abuse the plaintiffs intellectual property and misappropriate and infringe upon the rights of plaintiff appellant , In re United States v barker , 546 F.2d 940 (DC Cir 1976) ; In e United

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

States v Elhrichman , 546 F 2d910 (D.C. Cir 1976) ; United States v Ellsberg No. 9373 (C.D.Cal (1973) Plaintiff is claiming that the United States used these same mechanisms in the Presidents Administration and the use of The department of Justice to abuse the Plaintiff Appellant to steal trade secrets through espionage activities and also through violations of Employment rights and illegal surveillance to accomplish this *In re Apple V NSO* through overreach and false testimony and abuse of power.Ttile 18 US Code 1505; Title 18 Code 641 and the abuse of the Inspector general's Act of 1978 and plaintiff will be subject to recover and seek discovery under 44 US Code 2201-2209 in relation to official Abuses and spoliation  In Re *Apple v Nso.*

Plaintiff and appellant has also been subject to Attorney tampering and has had partners and appellant and plaintiff victim of tampering and malpractice by attorneys involved with appellant /plaintiff ,Plaintiffs business and appellant and plaintiffs partners business and plaintiff family. The Spoliation affects these claims and is evidence which also involves attorney tampering and case interference of evidence in related cases unprecedented; *IN RE ABA V TRUMP (2025); IN RE WILMER HALE V TRUMP ADMINISTRATION (2025); in Re Washington State V. Trump (9th circuit 2025); IN RE SUSSMAN GODFREY LLP V TRUMP ADMINISTRATION (2025); PERKINS COIE LLP V TRUMP ADMINISTRATION (2025); IN RE JENNER AND BLOCK V TRUMP ADMINISTRATION (2025)..*

The spoliation also effects Attorney representations and also records and communications and files and documents. '

A plaintiff seeks an extension of time due to this recent spoliation and newly discovered evidence about the defendants.

## Settlements

Government discussions and request for settlement was sent out and ongoing.

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

(Sealed evidence will be filed 7 days) Several other Defendants have requested settlement and discussions which plaintiff will also address in the new complaint if not settled.

**Plaintiff seeks the foregoing**

Extend time on the 2 orders From May 2026 and leave to Amend complaint

Clarity on fee waiver which plaint contends was already approved.

Extension of time to regain spoilated evidence

Grant permission or require plaintiff to order and set date for experts and for plaintiff to seek sanctions, default, or terminating sanctions and file amended complaint with the new claims.

**Conclusion**

Plaintiff believes that this new information is relevant to Plaintiffs case. Plaintiff believes that the spoilt ion is serious enough to warrant a motion and granting of sanction and terminating sanctions and asks the court to either set a date for an expert to certify and also give expert opinion on the scheme and acts of the spoliation, the toxic gas exposure, the abuse of power and discrimination and illness plaintiff suffers from or order granting the extension of time where plaintiff can present expert opinion.

Due to excusable neglect and new evidence and the spoliation on 5/20/26 plaintiff asks the court to extend the deadline to file the amended complaint and or pay filing fees.

Plaintiff is recovering in severe pain from illness and incapacity and is cleared though 8/6/26 (exhibit)

Plaintiff will file a sealed document with sensivitive national security discussions partly and redacted information to support this exparte motion.

Plaintiff asserts and claims this case is unprecedented and we may be on the verge

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

a gross miscarriage of Justice if these issues are not prosecuted due to extrinsic fraud.

Thank you for your time.


Respectfully


I Declare under The Penalty of Perjury the foregoing is true and correct

6/7/26                                    x _____

                                              PLAINTFF SHAHERYAR KHAN


MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**