Shaheryar Khan

2219 Olive Street

Burbank CA 91506



FILED

CLERK, U.S. DISTRICT COURT

06/08/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____GSA_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHERYAR KHAN<br><br>Plaintiff(s),<br><br>vs.<br><br>NSO et al(s)<br><br><br><br>Defendant(s). | ) Case Number:2:25-CV-11961 MEMF<br>)<br>) **PROOF OF SERVICE BY MAIL**<br>)<br>) PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT<br>)<br>)<br>) DATE: JUNE 29TH 2026<br>) TIME:  10 AM<br>)<br>) DEPT:<br>) 8TH FLOOR<br>) ROOM A<br><br>LOCATION  : 350 WEST 1ST STEET LOS ANGLES CA<br><br>JUDGE :Maame Ewusi Mensah Frimpong<br>Action Filed: 12/18/25<br>Trial Date:  (Date or Unassigned) |

PROOF OF SERVICE BY MAIL PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

TO THE HONORABLE COURT AND ALL PARTIES

I , Darla Torres declare the following:

My Address is 2035 W. Bullard Fresno CA, which is located in the county where the mailing described took place.

On 6/8/26 I served by mail the following documents described as:

      1.)    EXPARTE APPLICATION

      2)    DECLARATION

      3)    MEMORANDUM POINTS OF AUTORITY

      4.)    PROPOSED ORDER

I SERVED On all parties in this action by placing a true and correct copy there of in a sealed envelope with first class postage prepaid thereon and deposited said envelope in the united states mail at or in Fresno CA on 6/8/26

I mailed the following documents to the ADDRESSES

JUDGE MAAME EWUSI-MENSAH FRIMPONG

350 WEST FIRST STREET

LOS ANGLES CA 90012

**PROOF OF SERVICE BY MAIL PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

I declare under the penalty of perjury that the foregoing is true and correct

Executed on 6/08/2026 at Fresno California

DATE 6/8/26

Print Name Darla Torres       Signature _____

PROOF OF SERVICE BY MAIL PLAINTIFFS EXPARTE APPLICATION
FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD
AND EXCUSABLE NEGLECT