Shaheryar Khan

2219 Olive Street

Burbank CA 91506



FILED

CLERK, U.S. DISTRICT COURT

06/08/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____GSA_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

                      Plaintiff(s),

   vs.

NSO et al(s)

                  Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number:2:25-CV-11961 MEMF

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

DATE:  JUNE 29TH 2026
TIME:   10 AM

DEPT:
8TH FLOOR
ROOM A

LOCATION  : 350 WEST 1ST STEET LOS ANGLES CA

JUDGE :Maame Ewusi Mensah Frimpong
Action Filed:  12/18/25
Trial Date:  (Date or Unassigned)

---

I am the Plaintiff Shaheryar Khan , I declare as follows.

EXHIBITS WILL BE FILED SEPERATLY DUE TO TRAVEL REQ AND REST

REQUIREMENT OF PLAINTFF AND UNDER SEAL IN 7 DAYS.

PLAINTFF HAS NOT SERVED ANY DEFENDANT IN THIS PROCEEDING

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

DUE TO PENDING MOTION AND PER LOCAL RULE HAS NOT CONTACTED OPPOSING COUNCIL.

PLAINTFF HAS CONTACTED AND COMMUNICATED WITH AUTORITIES ATTORNEY GENERAL OF CALIFORNIA ROB BONTA, GOVERNOR GAVIN NEWSOM, AND PRESIDENT DONALD TRUMP AT THE WHITE HOUSE WHO ARE INTERESTED PARTIES.

PLAINTIFF BELIEVE AND HAS FACTS DISCUSSIONS FOR SETTLMENT ARE OCCURRING. PLAINTIFF HAS CONTACTED GOV NEWSOM, AG BONTA AND POTUS TRUMP ON 4/7/26 THIOUGH 5/20/26 AND WILL PROVIDE DICSUSSION COMMINUCATION NUNDER SEAL

THE AUTHORITES FOR SPOILATION WHO I AM AUTHORIZING INVESTIGATION ARE AG CA ROB BONTA (EXHIBIT)

Plaintiff is currently suffering from severe pain and discomfort. Plaintiff was scheduled for screening for cancer in February 2025 due to discomfort pain and illness. Plaintiff's physician in March of 2025 due to medical procedure scheduled tests for plaintiff. Physician test were reorganized due to medical prescriptions. Due to severe pain and discomfort Plaintiff took tests in September 2025. Plaintiff was scheduled for more tests through October due to pain and discomfort. Plaintiff was diagnosed with cancer on 11/18/25 (exhibit)

Plaintiff has had no luck with treatment and is recovery from illness and has not been cleared medically and is scheduled for test this month.

Plaintiff is incapacitated today and has not been cleared of cancer diagnosis as of today. (Exhibit)

Plaintiff has had devices and communications and evidence spoilated for last 9 years but specifically again identifying some of the actors and also product liability

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

claims against current defendants. These attacks came on 12/10/25 and 12/18/25 and again on May 29th 2025. Records for this case and many cases were affected. December 18th 2025 evidence spoilated related to Defendant Police Department and Evidence to Defendant a conspirator related to defendant Heritage Foundation and was spoilated on that day and hours after Plaintiff filed Litigation. The conspirator related to that encounter and Defendant Heritage Foundation and who is a Does Defendant admitted causes of action, evidence to Claims related to Heritage Foundation which was described as discrimination tool used in Executive Order 13818 by President Trump Administration to Seize assets and impose martial law for the express purpose to Force Jesus to come back.

The police Department in question and defendant is complex situation because I gave a report and the police too unique information and then that information was used illegally to do illegal transactions and online order affecting emails ,. This resulted in spoliation and issue with defendant Microsoft.

Evidence against the following Defendant applies to the recent event of Spoliation in May 2026. The spoliation and infliction of injury and the discrimination revolve around Defendant, Google, Omar Hamoi, Inner Space, Admob, Tracphone (Google related company), Apple, NSO, Bank of America, Affinity Partners (Jared Kushner), United States, Heritage Foundation, Bank of America, Ophir Gottlieb, George Sorros (Open Society) Mark Cuban, MGM, Sony Pictures, Amazon, and attorneys whom are defendants as well as others Interest party Donald Trump and Trump RX.

A defendant in this case ( being protected due to potential murder)and new / confession/ settlement and testimony related to Defendant Jon Hayes and a scheme involving causing delays  has been in the works and will be ready to be filed for settlement in 2 weeks. This related to , interested party President Donald Trump ,

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

founder of defendant Affinity Partners ,Jared Kushner,  and Defendants The United States and FBI Patel and Nunez and related Defendants and Defendant Bank of America interference and delays though extrinsic fraud and spoliation and tort interference . Plaintiff will need to explain in the amended complaint that these agencies of government and defendants used their position to abuse power to allow for illegal surveillance to misappropriate intellectual property which was used though illegal government surveillance and then the information was spoilated to cover-up and destroy the evidence.

**Plaintiff asserts that "bad actors" placed through the defendants government connections and agents that work inside the United States government illegally applied sanctions on Plaintiff to warrant these illegal acts and clear violations of plaintiffs civil rights to cause a "fee steal and terrorize the Plaintiff" movement that is biblical like the Nazi did in Germany used these methods against citizens in Germany**

Plaintiff prepared filed and litigation 4-7-2022 and was to start working in May and June of 2022. Plaintiff was in bankruptcy to manage the aspects to case due to element involving bankruptcy and bank, lending, and mortgage torts and injuries and employment violations .Plaintiff was victim to discrimination   in all these areas and the infringement of Intellectual property. When Plaintiff filed The Case in April 2022 a building, apartment where plaintiff visited was immediately purchased and 60 days later closed escrow. Plaintiff recognized being targeted though actions and behavior and the Discrimination activities and harassment at this facility and operation began immediately against plaintiff and plaintiff's family. These activities included removal and relocation forcefully attempt which were against the law and stopped. That when the facility management and staff discrimination tactics and started construction and exposed plaintiff to Toxic gas

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

resulting in severe debilitation and incapcity through today. Plaintiff has 5 witnesses. Defendant Affinity partners and Founder Jared Kushner has used this methods before in re _Andrea v Kushner Properties (Maryland)_ Plaintiff recognized the scheme because this happened exactly before when plaintiff was ill except it was a mortgage company interfering with business contracts involving defendant Ophir Gottlieb and Defendant Bank of America and Hotels instead.  Spoliation was occurring at or around that time however due to the exposure of the gas Plaintiff was too sick to prosecute cases. Plaintiff noticed that attorneys and employment contracts were being tampered with along with the spoliation. This resulted in the Death and alleged Murder of conspirator and Defendant Estate of Mark Brandt. Within 2 days of an illegal seizure.

This scheme is "text book" and in the "playbook" of the Defendants. And willfully. The negligence factor and need for Judicial Notice is apparent and warranted and plaintiff requests continuance to draft the complaint with this new information. Plaintiff also noticed that satellite issues have been affected though FCC and censorship to Defendant Dish. These issues revolve around oppression.

Plaintiff contends that the administration and Cabinet of the sitting President Donald trump is Involved, The President ,Plaintiff believes,  is being taken advantage of by his cabinet and members and mislead with misinformation and being instructed to place policies in a quick and rampant manner to validate discrimination against foreigners place  discriminatory sanctions against foreigners in the US with the express purpose to infringe and the rights of those citizens and which the plaintiff is.

Plaintiff is concerned the current administration will deport, denaturalize, take property, establish martial law and inflict oppression at any cost even promote war to distract from its policies or to enhance its policies.

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

Plaintiffs Sealed Document will provide detail, however requires certain redaction due to National Security which Plaintiff believes a type of Sanction was placed on Plaintiff due to his ethnicity and capacity for invention and technological advancement plans for development.

I declare under the penalty of Perjury the Foregoing is true and correct.

6/7/2026                                                    X _____

PLAINTFF SHAHERYAR KHAN

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**