Shaheryar Khan

2219 Olive Street

Burbank CA 91506

FILED

CLERK, U.S. DISTRICT COURT

06/08/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____GSA_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

|  |  |
|---|---|
| Plaintiff(s), <br><br> vs. <br><br> NSO et al(s) <br><br><br><br> Defendant(s). | ) Case Number:2:25-CV-11961 MEMF <br> ) PLAINTIFFS EHIBITS & <br> ) **PLAINTIFFS VERIFICATION OF EDSS** <br> ) **FILING 6/8/26 RECIVED TIMELY** <br> ) <br> ) PLAINTIFFS EXPARTE APPLICATION FOR <br> ) MOTION TO EXTEND TIME DUE TO RULE <br> ) 60 EXTRINSIC FRAUD AND EXCUSABLE <br> ) NEGLECT <br> ) MEDICAL & AUTHORITY REPORTS <br> ) HACKING VERIFICATION <br> ) DATE: JUNE 29TH 2026 <br> ) TIME:  10 AM <br> ) <br> ) DEPT: <br> ) 8TH FLOOR   RM 8 <br><br> LOCATION : 350 WEST 1ST STEET <br> LOS ANGLES CA <br><br> JUDGE :Maame Ewusi Mensah <br> Frimpong <br> Action Filed: 12/18/25 |

Shaheryar KHAN

PLAINTIFF DECLARES THE FOLLOWING DOCUMENTS WERE FILED THROUGH THE

EDSS SYTEM AROUND 8M PACIFIC TIME ON  JUNE 8TH 2026

6/8/26                                x_____
                                              PLAINTIFF SHAHERYAR KHAN

**PLAINTIFFS VERIFICATION OF EDSS FILING 6/8/26 RECIVED TIMELY**

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE
60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT



*EXHIBIT VERIFYING*
*EDSS*
*SUBMISSION*
*6/8/26*
*7:11 PM  Pacific Time*



Office

Terminal: CA5186-OEC01
6/8/2026 19:11
Receipt#: FATKWUN0187
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 8 | PC Basic Station Time/Minute | 3.60 |
| 2 | Computer B&W Prints Letter/Legal | 1.30 |
| | SubTotal | 4.90 |
| | District tax | 0.02 |
| | County tax | 0.02 |
| | State tax | 0.08 |
| | Total | USD $5.02 |

Stored Value Card #:***********

Balance remaining on card:

Tell us how we did and get $7 off
your next purchase of $40 or more
print products*

Take the survey by scanning the
QR code below or visit
**www.fedex.com/welisten**



Offer expires 01/31/2028

*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to
orders placed in a FedEx Office® store or online through
Office.FedEx.com. Offer is valid at time of purchase only,
no cash value and may not be discounted or credited
toward past or future purchases; discount cannot be used in
combination with custom-bid orders, other coupons, or
discounts, including account pricing. Discount not valid on the
following products and services: finishing-only orders; digital,
passport or mounted photo; self-service print, fax, scan, or
shred; products provided by third party sites not hosted
by FedEx Office. Does not apply to packing, shipping,
rush, or delivery charges. Does not apply to retail products.
No cash value. Offer void where prohibited or restricted
by law. Products, services, and hours may vary by
location. TM use promo SKU 40269 for Business Printing
Services such as FPM. © 2025 FedEx. All rights reserved."

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
**fedex.com/officeserviceterms** for details.

 U.S. District Court, Central District of California

> ⚠ **The payment system (pay.gov) will be unavailable on Saturday, June 20, 2026, from 9:00 AM PT for approximately 6 to 12 hours due to system maintenance.** During this time, you will not be able to make credit card transactions.

# CONFIRMATION

The document(s) listed below have been submitted to the United States District Court for the Central District of California using the Electronic Document Submission System ("EDSS"). The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF").

Documents submitted using EDSS will be processed in the order they are received and should be uploaded to CM/ECF within 3-5 business (or court) days after receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

**Name:** SHAHERYAR KHAN

**Tracking Number:** EDS-260608-003-3909

**Date:** 6/8/2026

Uploaded files:

- **proposed order.PDF**
  *Description: PROPOSED ORDER*

- **Exparte Appliucation .PDF**
  *Description: PLAINTIFFS EXPARTE APPLICATION*

- **proof of service.pdf**
  *Description: PROOF OF SERVVICE*

- **Memorandum Points and Autjhorories.PDF**
  *Description: PLAINTIFFS MEMORANDUM AND POINTS OF AUTHORITY*

- **Declaration .PDF**
  *Description: PLAINTIFFS DEC;ARATION TO SUPPORT EXPARTE APPLICATION*

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the main EDSS page.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court | Payment | Lawyer Representatives | |
| Facilities | Juror Amenities | Pro Bono | |
| Records Department | Dress Code | Direct Assignment of Civil Cases to | |
| Statistical Reports | Security | Magistrate Judges Program | |
| | Employer Information | Attorney Workroom Copier Password | |
| | Checking Status / Confirming | Request | |
| | Reporting Instructions | Mileage Rates | |
| | Certificate of Jury Service | Post-Judgment Interest Rates | |

Contact Us

Parking / Directions

Subsistence Information / Hotels

2/2

Contact Us

Parking / Directions

Subsistence Information / Hotels

EXHIBITS

Evidence of ILLNES/Incapacy/Verification
thory 8/7/26

Evidence of ILLNES/Incapacy

## Verification of Incapacity

Name: Shaheryar Khan

SSN:

The following information is needed to determine your eligibility for General Relief.

Please return this form by: _____ 6/15/26 _____

Medical release authorization: I authorize my medical provider to release the following information:

_____ [signature] _____          2/2/26

Patient or Representative Signature          Date

Health Care Provider: Please answer the questions below.

1. Does the patient have a physical or mental health condition that prevents or substantially reduces their ability to engage in work or training?

   ☐ No (please answer question 9 and sign the form)
   ☒ Yes (please answer the following questions:

2. Onset date: 06/20/2022 _____

3. Expected duration:   ☒ Temporary, expect to release patient for work on: 08/07/2026 ✱

   ☐ Permanent

4. Are they able to work?   ☒ No, please go to no. 5 ☐ Yes, please answer the following questions:
   Can perform ☐ limited full-time work ☐ limited part-time work

5. Describe how the physical and mental condition reduces their ability to engage in work:
   Physical Condition: cant stand for long periods of time. PTSD
   Mental Condition: Extreme Migraines, Head Pain. PTSD

6. Is the physical or mental condition primarily due to drug and/or alcohol abuse?
   ☐ Yes ☒ No ☐ Unknown

7. Has the patient submitted a disability insurance application for completion?
   ☐ Yes ☐ No ☐ Unknown

   If yes, date submitted: _____

# Verification of Incapacity

Name: SHAHERYAR ISHAN

SSN:

8.  Is the patient receiving or seeking treatment?    ☒ Yes ☐ No ☐ Unknown

Comments: _____

_____ Signature of Health Care Provider

Date 08/7/2025

Payam Vahedifar , MD
Print Name

MD
Title

Nuvo Spine and Sports Institute
Agency

16633 Ventura Blvd Suite 802 Encino CA 91436
Address

818-986-0200
Phone No.

BV7271442
DEA No.

*Exhibit Cancer*

# AFTER VISIT SUMMARY

**Shaheryar Khan**   MRN: 02407674
CEID: CMC-ZQF9-96LW-4Z22

📅 11/18/2025   📍 EMERGENCY CCMC
559-324-4040

## Instructions

 **Your medications have changed today**
See your updated medication list for details.

 **Read the attached information**
1. Fatigue (Discharge Care) (English)
2. Acute Headache (Discharge Care) (English)

 **Pick up these medications at CVS/pharmacy #3940 - Clovis, CA · 1107 N Willow Ave AT Corner of Nees**
HYDROcodone-acetaminophen • ibuprofen
Address: 1107 N Willow Ave, Clovis CA 93611
Phone:   559-322-0340

 **Follow up with CCARE**
Why: kep your scheduled appointment on Thursday, avoid driving
Contact: 7130 N Millbrook Ave
          Fresno California 93720-3323
          559-326-1222

 **Follow up with EMERGENCY CCMC**
Why: If symptoms worsen
Specialty: Emergency Medicine
Contact: 2755 Herndon Avenue
          Clovis California 93611
          559-324-4040

## What's Next

You currently have no upcoming appointments scheduled.

## Need Help?

FOR SERIOUS MEDICAL EMERGENCIES, CALL 911.



Today's Visit
You were seen by Stephanie Conte PA

Reason for Visit
Fatigue

Diagnoses
- Malaise and fatigue
- Testicular cancer
- Nonintractable headache, unspecified chronicity pattern, unspecified headache type

Blood Pressure
125/90

Temperature (Oral)
36.6 °F

Pulse
90

Respiration
16

Oxygen Saturation
99%

Complaint Spoliation & Espion

Attorney General of California

Complaint Spoliation & Espion

Attorney General of California



STATE OF CALIFORNIA
PIU 2
(Rev. 04/2021)

**Rob Bonta**
**Attorney General**
PUBLIC INQUIRY UNIT
(916) 210-6276 / (800) 952-5225 Toll Free - CA only
TTY/TDD (800) 735-2929 (California Relay Service)
For TTY/TDD outside California contact your state's relay service
number at http://www.fcc.gov/cgb/dro/trsphonebk.html
AG Web Site:  http://www.oag.ca.gov/

**CONSUMER COMPLAINT AGAINST**
**A BUSINESS/CORPORATION**
Please read the Information Collection, Use and Access notice on page 3.

DEPARTMENT OF JUSTICE
PAGE 1 of 3

**Mail Form to:**

**Public Inquiry Unit**
**Office of the Attorney General**
**P.O. Box 944255**
**Sacramento, CA 94244-2550**

### SECTION 1 - Your Information

| First Name | MI | Last Name |
|---|---|---|
| Shaheryar | m | Khan |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 2219 Olive St | Burbank | CA | 91506 |

| County of Residence | Country, if not U.S. | Day Phone Number | Cell Phone Number | E-Mail Address |
|---|---|---|---|---|
| Los Angeles | | | | |

Do you have a disability? (optional) ☒ Yes ☐ No

Age Range (optional): ☐ 12 & under ☐ 13-17 ☐ 18-19 ☐ 20-29 ☐ 30-39 ☐ 40-49 ☒ 50-59 ☐ 60-69 ☐ 70-79 ☐ 80 & over

Are you a member of the U.S. Armed Forces or a dependent? (optional)
☐ Yes ☒ No

If yes, please specify your military status:
☐ Active Duty Service Member  ☐ Dependent Spouse - Service Member
☐ Dependent Child/Other - Service Member  ☐ DoD Civilian  ☐ Dependent Spouse - DoD Civilian
☐ Dependent Child/Other - DoD Civilian  ☐ Military Retiree/Veteran
☐ Reserve Not on Active Duty/National Guard

### SECTION 2 - Information About Company Against Which You Are Complaining

| Full Name of Company | See Attached |
|---|---|

| Mailing Address | |
|---|---|

| City | State | Zip Code | Country, if not U.S. |
|---|---|---|---|

Filed Stamp ✱

| Company's Internet Address (URL) | E-Mail Address |
|---|---|

| Telephone Number | Fax Number |
|---|---|

### SECTION 3 - Complaint Information

| Product, item or service involved | See Attached |
|---|---|

| Date of Transaction | Account Number (if applicable) |
|---|---|

| Total amount paid | Amount in dispute | How was payment made: |
|---|---|---|
| | | ☐ Cash  ☐ Check  ☐ Credit Card  ☐ Debit Card  ☐ Money Order |
| | | ☐ Wire Transfer  ☐ Finance Agreement  ☐ Other _____ |

| Did you sign a contract or lease? ☐ Yes ☐ No | Where was the contract signed? | Starting date | Expiration date |
|---|---|---|---|

| Date you complained to the company or individual | Person Contacted | His/Her phone number |
|---|---|---|
| Lawsuit   ☐ By Mail ☐ By Telephone ☐ In Person | | |

Results

What result would you consider fair? Equity Relief Punitive Damage

Have you contacted another agency about this? ☒ Yes ☐ No   If yes, name of agency FBI

Do you have an attorney in this case? ☒ Yes ☐ No   If yes, name of your attorney He mishandle Info   Attorney's Phone Number

Has your complaint been heard or is it scheduled to be heard in court? ☒ Yes ☐ No
If yes, where and when? Central Distry, BK, BAP, Appel 9th Circut / Injuncton Perdiny
If already heard, what was the result? Pending

PLEASE DESCRIBE COMPLAINT ON NEXT PAGE

EXHIBIT

President Trump USA

AG CA ROB BONTA

CA GOVERNOR

Complaint Espionage

Settlement Discussion

4/7/26 – 5/21/26

Communications

Discussion Settlement

5/21/25 – PRIOR TO

WEAPONIZATION FUND

CLEAN ALLOCATION

5/21/26- 7:01 PM Pacific time

Regarding: Friday 5/22/26; Possibly to move meeting to any day through 5/27/26 to get response and confirmations.

Meet and Confer scheduling President Donald Trump , Governor Gavin Newsom, Attorney General Rob Bonta and Plaintiff Shaheryar Khan and Trustee

Hello this is Plaintiff Shaheryar Khan. Plaintiff is reaching out to organize the call tentatively scheduled for tomorrow. Plaintiff has provided an email and has called each office and left forwarding phone call to reach Plaintiff via text or call.

Plaintiff has now formally sent an invitation to all parties and I am awaiting response.

REDACTED

Exhibit

Redacted

Settlement
Discussion
meet Confer

