Shaheryar Khan

2219 Olive Street

Burbank CA 91506

FILED

CLERK, U.S. DISTRICT COURT

6/26/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

     Plaintiff(s),

 vs.

NSO et al(s)

    Defendant(s).

) Case Number:2:25-CV-11961 MEMF
)
)
)
) **PLAINTIFFF SHAHERYAR KHAN**
) **REQUEST NOTICE OF REMOTE**
) **APPEARENCE**
)
) PLAINTIFFS EXPARTE APPLICATION FOR
) MOTION TO EXTEND TIME DUE TO RULE
) 60 EXTRINSIC FRAUD AND EXCUSABLE
) NEGLECT
)
)
) **DATE:  JUNE 29TH 2026**
) **TIME:   10 AM**
)
) **DEPT:**
) **8TH FLOOR**
  **ROOM A**

**LOCATION  : 350 WEST 1ST STEET
LOS ANGLES CA**

**JUDGE :Maame Ewusi Mensah
Frimpong**
**Action Filed:  12/18/25**

_____

**PLAINTIFFF SHAHERYAR KHAN REQUEST NOTICE OF REMOTE APPEARENCE**

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO
RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

I AM THE PLAINTIFF SHAHERYAR KHAN, I AM REQUESTING APPEARANCE AND

OR  REMOTE APPEARANCE DUE TO MEDICAL ISSUES JUST RECIVED

DEMONSTRATING PLAINTFF DECLINE IN HEALTH CONDITION. PLAINTFF IS

FILING SEALED DOCUMENT PRIOR TO HEARING.


6/26/26                    X_____

                                    PLAINTIFF SHAHERYAR KHAN


**PLAINTIFFF SHAHERYAR KHAN REQUEST NOTICE OF REMOTE APPEARENCE**

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO
RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**