Shaheryar Khan

2219 Olive Street

Burbank CA 91506

FILED

CLERK, U.S. DISTRICT COURT

6/26/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

Plaintiff(s),

vs.

NSO et al(s)

Defendant(s).

Case Number:2:25-CV-11961 MEMF

PLAINTIFFS VERIFICATION OF RESPONSE TO COURT ORDER 6/3/26 FILED BY PLAINTFF ON 6/8/26 DOCKETED BY BTHE COURT 6/15/3626

8TH FLOOR
ROOM 8

LOCATION : 350 WEST 1ST STEET LOS ANGLES CA

JUDGE :Maame Ewusi Mensah Frimpong
Action Filed: 12/18/25
Trial Date: (Date or Unassigned)

r

PLAINTIFFS VERIFICATION AND RESPONSE TO COURT ORDER 6/3/26 FILED BY
PLAINTF ON 6/8/26 DOCKETED BY BTHE COURT 6/15/3626

To The Honorable Court:

I Shaheryar Khan the Plaintiff In this case

Plaintiff Filed Response to Order 6/3/26 on 6/8/26; Pending Motion for Extrinsic Fraud and Continuance request Cancer

I am the plaintiff Shaheryar Khan. I was diagnosed with Cancer 11/18/26 (exhibit). Plaintiff is not cleared and Plaintiff will be having appointment in regards to the status of Health 6/26/26 and expects to file this with the court through the edss system.

## Illness

Plaintiff is extremely ill and mobility is painful. Plaintiff hasn't been able to seek orders via pacer but rather has received mail every 2 weeks in which Plaintiff filed a response to orders in which plaintiff found out the plaintiffs motion and hearing on 6/25/26 was cancelled or postponed

.Plaintiff is filing the sealed documents with the court and is awaiting health appointment and expects to be remanded to immediate surgery and hospitalization due to the condition worsening and the extreme pain from the illness/ Cancer.

## Response to order 6/3/26

Plaintiff has attached the filing as an exhibit. Filed on 6/8/26. Plaintiff is filing this document to confirm the attached response to orders issues on 5/8/26, 5/11/26 and 6/3/26 where plaintiff asks for extension of time.

Plaintiff is awaiting the field copy of the SEALED Application to support the response and motion filed on 6/8/26 this week on to be filed under seal Friday 6/26/26 to the Court

**PLAINTIFFS VERIFICATION AND RESPONSE TO COURT ORDER 6/3/26 FILED BY PLAINTFF ON 6/8/26 DOCKETED BY BTHE COURT 6/15/36**

**Fee Waiver**

Plaintiff asked for an extension of time to respond to the fee waiver and pay filing fee due to extra costs illness, medications, and costs associated with recovering data spoliation recently. Plaintiff has requested copy of question 5 on fee waiver form.

**Service**

Plaintiff had a motion pending on 6/25/26 on the court filed approximately 3/18/26 and had asked the court to file the amended complaint and serve it after the motion was approved and the amended complaint is filed. The Motion was taken off calendar and is pending I Believe.

Plaintiff is awaiting permission from the court but 3 orders are pending while plaintiff is suffering from cancer and awaiting details about severe condition this week. 6/26/26

Plaintiff is unaware if any other Service is being questioned, OR Request by the court & will Request Extension of time to Serve Documents if Motion is Denied.

**Plaintiff was hacked 5/21/26 victim of extrinsic fraud scheme identified and shameful discrimination and assault on Plaintiffs while case pending.** Scheme

Plaintiff filed an exparte document 6/8/26 In response to the court order due to the hacking and identifying the scheme used to assault Plaintiff and rampant and shameful spoliation.

Plaintiff began to notice weird issues when Plaintiff started a concept and trade secret involving AI, technology and valuable assets and property, and other forms of inventions.

Plaintiff noticed attorneys, contracts; spoliation, hacking, and theft of trade secrets began to run rampant but were misled by parties through fraudulent concealment

**PLAINTIFFS VERIFICATION AND RESPONSE TO COURT ORDER 6/3/26 FILED BY PLAINTFF ON 6/8/26 DOCKETED BY B THE COURT 6/15/36**

including defendants in this case and others.

Recently Plaintiff was hacked 3 times during the pendency of this specific case and has filed complaints with authorities. Plaintiff has determined and has "Material Change" in allegations and an abuse of power scheme. Defendant Google and Tracphone, Apple and NSO and Ophir Gottlieb and bank of America NA ; , Hayes and Resnik Hayes and Nationstar are at the Heart of the matter though asset management companies who mask their owners through trusts at these banks and lenders as Investors and hamper borrowers, owners and persons of interest involved in the assets . They monitor them, interfere with business and misappropriate intellectual property. They interfere "tampering" with attorneys and their pending litigation, their partners and spoliate evidence. In some cases they will assault and purchase others assets to get close to the targets.

Plaintiff has been victim of this type extrinsic fraud along with being exposed to Toxic Gas. Plaintiff filed a previous case naming defendants and parties and an immediate this type a response took place involving the purchase of assets and debt involving business and plaintiff partners and work, contract "employment" discrimination as described above along with hacking.

Plaintiff always seemed like the "system:" used by the defendants was so large it and supercharged. Plaintiff could not have known or imagined the "scheme" used is actually bigger and more notorious than I could imagine once I was exposed to gas in 2022 after filing a complaint and litigation naming parties. This assault made plaintiff impaired, incapitated and now I have Cancer.

Plaintiff alleges Defendant United states is abusing it power as a conflict of interest

PLAINTIFFS VERIFICATION AND RESPONSE TO COURT ORDER 6/3/26 FILED BY PLAINTFF ON 6/8/26 DOCKETED BY BTHE COURT 6/15/36

and to profit off self dealing to its agents and parties named as defendants in this case. Defendant Affinity Partners whose CEO Is "Special Envoy to the US " member of the White house during the allegations and Son in law ,Jared Kushner , is named in this case and technology plaintiff alleges in plaintiffs trade secret is involved and is the reason plaintiff was targeted in the scheme is used by his company . He also is the President of The United States Donald Trump and (interested party). In the recent months I found out that He has been a part of Litigation involving this same scheme of exposing Individuals to "toxic and materials".

**Grounds for Extension Federal Rule 60 extrinsic fraud excusable neglect**

Plaintiff seeks and extension for excusable neglect and also extrinsic fraud and newly discovered evidence. The recent Spoliation 5/20/26 and previous spoliation relates to a murder of an agent of defendant and attorney tampering and applicability for the court to award sanctions to the plaintiff.

The exposure to Gas relates to newly discovered evidence and current defendants and relates to appeal which seek to address discrimination retaliation and civil rights violations

Plaintiff is recovering from Incapacity and illness and diagnosis of Cancer Plaintiff is suffering from Trauma and injury and illness which are worsening. And will update the court on 6/26/26

PLAINTIFFS VERIFICATION AND RESPONSE TO COURT ORDER 6/3/26 FILED BY PLAINTFF ON 6/8/26 DOCKETED BY BTHE COURT 6/15/36

**Legal Case Precedent and authority Unprecedented Issues**

Plaintiff's device and records were spoliated in at attack on Plaintiff devices on or about 12/18/25 and 12/20/25 and 5/20/26. The device hacked relates to Defendant Google and Defendant Tracphone, and Involves Activities related to Defendant *NSO in re Apple v. NSO Plaintiff* Plaintff devices were hacked in retaliation to many issues but also Attorney Interference and Tampering and misrepresentations *IN RE ABA V TRUMP (2025); IN RE WILMER HALE V TRUMP ADMINISTRATION (2025) ; in Re Washington State V. Trump ( 9th circuit 2025) ; IN RE SUSSMAN GODFREY LLP V TRUMP ADMINISTRATION (2025) ; PERKINS COIE LLP V TRUMP ADMINISTRATION (2025); IN RE JENNER AND BLOCK V TRUMP ADMINISTRATION (2025)* .

Plaintiff also has obtained new facts that link defendant Affinity Partners to a scheme where the founder and his associated Company has exposed tenants harmful environment" Construction dust" to tenants and guests of his properties *in re Andrea T. et al V Kushner Companies* . Plaintiff was explained Metheline Chloride was agent of "Construction dust" exposed on Plaintiff and others.

This can be defined as extrinsic fraud and can be subject to sanctions and appellant believes that this may be grounds for granting appellant case to be remanded and possibly for plaintiff to receive terminating sanctions. U.S. *Supreme Court Ruling in United States v Throckmorton 98 U.S61 (1878)* The Ninth Circuit *Precedent In re Intermagnetics America Inc.$926 F2d 912 (9th Circuit)(1991).*

Under FRAP 37e (2) severe sanction may be granted for this *behavior Leonv IDX System Corp(9th Cir 2006)* allows for terminating sanctions( dismissal) and monetary Penalties. *Glover v BIC Corp (9th Circuit 1993) courts may levy spoliation sanctions under their inherent authority when a party knew or should have known that the destroyed evidence could be relevant to a claim.*

**PLAINTIFFS VERIFICATION AND RESPONSE TO COURT ORDER 6/3/26 FILED BY PLAINTFF ON 6/8/26 DOCKETED BY BTHE COURT 6/15/36**

Plaintiff was negotiating sentiment communication with the Whitehouse between 4-7/26 and 5/20/26 and was among discussions as "3rd party settlement to Federal Case 1:26-CV-013999 which is being deemed the "weaponization fund" which Plaintiff has become victim of Weaponization.

Pro se Plaintiff should be granted leniency " *Haines Kerner(1972)  Erickson v. Pardus ( 2007)*. Here Plaintiff is not only a pro se but also victim of extrinsic fraud and violations of Due process and equal protections *Eselle v Gamble (1976 )* Causing delay severe stress. Plaintiff request extension and special hearing date if the court would like to hear expert opinion on the matter as requested a date in proposed order

*States v Nixon 418 683 (1974)* The Department of Justice was used by the cabinet of the office of the president to severely injure appellant plaintiffs civil rights though many cases including bankruptcy, federal case, and state superior court and through many years plaintiff has discovered. The Abuse of power relates to the cabinet and Policy of the Administration *(United States v Nixon (1974)*. Plaintiff has requested this information from the office of the president and department of Justice and is hoping for settlement... (Exhibit) and copied Governor Newsom and CA AG Rob Bonta.

The President's office may or may not be indicating these activities occurred though separate administrations and Plaintiff has tried to resolve this though recent communications. Plaintiff suggested a 3rd party fund over the last 60 plus days to propose a settlement (exhibit) while communicating to the white house. Plaintiff believe this was the "weaponiztion fund, meant for plaintiff, not the January 6th parties but plaintiff is awaiting clarity and a response.

In relation to this case and the DOJ Tampering a related 9th circuit case in which an illegal seizure obtained though DOJ illegal Interference occurred. Though a "cover-up" information being stolen and conspirator similar to the Nixon era was murdered

except this occurred at the final moments of the 2020 Trump Administration along with other "hail Mary" executive orders furthermore those order continued 4 years later on the administrations transistor in late 2024 and 2025.

There is a severe issue similar to Watergate and the Obstruction of Justice and cover up. These break-ins cover-up though sheriffs. Police and fraud and consumer protection and bankruptcy and state law violations. including , hacking, illegal surveillance and 4th amendment violation and abuse of power though a scheme created under false testimony with the express purpose to violate appellant constitutional rights and civil rights for the express purpose to abuse the plaintiffs intellectual property and misappropriate and infringe upon the rights of plaintiff appellant , In re United States v barker , 546 F.2d 940 (DC Cir 1976) ; In e United States v Elhrichman , 546 F 2d910 (D.C. Cir 1976) ; United States v Ellsberg No. 9373 (C.D.Cal (1973) Plaintiff is claiming that the United States used these same mechanisms in the Presidents Administration and the use of The department of Justice to abuse the Plaintiff Appellant to steal trade secrets through espionage activities and also through violations of Employment rights and illegal surveillance to accomplish this *In re Apple V NSO* through overreach and false testimony and abuse of power Title 18 US Code 1505; Title 18 Code 641 and the abuse of the Inspector general's Act of 1978 and plaintiff will be subject to recover and seek discovery under 44 US Code 2201-2209 in relation to official Abuses and spoliation In Re *Apple v Nso.*

Plaintiff will be seeking relief though a separate motion and request sanctions and is seeking an extension of time for the 3 orders issued by the court recently due to extrinsic fraud and excusable neglect due to illness.

## Civil Rights Violations

PLAINTIFFS VERIFICATION AND RESPONSE TO COURT ORDER 6/3/26 FILED BY PLAINTFF ON 6/8/26 DOCKETED BY BTHE COURT 6/15/36

These issues are of national interest and also public policy interest and subject to civil rights violations of the constitution and the bending of the law to encourage "Violate Rights First" and then " Litigate after to defend the rights" rather than" reliance on the rights " not to have these " illegal monitoring and seizures" and violations of Due Process and equal Protections.

## Pattern of Abuse

Many Courts have found that this abuse and type of intimidation and abuse of power is illegal and constitutes sanctions.

Plaintiff has recognized a patter to abuse being exposed to gas once Plaintiff identifies fraud or files complaints against defendants is assault and may result in " manslaughter felony or attempted murder"

**Plaintiff has identified this pattern as it started plaintiff believes 2018 several times through 2022 when plaintiff noticed the scheme as an assault and tactic occurring in 2022 and identified in 2024 as a discovery abuse and discrimination.**

The abuse is like a" Sanction" imposed on Plaintiff and subject to The Sealed Document 6/26/26 filing pending except it include war crimes

Hacking is a clear issue which indicates that the defendants have something to hide and the power to monitor for "wrong reasons" other than self interest and spoliation.

PLAINTIFFS VERIFICATION AND RESPONSE TO COURT ORDER 6/3/26 FILED BY PLAINTFF ON 6/8/26 DOCKETED BY BTHE COURT 6/15/36

Interference of due process, equal protections and the abuse in the Department of Justice is unprecedented.

**Sealed Doc 6/26/25**

Due to the information plead and described here in The Plaintiff will file documents under seal due to National Security and Sensitive nature. Defendants in this case were found killed shortly after during the hacking period and the Filing of this case. Plaintiff is awaiting the last documents and medical report on 6/26/26

**Conclusion**

This is unprecedented as Plaintiff alleges that some sort of mechanism though a 'label" or "Sanctions" were improperly placed by the defendants on the Plaintiff which was used as tool for to warrant illegal surveillance , banking discrimination and also used as a " free pass "to spy on Plaintiff and excuse to harass and violate plaintiff constitutional and civil rights and with the express purpose to infringe on his intellectual property and destroy hat evidence though a myriad of illegal methods. Plaintiff seeks an extension of time due to recent spoliation and extrinsic fraud and excusable neglect due to plaintiff being unaware of order due to hearing being taken of calendar for June 25th 2026. Plaintiff is also seeking an extension of time to pay

PLAINTIFFS VERIFICATION AND RESPONSE TO COURT ORDER 6/3/26 FILED BY PLAINTFF ON 6/8/26 DOCKETED BY B'THE COURT 6/15/36

filing fees as Plaintiff has limited income and has had to pay for additional costs related to travel medical treatment and spoliation and recovery of data and experts. These "bad actors" could be affecting records and evidence and this behavior will affect "anyone and everyone" and will have a tremendous effect on public policy to deter bad actors and its agent and associated corporations that rely on this illegal activities due to illegal spoliation and extrinsic fraud.

**Plaintiff is seeking an extension of time to address these new issues into the Complaint and seek monetary and terminating sanctions with the new complaint though discovery and tolling to seek equitable relief which the court has the inherent right to provide and order to curb Injustice used by bad actors in the court system .**

Plaintiff has been a victim of violation of Constitutional rights, Due Process and equal Protections.

Plaintiff has filed this response respectfully and timely on 6/8/26

Plaintiff will file sealed document on 6/26/26

Plaintiff seeks an extension time to file answer to question 5 and also pay fee if required to due to expenses related to extritinsic fraud and illness being higher.

Plaintiff asked the court permission to file the service after extension is granted.

Plaintiff asked the court for leave to amend complaint due to spoliation and "material Change" as motion filed 21 days after initial complaint was filed and pending motion.

PLAINTIFFS VERIFICATION AND RESPONSE TO COURT ORDER 6/3/26 FILED BY PLAINTFF ON 6/8/26. DOCKETED BY BTHE COURT 6/15/36

Plaintiff prey's for this relief respectfully.

I declare Under the Penalty of Perjury the foregoing is true and correct

6/23/26                                             x _____

                                                         Shaheryar Khan, Plaintiff

PLAINTIFFS VERIFICATION AND RESPONSE TO COURT ORDER 6/3/26 FILED BY
PLAINTFF ON 6/8/26 DOCKETED BY BTHE COURT 6/15/36

DECALARTION OF PLAINTFF SHAHERYAR KHAN

Plaintiff Shaheryar Khan seeks extension of time on 3 orders due to extrinsic fraud excusable neglect and cancer treatment update due to failing health and medical emergency . Plaintiff was diagnoses with Testicular Cancer on 11/18/26 and has not been cleared of cancer yet and has been in massive pain

Plaintiff filed a response on 6/8/26 to the courts order on 6/3/26 seeking an extension of time on documents due to cancer and extrinsic fraud.

Plaintiff is also seeking clarity on the order issued on 6/3/36 and the proof of service request by the court. Plaintiff is unaware of which proof of service the court has not received and for which motion docket number. If the court can please tell plaintiff which proof of service the court is requesting. Plaintiff is seeking the courts approval for leave to amend the complaint extension which was paused on 6/3/26. Plaintiff is on medication and incapacitated and confused on what the status is and the dates of the orders which Plaintiff has filed an extension for.

Plaintiff is seeking a copy of the fee waiver to see question 5 to submit it and has filed a motion for extension of time in the 2 orders and also to pay the fee.

Plaintiff was hacked on 5/21/26 12/10/25 and 12/18/25 after the complaint was filed.

**Plaintiff will be filing Documents and also Sealed documents Friday 6/25/26 or the next court day 6/29/26 after Medical treatment to update the court with also.**

Plaintiff requested the court set a date to file and allow expert to describe issues to In the proposed order for motion filed on 6/8/26 and explain scheme related to plaintiff being discriminated and harassed by defendants with extrinsic fraud. Plantff will Request

Plaintiff was able to link the defendant Affinity Partners and toxic gas exposure to Jared Kushner and his ownership in Kushner Properties, which plaintiff alleges was used when plaintiff filed litigation against allies and agents of his.

Plaintiff is deemed incapacitated since that date and has been diagnosed with Cancer.

6/18/26

x _____
Plaint ff Shderwn Khn

| 03/18/2026 | 17 | DECLARATION TO SUPPORT MOTION to Set Aside Rule 60 For Plaintiff Motion Leave to Amend Complaint Rule 15; Rule 26 Excusable Neglect Cancer 11/18/2025 Illness; Fraud Spoilation 12/18/26 Rule 60 Clerk Error 16 filed by Plaintiff Shaheryar Khan. (yl) (Entered: 03/25/2026) |
| --- | --- | --- |
| 03/18/2026 | 18 | PROOF OF SERVICE filed by Plaintiff Shaheryar Khan. The Proof of Service, Motion to Set Aside Rule 60, Declaration (See document for further details) served on 3/19/2026. (yl) (Entered: 03/25/2026) |
| 03/26/2026 | 19 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document regarding NOTICE OF MOTION AND MOTION to Set Aside 16 . The following error was found: The Proposed Order was not submitted or was not submitted as a separate attachment. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (yl) (Entered: 03/26/2026) |
| 05/08/2026 | 20 | ORDER by Judge Maame Ewusi-Mensah Frimpong POSTPONING ruling on 2 REQUEST to Proceed in Forma Pauperis with Declaration in Support for 30 days (SEE DOCUMENT FOR FURTHER DETAILS). (yl) (Entered: 05/11/2026) |
| 05/11/2026 | 21 | ORDER ON REQUEST TO PROCEED IN FORMA PAUPERIS 2 by Judge Maame Ewusi-Mensah Frimpong. The Court has reviewed the Request to Proceed in Forma Pauperis and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request. The plaintiff did not completely answer Question 5 of the Request. The ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information. (SEE DOCUMENT FOR FURTHER DETAILS) (yl) (Entered: 05/12/2026) |
| 06/03/2026 | 22 | ORDER TO SHOW CAUSE RE SERVICE by Judge Maame Ewusi-Mesnsah Frimpong: The Court orders Plaintiff to show cause in writing, no later than 14 days from the date of this Order, why this action should not be dismissed for lack of prosecution. It is the responsibility of plaintiff to prosecute the action diligently, including filing proofs of service. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1. As an alternative to a written response by plaintiff(s), the Court will accept: Plaintiffs Proof of Service on all defendants. Failure to respond may result in dismissal of the case without further warning. No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a response on or before the date upon which a response by plaintiff(s) is due. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbe) TEXT ONLY ENTRY (Entered: 06/03/2026) |
| 06/08/2026 | 23 | PLAINTIFF'S EX PARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC Fraud and Excusable Neglect filed by Plaintiff Shaheryar Khan. (Attachments: # 1 Proposed Order) (yl) (Entered: 06/15/2026) |
| 06/08/2026 | 24 | MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT PLAINTIFF'S EX PARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC Fraud and Excusable Neglect 23 filed by Plaintiff Shaheryar Khan. (yl) (Entered: 06/15/2026) |
| 06/08/2026 | 25 | PROOF OF SERVICE filed by Plaintiff Shaheryar Khan. The ex parte application, declaration, memorandum of points and authorities, and proposed order was served on 6/8/2026. (yl) (Entered: 06/15/2026) |
| 06/08/2026 | 26 | DECLARATION OF SHAHERTAR KHAN TO SUPPORT EX PARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RUL E60 EXTRINSIC FRAUD AND |

EXHIBITS

Filed on
6/8/26

Shaheryar Khan

2219 Olive Street

Burbank CA 91506

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN                          ) Case Number:2:25-CV-11961 MEMF
                                        )
                                        )
                          Plaintiff(s). ) PROPOSED ORDER
                                        )
         vs.                            ) PLAINTIFFS EXPARTE APPLICATION
                                        ) FOR MOTION TO EXTEND TIME DUE
                                        ) TO RULE 60 EXTRINSIC FRAUD AND
NSO et al(s)                            ) EXCUSABLE NEGLECT
                                        )
                                        )
                                        ) DATE: JUNE 29TH 2026
                                        ) TIME:  10 AM
                                        )
                                        ) DEPT:
                                        ) 8TH FLOOR
                                        ) ROOM A
                          Defendant(s). )
                                          LOCATION : 350 WEST 1ST STEET
                                          LOS ANGLES CA

                                          JUDGE :Maame Ewusi Mensah
                                          Frimpong
                                          Action Filed: 12/18/25

AFTER REVIEWING PLEADINGS AND DECLARATIONS, SUPPORTING

EXHIBITS AND GOOD CAUSE APPEARING THE PLAINTFFS EXPARTE

PROPOSED ORDER

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO
RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

ORDER IS GRANTED UNDER RULE 60 AS FOLLOWS :

1.) PLAINTFF NEW DEADLINE FOR ORDER # 1 IS _____

2.) PLAINTFF NEW DEADLINE FOR ORDER # 2 IS _____

3.) PLAINTIFFS FEE WAIVER WAS ALREADY APPROVED AND NO FEE IS DUE, DUE TO CLERK ERROR

4.) PLAINTFFS DEADLINE TO FILE AMENDED COMPLAINT IS _____ PLAINTIFF IS REQUIRED TO PROVIDE AND FILE EXPERT TESTIOMY BY_____

5.) PLAINTFF IS TO FILE A STATUS REPORT ON DATA RECOVERY PROGESSS . PROGRESS FOR ILLNESS CANCER INCAPACITY BY _____ FOR A DATE TO BE SET FOR NEW DEADLINES

It hereby ordered

6/29/26                          X_____

                                 JUDGE :Maame Ewusi Mensah Frimpong

PROPOSED ORDER

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

Shaheryar Khan

2209 Olive Street

Burbank CA 91506


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

|  |  |  |
|---|---|---|
| Plaintiff(s). | ) | Case Number:2:25-CV-11961 MEMF |
|  | ) | PLAINTIFF'S EXHIBITS & |
| vs. | ) | PLAINTIFFS VERIFICATION OF EDSS |
|  | ) | FILING 5/8/24 RECIVED TIMELY |
| NSO et al(s | ) | PLAINTIFFS EXPARTE APPLICATION FOR |
|  | ) | MOTION TO EXTEND TIME DUE TO RULE |
|  | ) | 60 EXTRINSIC FRAUD AND EXCUSABLE |
|  | ) | NEGLECT |
|  | ) | VERIFICATION AUTHORITY REPORTS |
|  | ) | HADLEY MEDIFICATION |
|  | ) | DATE: JUNE 29TH 2026 |
|  | ) | TIME: 10 AM |
|  | ) |  |
| Defendant(s | ) | DEPT: |
|  | ) | 8TH FLOOR RYM 8 |

LOCATION : 350 WEST 1ST STEET
LOS ANGLES CA

JUDGE :Mannie Ewusi Mensah
Frimpong
Action Filed: 12/18/25

Shaheryar KHAN·
PLAINTIFF DECLARES THE FOLLOWING DOCUMENTS WERE FILED THROUGH THE

EDSS SYTEM AROUND 8M PACIFIC TIME ON JUNE 8TH 2025

6.8.26                    x _____
                              PLAINTIFF SHAHERYAR KHAN

PLAINTIFFS VERIFICATION OF EDSS FILLING 5/8/26 RECIVED TIMELY

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE
60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

EHIBIT VERIFYING
EDSS
SUBMISSION
6/8/26
7:11 PM

**FedEx Office**

Terminal: CA5186-CEC01
6/8/2028 19:11
Receipt#: PATKWUP(187
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 1 | PC Basic Station Time/Minute | 3.60 |
| 2 | Computer B&W Prints Letter/Legal | 1.30 |

| | |
|---|---|
| SubTotal | 4.90 |
| District tax | 0.02 |
| County tax | 0.02 |
| State tax | 0.08 |
| Total | USD $5.02 |

Stored Value Card #: XXXXXXXXXX

Balance remaining on card:



Pacific Time

Tell us how we did and get $7 off your next purchase of $40 or more print products*

Take the survey by scanning the QR code below or visit www.fedex.com/welisten

Offer expires 01/31/2028

*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office store or online through Office.FedEx.com. Offer is valid at time of purchase only; no cash value and may not be discounted or credited toward past or future purchases; discount cannot be used in combination with custom-bid orders, other coupons, or discounts including account pricing. Discount not valid on the following products and services: finishing-only orders, digital, passport or mounted photo; self-service print, fax, scan, or shred products provided by third party sites not hosted by FedEx Office. Does not apply to packing, shipping, rush, or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services, and hours may vary by location. IN: use promo SKU 40269 for Business Printing Services such as FPM © 2025 FedEx. All rights reserved.

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit fedex.com/officeserviceterms for details.

U.S. District Court Central District of California

⚠ The payment system (pay.gov) will be unavailable on Saturday, June 20, 2026, from 9:00 AM PT for approximately 6 to 12 hours due to system maintenance. During this time, you will not be able to make credit card transactions.

## CONFIRMATION

The document(s) listed below have been submitted to the United States District Court for the Central District of California using the Electronic Document Submission System ("EDSS"). The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF").

Documents submitted using EDSS will be processed in the order they are received and should be uploaded to CM/ECF within 3-5 business (or court) days after receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

Name: SHAHERYAR KHAN

Tracking Number: EDS-260608-001-3909

Date: 6/8/2026

Uploaded files

- proposed order.PDF
  *Description: PROPOSED ORDER*

- Exparte Application.PDF
  *Description: PLAINTIFFS EXPARTE APPLICATION*

- proof of service.pdf
  *Description: PROOF OF SERVICE*

- Memorandum Points and Authorories.PDF
  *Description: PLAINTIFFS MEMORANDUM AND POINTS OF AUTHORITY*

- Declaration.PDF
  *Description: PLAINTIFFS DECLARATION TO SUPPORT EXPARTE APPLICATION*

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email sent to the email address you provided during the EDSS submission process, confirming your submission.

For assistance, please contact:

Civil Intake
United States District Court
Central District of California
Tel. (213) 894-3535

Go back to the main EDSS page.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|

EXHIBITS

Verification
Evidence of Itemes/Itinerary
thru 817-18

Verification of Incapacity

Name: Shalie _____

SSN: _____

The following information is needed to determine your eligibility for General Relief.

Please return this form by: _____

Medical release authorization: I authorize my medical provider to release the following information:

_____                                           2/2/24

Patient or Representative Signature                    Date

Health Care Provider: Please answer the questions below.

1. Does the patient have a physical or mental health condition that prevents or substantially reduces their ability to engage in work or training?

   ☐ No (please answer question 3 and sign the form)
   ☒ Yes (please answer the following questions:

2. Onset date    06/20/2022

3. Expected      ☒ Temporary, expect to release patient for work on: 08/07/2026
   duration:
                 ☐ Permanent

4. Are they able to work?   ☒ No, please go to no. 6  ☐ Yes, please answer the following questions:
                            Can perform: ☐ limited full-time work ☐ limited part-time work

5. Describe how the physical and mental condition reduces their ability to engage in work:
   Physical Condition: can't stand for long periods of time, PTSD
   Mental Condition: extreme Migraines, Head Pain, PTSD

6. Is the physical or mental condition primarily due to drug and/or alcohol abuse?
   ☐ Yes ☒ No ☐ Unknown

7. Has the patient submitted a disability insurance application for completion?
   ☐ Yes ☐ No ☐ Unknown

   If yes, date submitted: _____

## Verification of Incapacity

Name: SAMEERYAZ KHAN

SSN: _____

1. Is the patient receiving or seeking treatment?    ☒ Yes ☐ No ☐ Unknown

Comments: _____

_____

Signature of Health Care Provider                    Date 08/7/2025

Payam Vahedifar, MD

Print Name

MD

Title

Nuve Spine and Sports Institute

Agency

16633 Ventura Blvd Suite 602 Encino CA 91436

Address

818-986-0200

Phone No.

EV271442

EA No.

Exhibit Cancer

# AFTER VISIT SUMMARY



Sheheryar Khan  MRN: 02407674
CSN: CMC-ZQF9-96LW-4222

11/18/2025  ♀ EMERGENCY CCMC
559-324-4040

## Instructions

Your medications have changed today.
See your updated medication list for details.

Read the attached information
1. Fatigue (Discharge Care) (English)
2. Acute Headache (Discharge Care) (English)

Pick up these medications at CVS/
pharmacy #3940 - Clovis, CA ) 1107 N
Willow Ave AT Corner of Nees

HYDROcodone-acetaminophen - ibuprofen

Address: 1107 N Willow Ave Clovis CA 93611
Phone: 559-322-0341

Follow up with CCARE
Why: keep your scheduled appointment on Thursday,
avoid driving
Contact: 7110 N Millerbrook Ave
       Fresno California 93720-2323
       559-326-1222

Follow up with EMERGENCY CCMC
Why: If symptoms worsen
Specialty: Emergency Medicine
Contact: 2755 Herndon Avenue
       Clovis California 93611
       559-324-4040

## What's Next

You currently have no upcoming appointments scheduled.

## Need Help?

FOR SERIOUS MEDICAL EMERGENCIES, CALL 911

Complaint Spoilation of prior
Attorney General of California

STATE OF CALIFORNIA
PIU 2
(Rev. 04/2021)

DEPARTMENT OF JUSTICE
PAGE 1 of 3

**CONSUMER COMPLAINT AGAINST A BUSINESS/CORPORATION**

Please read the Information Collection, Use and Access notice on page 3.

Mail Form to:

Public Inquiry Unit
Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Attorney General
PUBLIC INQUIRY UNIT
(1) 916-6275 / (800) 952-5225 Toll Free - CA only
TDD (800) 735-2929 (California Relay Service)
TY/TDD outside California contact your state's relay service
or at http://www.fcc.gov/cgb/dro/trsphonebk.html
OAG Web Site http://www.oag.ca.gov/

## SECTION 1 - Your Information

| First Name | MI | Last Name |
|---|---|---|
| Dredvecyard | M | Klisch |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 2219 O ine St | Burbank | CA | 91506 |

| Country of Residence | County, if not U.S. | Day Phone Number | Cell Phone Number | E-Mail Address |
|---|---|---|---|---|
| | | | | |

Do you have a disability? ☒ Yes ☐ No

Age Range (optional): ☐ 12 & under ☐ 13-17 ☐ 18-19 ☐ 20-29 ☐ 30-39 ☐ 40-49 ☒ 50-59 ☐ 60-69 ☐ 70-79 ☐ 80 & over

If yes, please specify your military status:
☐ Active Duty Service Member   ☐ Dependent Spouse - Service Member
☐ Dependent Child/Other - Service Member   ☐ DoD Civilian   ☐ Dependent Spouse - DoD Civilian
☐ Dependent Child/Other - DoD Civilian   ☐ Military Retiree/Veteran
☐ Reserve Not on Active Duty/National Guard

Are you a member of the U.S. Armed Forces or a dependent? (optional)
☐ Yes ☒ No

## SECTION 2 - Information About Company Against Which You Are Complaining

| Name of Company | See Attached |
|---|---|

| Mailing Address | | | |
|---|---|---|---|

| City | State | Zip Code | Country, if not U.S |
|---|---|---|---|
| | | | |

| Company's Internet Address (URL) | E-Mail Address |
|---|---|
| | |

| Telephone Number | Fax Number |
|---|---|
| | |

Filed Stamp

## SECTION 3 - Complaint Information

| Product, item or service involved | See Attached |
|---|---|

| Date of Transaction | Account Number (if applicable) |
|---|---|
| | |

| Total amount paid | Amount in dispute | How was payment made: |
|---|---|---|
| | | ☐ Cash ☐ Check ☐ Credit Card ☐ Debit Card ☐ Money Order ☐ Wire Transfer ☐ Finance Agreement ☐ Other |

| Did you sign a contract or lease? | Where was the contract signed? | Starting date | Expiration date |
|---|---|---|---|
| ☐ Yes ☐ No | | | |

| Date you complained to the company or individual | Person Contacted | His/Her phone number |
|---|---|---|
| August ☐ By Mail ☐ By Telephone ☐ In Person | | |

Results

What result would you consider fair? Ejecta Relcs Penta Damage

Have you contacted another agency about this? ☒ Yes ☐ No   If yes, name of agency: FBI

Do you have an attorney in this case? ☒ Yes ☐ No   If yes, name of your attorney: He Custraye Info   Attorney's Phone Number

Has your complaint been heard or is it scheduled to be heard in court? ☒ Yes ☐ No

If yes, where and when? Central Dist, BK, BAP, Appeal 9th Circuit / Injunctive Penalty

If already heard, what was the result? Pending

PLEASE DESCRIBE COMPLAINT ON NEXT PAGE

Exhibit

President Trump USA

AG of A R.B Bonta

CA Governor

Fraudulent Espionage

Settlement Discussion



4/7/26 — 5/2:/26

Communication

Discussion Settlement

5/2/25 - Prior To

WEAPONIZATION FUND

CLEAN ALLOCATION

5/21/26- 7:01 PM Pacific time

Regarding: Friday 5/22/26; Possibly to move meeting to any day through 5/27/26 to get response and confirmations.

Meet and Confer scheduling President Donald Trump, Governor Gavin Newsom, Attorney General Rob Bonta and Plaintiff Shaheryar Khan and Trustee

Hello this is Plaintiff Shaheryar Khan. Plaintiff is reaching out to organize the call tentatively scheduled for tomorrow. Plaintiff has provided an email and has called each office and left forwarding phone call to reach Plaintiff via text or call.

Plaintiff has now formally sent an invitation to all parties and I am awaiting response.





Shaheryar Khan

2219 Olive Street

Burbank CA 91505

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

Plaintiff(s),

vs.

NSO et al(s)

Defendant(s).

Case Number:2:25-CV-11961 MEMF

PLAINTIFFS EX PARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

DATE: JUNE 29TH 2026
TIME: 10 AM

DEPT:
8TH FLOOR
ROOM A

LOCATION : 350 WEST 1ST STEET
LOS ANGLES CA

JUDGE  Maame Ewusi Mensah Frimpong
Action Filed: 12/18/25
Trial Date  (Date or Unassigned)

To The Honorable Court

I Shaheryar Khan the Plaintiff In this case herby Applies to the court Ex Parte.

Plaintiff was unaware of the order in early May 2026 and due to excusable neglect,

PLAINTIFFS EX PARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

extreme discomfort from illness and cancer and asks for extension and due to extrinsic fraud and new evidence.

EXHIBITS WILL BE FILED SEPERATLY DUE TO TRAVEL REQ AND REST REQUIREMENT OF PLAINTFFAND UNDER SEAL APPLICATION SEPERATELY IN 7 DAYS.

Plaintiff applies Ex parte due to Unprecedented extrinsic fraud including , recent hacking and spoliation which occurred on 5-20-26 and new argument with similar case evicence behavior of a defendant in this cases of a scheme which exposed other plaintiff with material similar and like plaintiff was exposed with toxic gas . Plaintiff is also asking for clarity on May 2026 orders and fees. Plaintiff is currently suffering from acute and tremendous pain related to incapacity and Cancer diagnosis Plaintiff will support this with the Pleadings, exhibits, declaration and complaints logged and made with authorities and relevant legal cases, and oral discussion should the Judge allow it Plaintiff can order expert opinion if the court requests in the order.

Plaintiff case is not frivolous and plaintiff seeks extension of time to pay fees and file documents. Plaintiff case has Public Interest and Policy.

Plaintiff was unaware of the orders issued in May as Plaintiff was under the impression the Hearing was scheduled for 6/25/26 as plaintiff had calendared for hearing in the 8th floor. Plaintiff received the orders late due to illness recovery and mail being couriered 2 1/2 weeks after issuance in May 2026.

Plaintiff is asking the court to extend the deadlines in June due to plaintiff being burdened with cost associated with the recent spoliation and data recovery and also time to plead the requested Complaint hopefully after regaining the information and files and evidence. Plaintiff will be seeking to file a motion with the amended complaint for sanctions and terminating sanctions due to new evidence not available at the time of the original filing.

**Plaintiff will filed separately Communications and redacted info though a Sealed**

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

document before the exparte hearing date due to Sensitive data and communication with White house and Governor Gavin Newsom And Attorney General of California Rob Bonta . Due to security clearance and national security Plaintiff will seek to file this under seal in 7 days or before 7 days.

Factual and Procedural History

Plaintiff received mail late while in recovery and treatment is ongoing. The mail delivered was delayed and had been brought to location where plaintiff was recovering. This included the following 2 orders (attached as exhibit) Plaintiff expected hearing date on 6/25/26

Plaintiff files this motion through the EDSS system timely on Monday 6-8-26 the next available court operating Day ( Due date June 7th ( Sunday) as the court has request and set deadlines set for June 7th 2026 a Sunday and also June 11th 2026 .

Plaintiff seeks extension on both dates due to excusable neglect from illness recovery and extrinsic fraud infliction of injury and new evidence related to recent spoliation and defendant's inference and illegal activities.

Plaintiff filed this action on 12/18/25. Plaintiff was assigned Hon Judge Walker.

Plaintiff filed a fee waiver which plaintiff believes was granted.

Plaintiff filed a motion for leave to amend under rule 15 seeking permission to leave to amend the complaint 21 day after the initial complaint was filed with courts permission while plaintiff was seeking treatment for cancer. The Motion was denied. Plaintiff was unsure.

The Judges were changed as plaintiff is confused to the legality as the judge accepted the case and may have granted fee waiver.

Plaintiff Filed a motion to set aside the order on or about 3/18/26 to be heard June 25th 2026 to be heard with Hon Judge Frimpong and an order was issued in May.

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

## Reasons for Extension

Plaintiff filed the exparte and did not have enough time with recovery and illness and issues pertaining to data recovery and settlement discussions and major resting periods due to severe pain and was unaware of the order until recently.

Plaintiff seeks clarity as both orders with 8th and the 11th of June deadlines which seem similar and plaintiff is unsure of the deadlines and also seeks extension of both of those dates. Plaintiff is unsure if the court requires Plaintiff to pay fees to the court. Plaintiff is also unsure of the deadlines and 2 orders came in which seem similar. Due to additional high Costs associated with recent spoliation and harassment on or about 5/20/26 Plaintiff is requesting an extension of time to pay fees and /or file the requested documents due to new facts.

Plaintiff has uncovered new evidence that explains civil rights violations

Plaintiff was hacked approximately 2 weeks ago

Plaintiff will seek sanctions

Plaintiff is ill in pain and is rest and recovery Plaintiff next medical dates are towards end of Month.

## Grounds for Extension Rule 60

Plaintiff seeks and extension for excusable neglect and also extrinsic fraud and newly discovered evidence. The recent Spoliation 5/20/26 and previous spoliation relates to a murder of an agent of defendant and attorney tampering and applicability for the court to award sanctions to the plaintiff.

The exposure to Gas relates to newly discovered evidence and current defendants and relates to appeal which seek to address discrimination retaliation and civil rights violations

Plaintiff is recovering from Incapacity and illness and diagnosis of Cancer

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

Extrinsic Fraud, Rampant Hacking and Spoliation" and New claim.

Plaintiff's device and records were spoliated in at attack on Plaintiff devices on or about 12/18/25 and 12/20/25 and 5/20/26. The device hacked relates to Defendant Google and Defendant Tracphone , and Involves Activities related to Defendant NSO *in re Apple v. NSO Plaintiff* other records were hacked at a 3rd party location and a request for records which plaintiff found out on 6/4/26 ( exhibit) . The information relates to bank evidence, attorney tampering, and theft of trade secrets, employment interference, and medical treatment.

Plaintiff has alleged extrinsic fraud and interference with attorneys and business contracts the spoliation directly affects communications and confirms misrepresentations by attorneys to the plaintiff and plaintiff's partners. Plaintiff has been record keeper and the defendant had known this and affected other cases. Plaintiff claim for attorney tampering relies on data spoilated where attorneys communicated with plaintiff and made certain representations which were then found to be false. Plaintiff is alleging tampering with attorneys *IN RE ABA V TRUMP (2025); IN RE WILMER HALE V TRUMP ADMINISTRATION (2025) ; in Re Washington State V. Trump ( 9th circuit 2025) ; IN RE SUSSMAN GODFREY LLP V TRUMP ADMINISTRATION (2025) ; PERKINS COIE LLP V TRUMP ADMINISTRATION (2025); IN RE JENNER AND BLOCK V TRUMP ADMINISTRATION (2025)* .

Plaintiff also has obtained new facts that link defendant Affinity Partners to a scheme where the founder and his associated Company has exposed tenants harmful environment (Construction dust) to tenants and guests of his properties in *re Andrea T. et al V Kushner Companies Who* has access to Defendant United States Government, during his tenure in the White house and president Trump.) an

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

interested party) This issue affect the scheme for Defendant Jon Hayes, Defendants Resnik Hayes and other defendants with Kusher and Affinity partner being the Beneficiary of the Misappropriation of intellectual property of Plaintiff. There are many other scheme related to other trade secret and technology Plaintiff and related defendants. This newly discovered information can and has the ability to make a claim against the United States and also recent Activity related to Affinity Partners and Jared Kushner due to a death at the time Plaintiff filed this complaint related to defendant Google and the Spoliation on 12/10 25 and 12/18/25.

Plaintiff has been victim of violations of computer fraud abuse act, attorney tampering and banking and housing Decimation and civil rights violation and Plaintiff has now and is alleging discrimination as war crimes on illegally masked as common discrimination on Plaintiff.

This is unprecedented as Plaintiff alleges that some sort of mechanism though a "label" or "Sanctions" were improperly placed by the defendants on the Plaintiff which was used as tool for to warrant illegal surveillance, banking discrimination and also used as a "free pass "to spy on Plaintiff and excuse to harass and violate plaintiff constitutional and civil rights and with the express purpose to infringe on his intellectual property and destroy hat evidence though a myriad of illegal methods.

Plaintiff seeks an extension of time due to recent spoliation and extrinsic fraud and excusable neglect due to plaintiff being unaware of order due to hearing being taken of calendar for June 25th 2026. Plaintiff is also seeking an extension of time to pay filing fees as Plaintiff has limited income and has had to pay for additional costs related to travel medical treatment and spoliation and recovery of data and experts. These "bad actors" could be affecting records and evidence and this behavior will affect "anyone and everyone" and will have a tremendous effect on public policy to deter bad actors and its agent and associated corporations that rely on this illegal activities due to illegal spoliation and extrinsic fraud.

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

Plaintiff is seeking an extension of time to address these new issues into the Complaint and seek monetary and terminating sanctions with the new complaint though discovery and tolling to seek equitable relief which the court has the inherent right to provide and order to curb Injustice used by bad actors in the court system .

6/7/26                    x _____

PLAINTFF SHAHERYAR KHAN

Shaheryar Khan

22 9 Olive Street

Burbank CA 91506


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


SHAHERYAR KHAN                              ) Case Number:2:25-CV-11961 MEMF
                                            )
                          Plaintiff(s),     ) DECLATION OF PLAINTFF
                                            ) SHAHERYAR KHAN TO SUPPORT
                                            )
VS.                                         ) PLAINTIFFS EXPARTE
                                            ) APPLICATION FOR MOTION TO
NSO et al(s)                                ) EXTEND TIME DUE TO RULE 60
                                            ) EXTRINSIC FRAUD AND
                                            ) EXCUSABLE NEGLECT
                                            )
                                            )
                                            ) DATE: JUNE 29TH 2026
                                            ) TIME: 10 AM
                                            )
                                            ) DEPT:
                          Defendant(s).     ) 8TH FLOOR
                                            ) ROOM A
                                            )
                                              LOCATION : 350 WEST 1ST STEET
                                              LOS ANGLES CA

                                              JUDGE :Maame Ewusi Mensah
                                              Frimpong
                                              Action Filed: 12/18/25
                                              Trial Date: (Date or Unassigned)

_____

I am the Plaintiff Shaheryar Khan , I declare as follows.

EXHIBITS WILL BE FILED SEPERATLY DUE TO TRAVEL REQ AND REST

REQUIREMENT OF PLAINTFF AND UNDER SEAL IN 7 DAYS.

PLAINTFF HAS NOT SERVED ANY DEFENDANT IN THIS PROCEEDING

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO
RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

DUE TO PENDING MOTION AND PER LOCAL RULE HAS NOT
CONTACTED OPPOSING COUNCIL
PLAINTFF HAS CONTACTED AND COMMUNICATED WITH AUTORITIES
ATTORNEY GENERAL OF CALIFORNIA ROB BONTA, GOVERNOR
GAVIN NEWSOM, AND PRESIDENT DONALD TRUMP AT THE WHITE
HOUSE WHO ARE INTERESTED PARTIES.
PLAINTIFF BELIEVE AND HAS FACTS DISCUSSIONS FOR SETTLMENT
ARE OCCURRING. PLAINTIFF HAS CONTACTED GOV NEWSOM, AG
BONTA AND POTUS TRUMP ON 4/7/26 THROUGH 5/20/26 AND WILL
PROVIDE DICSUSSION COMMINUCATION NUNDER SEAL
THE AUTHORITES FOR SPOILATION WHO I AM AUTHORIZING
INVESTICATION ARE AG CA ROB BONTA (EXHIBIT)

Plaintiff is currently suffering from severe pain and discomfort. Plaintiff was
scheduled for screening for cancer in February 2025 due to discomfort pain and
illness. Plaintiff's physician in March of 2025 due to medical procedure scheduled
tests for plaintiff. Physician test were reorganized due to medical prescriptions.
Due to severe pain and discomfort Plaintiff took tests in September 2025. Plaintiff
was scheduled for more tests through October due to pain and discomfort. Plaintiff
was diagnosed with cancer on 11/18/25 (exhibit)
Plaintiff has had no luck with treatment and is recovery from illness and has not
been cleared medically and is scheduled for test this month.
Plaintiff is incapacitated today and has not been cleared of cancer diagnosis as of
today. (Exhibit)
Plaintiff has had devices and communications and evidence spoilated for last 9
years but specifically again identifying some of the actors and also product liability
DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO
RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

claims against current defendants. These attacks came on 12/10/25 and 12/18/25 and again on May 29th 2025. Records for this case and many cases were affected. December 18th 2025 evidence spoilated related to Defendant Police Department and Evidence to Defendant a conspirator related to defendant Heritage Foundation and was spoilated on that day and hours after Plaintiff filed Litigation. The conspirator related to that encounter and Defendant Heritage Foundation and who is a Does Defendant admitted causes of action, evidence to Claims related to Heritage Foundation which was described as discrimination tool used in Executive Order 13818 by President Trump Administration to Seize assets and impose martial law for the express purpose to Force Jesus to come back.

The police Department in question and defendant is complex situation because I gave a report and the police too unique information and then that information was used illegally to do illegal transactions and online order affecting emails ,. This resulted in spoliation and issue with defendant Microsoft.

Evidence against the following Defendant applies to the recent event of Spoliation in May 2026. The spoliation and infliction of injury and the discrimination revolve around Defendant, Google, Omar Hamoi, Inner Space, Admob, Tracphone (Google related company), Apple, NSO, Bank of America. Affinity Partners (Jared Kushner), United States, Heritage Foundation, Bank of America. Ophir Gottlieb, George Soros (Open Society) Mark Cuban, MGM, Sony Pictures, Amazon, and attorneys whom are defendants as well as others Interest party Donald Trump and Trump RX.

A defendant in this case ( being protected due to potential murder)and new / confession/ settlement and testimony related to Defendant Jon Hayes and a scheme involving causing delays has been in the works and will be ready to be filed for settlement in 2 weeks. This related to , interested party President Donald Trump ,

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

founder of defendant Affinity Partners ,Jared Kushner, and Defendants The United States and FBI Patel and Nunez and related Defendants and Defendant Bank of America interference and delays though extrinsic fraud and spoliation and tort interference . Plaintiff will need to explain in the amended complaint that these agencies of government and defendants used their position to abuse power to allow for illegal surveillance to misappropriate intellectual property which was used though illegal government surveillance and then the information was spoilated to cover-up and destroy the evidence.

**Plaintiff asserts that "bad actors" placed through the defendants government connections and agents that work inside the United States government illegally applied sanctions on Plaintiff to warrant these illegal acts and clear violations of plaintiffs civil rights to cause a "fee steal and terrorize the Plaintiff" movement that is biblical like the Nazi did in Germany used these methods against citizens in Germany**

Plaintiff prepared filed and litigation 4-7-2022 and was to start working in May and June of 2022. Plaintiff was in bankruptcy to manage the aspects to case due to element involving bankruptcy and bank, lending, and mortgage torts and injuries and employment violations .Plaintiff was victim to discrimination in all these areas and the infringement of Intellectual property. When Plaintiff filed The Case in April 2022 a building, apartment where plaintiff visited was immediately purchased and 60 days later closed escrow. Plaintiff recognized being targeted though actions and behavior and the Discrimination activities and harassment at this facility and operation began immediately against plaintiff and plaintiff's family. These activities included removal and relocation forcefully attempt which were against the law and stopped. That when the facility management and staff discrimination tactics and started construction and exposed plaintiff to Toxic gas

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

resulting in severe debilitation and incapcity through today. Plaintiff has 5 witnesses. Defendant Affinity partners and Founder Jared Kushner has used this methods before in re *Andrea v Kushner Properties (Maryland)*

Plaintiff recognized the scheme because this happened exactly before when plaintiff was ill except it was a mortgage company interfering with business contracts involving defendant Ophir Gottlieb and Defendant Bank of America and Hotels instead. Spoliation was occurring at or around that time however due to the exposure of the gas Plaintiff was too sick to prosecute cases. Plaintiff noticed that attorneys and employment contracts were being tampered with along with the spoliation. This resulted in the Death and alleged Murder of conspirator and Defendant Estate of Mark Brandt. Within 2 days of an illegal seizure.

This scheme is "text book" and in the "playbook" of the Defendants. And willfully. The negligence factor and need for Judicial Notice is apparent and warranted and plaintiff requests continuance to draft the complaint with this new information

Plaintiff also noticed that satellite issues have been affected though FCC and censorship to Defendant Dish. These issues revolve around oppression.

Plaintiff contends that the administration and Cabinet of the sitting President Donald trump is Involved, The President ,Plaintiff believes, is being taken advantage of by his cabinet and members and mislead with misinformation and being instructed to place policies in a quick and rampant manner to validate discrimination against foreigners place discriminatory sanctions against foreigners in the US with the express purpose to infringe and the rights of those citizens and which the plaintiff is.

Plaintiff is concerned the current administration will deport, denaturalize, take property, establish martial law and inflict oppression at any cost even promote war to distract from its policies or to enhance its policies.

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

Plaintiffs Sealed Document will provide detail, however requires certain redaction
due to National Security which Plaintiff believes a type of Sanction was placed on
Plaintiff due to his ethnicity and capacity for invention and technological
advancement plans for development.

I declare under the penalty of Perjury the foregoing is true and correct.

6/7/2026

X _____

PLAINTIFF SHAHERYAR KHAN

DECLATION OF PLAINTFF SHAHERYAR KHAN TO SUPPORT

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO
RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

Shaheryar Khan

2219 Olive Street

Burbank CA 91506


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


SHAHERYAR KHAN

              Plaintiff(s),

vs.

NSO et al(s)

              Defendant(s).

) Case Number:2:25-CV-11961 MEMF
)
) MEMORANDUM AND **POINTS OF**
) **AUTHORITY TO SUPPORT**
) **PLAINTIFFS EXPARTE APPLICATION FOR**
) **MOTION TO EXTEND TIME DUE TO RULE**
) **60 EXTRINSIC FRAUD AND EXCUSABLE**
) **NEGLECT**
)
) DATE: JUNE 29TH 2026
) TIME: 10 AM
)
) DEPT: 8TH FLOOR ROOM A
) LOCATION : 350 WEST 1ST STEET
) LOS ANGLES CA
)

JUDGE :**Maame Ewusi Mensah**

**Frimpong**

Action Filed: 12/18/25

---

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO
RULE 50 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

## Factual and Procedural History

Plaintiff received mail late while in recovery and treatment is ongoing. The mail delivered was delayed and had been brought to location where plaintiff was recovering. This included the following 2 orders (attached as exhibit) Plaintiff expected hearing date on 6/25/26

Plaintiff files this motion through the EDSS system timely on Monday 6-8-26 the next available court operating Day ( Due date June 7th ( Sunday) as the court has request and set deadlines set for June 7th 2026 a Sunday and also June 11th 2026 .

Plaintiff seeks extension on both dates due to excusable neglect from illness recovery and extrinsic fraud infliction of injury and new evidence related to recent spoliation and defendant's interference and illegal activities.

EXHIBITS WILL BE FILED SEPERATLY DUE TO TRAVEL REQ AND REST REQUIREMENT OF PLAINTFF AND UNDER SEAL IN 7 DAYS.

Plaintiff filed this action on 12/18/25. Plaintiff was assigned Hon Judge Walker.

Plaintiff filed a fee waiver which plaintiff believes was granted.

Plaintiff filed a motion for leave to amend under rule 15 seeking permission to leave to amend the complaint 21 day after the initial complaint was filed with courts permission while plaintiff was seeking treatment for cancer. The Motion was denied. Plaintiff was unsure.

The Judges were changed as plaintiff is confused to the legality as the judge accepted the case and may have granted fee waiver.

Plaintiff filed a motion to set aside the order on or about 3/18/26 to be heard June 25th 2026 to be heard with Hon Judge Friinpong and an order was issued in May.

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

## Reasons for Extension

Plaintiff filed the exparte and did not have enough time with recovery and illness and issues pertaining to data recovery and settlement discussions and major resting periods due to severe pain and was unaware of the order until recently.

Plaintiff seeks clarity as both orders with 8th and the 11th of June deadlines which seem similar and plaintiff is unsure of the deadlines and also seeks extension of both of those dates. Plaintiff is unsure if the court requires Plaintiff to pay fees to the court.

Plaintiff is also unsure of the deadlines and 2 orders came in which seem similar.

Due to additional high Costs associated with recent spoliation and harassment on or about 5/20/26 Plaintiff is requesting an extension of time to pay fees and /or file the requested documents due to new facts.

Plaintiff has uncovered new evidence that explains civil rights violations

Plaintiff was hacked approximately 2 weeks ago

Plaintiff will seek sanctions

Plaintiff is ill in pain and is rest and recovery Plaintiff next medical dates are towards end of Month


## Grounds for Extension Rule 60

Plaintiff seeks and extension for excusable neglect and also extrinsic fraud and newly discovered evidence. The recent Spoliation 5/20/26 and previous spoliation relates to a murder of an agent of defendant and attorney tampering and applicability for the court to award sanctions to the plaintiff.

The exposure to Gas relates to newly discovered evidence and current defendants and relates to appeal which seek to address discrimination retaliation and civil rights violations

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

Plaintiff is recovering from Incapacity and illness and diagnosis of Cancer

**Extrinsic Fraud, Rampant Hacking and Spoliation" and New claim.**

Plaintiff's device and records were spolaited in at attack on Plaintiff devices on or about 12/18/25 and 12/20/25 and 5/20/26. The device hacked relates to Defendant Google and Defendant Tracphone , and Involves Activities related to Defendant *NSO  in re Apple v. NSO_Plaintiff* other records were hacked at a 3rd party location and a request for records which plaintiff found out on 6/4/26  ( exhibit) . The information relates to bank evidence, attorney tampering, and theft of trade secrets, employment interference, and medical treatment.

Plaintiff has alleged extrinsic fraud and interfere with attorneys and business contracts the spoliation directly affects communications and misrepresentations by attorneys to the plaintiff and plaintiffs partners. Plaintiff has been record keeper and the defendant had known this and affected other cases. Plaintiff claim for attorney tampering relies on data spoilated where attorneys communicated with plaintiff and made certain representations which were then found to be false. Plaintiff is alleging tampering with attorneys .*IN RE ABA V TRUMP (2025); IN RE WILMER HALE V TRUMP ADMINISTRATION (2025) ; in Re Washington State V. Trump ( 9th circuit 2025, ; IN RE SUSSMAN GODFREY LLP V TRUMP ADMINISTRATION (2025; ; PERKINS COIE LLP V TRUMP ADMINISTRATION (2025); IN RE JENNER AND BLOCK V TRUMP ADMINISTRATION (2025) .*

Plaintiff also has obtained new facts that link defendant Affinity Partners to a scheme where the founder and his associated Company has exposed tenants harmful environment (Construction dust) to tenants and guests of his properties in

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

re *Andrea T. et al V Kushner Companies Who* has access to Defendant United States Government, during his tenure in the White house and president Trump.) an interested party) This issue affect the scheme for Defendant Jon Hayes, Defendants Resnik Hayes and other defendants with Kushner and Affinity partner being the Beneficiary of the Misappropriation of intellectual property of Plaintiff. There are many other scheme related to other trade secret and technology Plaintiff and related defendants. This newly discovered information can and has the ability to make a claim against the United States and also recent Activity related to Affinity Partners and Jared Kushner due to a death at the time Plaintiff filed this complaint related to defendant Google and the Spoliation on 12/10/25 and 12/18/25.

Plaintiff has been victim of violations of computer fraud abuse act, attorney tampering and banking and housing Discrimination and civil rights violation and Plaintiff has now and is alleging discrimination as a war crime on illegally masked as common discrimination on Plaintiff.

This is unprecedented as Plaintiff alleges that some sort of mechanism though a "label" or "Sanctions" were improperly and fraudulently placed by the defendants on the Plaintiff which was used as tool for to warrant illegal surveillance , banking discrimination and also used as a " free pass "to spy on Plaintiff and excuse to harass and violate plaintiff constitutional and civil rights and with the express purpose to infringe on his intellectual property and destroy hat evidence though a myriad of illegal methods.

Plaintiff seeks an extension of time due to recent spoliation and extrinsic fraud and excusable neglect due to plaintiff being unaware of order due to hearing being taken of calendar for June 25th 2026. Plaintiff is also seeking an extension of time to pay filing fees as Plaintiff has limited income and has had to pay for additional

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

costs related to travel, medical treatment and spoliation and recovery of data and experts.

These "bad actors" could be affecting records and evidence and this behavior will affect "anyone and everyone" and will have a tremendous effect on public policy to deter bad actors and its agent and associated corporations that rely on this illegal activities due to illegal spoliation and extrinsic fraud.

**Plaintiff is seeking an extension of time to address these new issues into the Complaint and seek monetary and terminating sanctions with the new complaint though discovery and tolling to seek equitable relief which the court has the inherent right to provide and order to curb Injustice used by bad actors in the court system .**

## Argument

Plaintiff is seeking an Extension of time for good cause due to spoliation and will be seeking sanctions.

Plaintiff has been victim to routine Spoliation attacks and hacking in a Gross display of Abuse of Power on Plaintiffs Constitutional Rights and violation of Plaintiff civil rights  through these mechanisms and also being exposed to toxic gas as a methods to assault to deter and prevert plaintiff  from successfully prosecuting a case due to infliction of harassment , toxic gas, spoliation resulting in suffering from extreme distress , cancer and incapacity ( exhibit) which Plaintiff is suffering from. Plaintiff has obtained records where this attack was conducted before after discovering hacking and fraud by defendant Wmenntor and defendant fix and defendant Ophir Gottleib who was a Bank of America Employee and also subject to Hacking.

Plaintiff has discovered a pattern that the Department of Justice has Targeted and
MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

weapon zed the United States and Courts involving bankruptcy and possibly others to maliciously prosecute motions and other document in court illegally as cited though the bankruptcy court and defendants.

Plaintiff has filed this Motion to extend the deadline in this case due to excusable neglect and extrinsic fraud. Plaintiff was unaware his motion was taken off calendar for June 25th 2026 and an order being issued In May. While preparing for the hearing and drafting a first amended complaint Plaintiff files records and devices were hacked spoilated and plaintiff discovered new evidence. This relates to defendant: Google, tracphone, Apple, NSO and would be subject to tolling and equitable relief via sanctions and terminating.

**Plaintiff will filed separately Communications and redacted info though a Sealed document before the exparte hearing date due to Sensitive data and communication with White house and Governor And Attorney General of California Rob Bonita . Due to security clearance and national security Plaintiff will seek to file this under seal in 7 days or before 7 days.**

Plaintiff was exposed to toxic substance and plaintiff has found out that a defendant in the case has been involved in the in a similar scheme which the plaintiffs alleges that defendant is infringing on the intellectual property of Plaintiff. This would be an example to extrinsic fraud and also egregious behavior which would warrant default and sanctions if not terminating sanctions due to this behavior of retaliation.

Plaintiff was exposed to this toxic substance through a scheme after filing a complaint naming the conspirators as defendants in a related case and appeal. Plaintiff is alleging that this defendant saw the litigation, and then purchased an apartment building valued around may be over $115,000,000.00. Then when the escrow closed approximately 45 to 60 days later began the discrimination

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

campaign and assault on Plaintiff and Family resulting in a calculated exposure to toxic gas. Furthermore Plaintiff is alleging that this same Types of scheme occurred from 2017 to 2020 with other locations and different type s of assets and contracts and leases.

Plaintiff alleges the actor though his agents caused in a similar scheme are Founder of Defendant Affinity partners, Jared Kushner. These acts of retaliation have happened in the past *in re Andrea T. et al V Kushner Companies* . The toxic agent plaintiff was exposed to is known for causing death, incapacity to brain and also tremendous toumorousd pair and also has been associated with causing cancer. Plaintiff was suffering for years and was diagnosed with Testicular Cancer on 11/18/26 (exhibit) Plaintiff is incapacitated since June and July of the year 2022. This illness began when Plaintiff filed this underlying case in April 7th 2022 and a scheme to injure the plaintiff was initiated which I now know was an attempted murder and assault on plaintiff appellant. Immediacy after plaintiff filed a lawsuit in 2022 a building was purchased which must have been purchased for over $118 million dollars. This was a consistent theme Appellant s alleging that this scheme was expressly used to hinder plaintiff from successfully prosecuting the case due to toxic gas exposure and willful injury to inflict injury to cognitive ability , This is the same defendant that plaintiff is currently in litigation and is similar to the exact same behavior the defendant is accused of *in re Andrea T. et al V Kushner Companies* and Founder of Defendant Affinity Partners in a case of plaintiff against this company where President Donald trump is named possibly as interested party or Beneficiary.. This same scheme occurred in 2013 but with mortgaging and hotels instead of using apartments and litigation aimed at oppression and injury as well. Plaintiff and appellant is still suffering incapacity and also debilitating psychological Trauma (exhibit)

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

Typically Trusts are used to mask these activities though private. A mortgage company related to Defendant Bank New York Mellon and Advent International are associated with these issues and Housing Finance Agency

Plaintiff assert that Defendants have abused power and used the Intelligence agency for defendant United states and the house and Senate intelligence responsibility to illegally abuse mechanisms and manipulate information to obtain information of trade secrets of plaintiff and abuse its authority though misappropriation and abuse of FISA 702 and the spoliation and violation of the civil right, constitutional rights and Computer fraud abuse act.

This can be defined as extrinsic fraud and can be subject to sanctions and appellant believes that this may be grounds for granting appellant case to be remanded and possibly for plaintiff to receive terminating sanctions. U.S. *Supreme Court Ruling in United States v Throckmorton 98 U.S61 (1878)* The Ninth Circuit *Precedent In re Intermagnetics America inc.8926 F2d 912 (9th Circuit)(1991).*

**Plaintiff is seeking an extension of time to address these new issues into the Complaint.**

The Company and Phone operations revolve around Appellant Google and Defendants Tracphone, *APPLE and NSO.* Under FRAP 37e (2) severe sanction may be granted for this *behavior Leon v IDX System Corp(9th Cir 2006)* allows for terminating sanctions( dismissal) and monetary Penalties. *Glover v BIC Corp (9th Circuit 1993) courts may levy spoliation sanctions under their inherent authority when a party knew or should have known that the destroyed evidence could be relevant to a claim.*

Plaintiff is requesting continuance due to this "hacking: and had filed the complaint (exhibit) and addendum to the related complaint to include this new activity of spoliation in the last 2 weeks. Plaintiff also was victim to spoliation the evening
MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

and day after Plaintiff filed this case.

Plaintiff / Appellant are and have reporting these issues on 3/12/26 approximately and in the last 2 weeks to government (exhibit) and are in the process of trying to retrieve and recover data. Appellant will file an amended complaint and a motion or brief after the extension is granted and also seek sanctions. In California Law terminating sanctions would be appropriate this has happened and also has happened in relation to other appellants and defendant. *Apple v NSO 9th circuit,* Who the CEO is a Trump Associate ( exhibit) The spoliation would also have and had been a tool to avoid false testimony and uncovered false testimony as evidence in *Supreme Court Case 8 Hazel-Atlas Glass-Co v Hartford-Empire Co., 322 U.S.238 (1944)*

## Sealed Information Redacted

Plaintiff had been working with Trump Administration (exhibit) towards settlement on as addressed in letter to Californian officials and the White House on or about April 7th 2026 in a landmark settlement for settlement in part of plaintiffs appellant case for "weaponization of the legal Process" through malicious prosecution through federal Case 1:26-CV-013999 which plaintiff is seeking time and extension to address and is subject to hearing on 6/12/26. This weaponization against plaintiff included that Policy exists to interfere with a US Citizens Constitutional Rights and this policy initiated against plaintiff wrongfully directly violated plaintiff/ appellant's civil rights and constitutional rights. *United States v Nixon 418 683 (1974)* The Department of Justice was used by the cabinet of the office of the president to severely injure appellant plaintiffs civil rights though many cases Including bankruptcy, federal case, and state superior court and MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

through many years plaintiff has discovered. The Abuse of power relates to the cabinet and Policy of the Administration *(United States v Nixon (1974).* Plaintiff has requested this information from the office of the president and department of Justice and is hoping for settlement... (Exhibit) and copied Governor Newsom and CA AG Rob Bonta.

The President's office may or may not be indicating these activities occurred though separate administrations and Plaintiff has tried to resolve this though recent communications. Plaintiff suggested a 3rd party fund over the last 60 plus days to propose a settlement (exhibit) while communicating to the white house. Plaintiff believe this was the " weaponiztion fund, meant for plaintiff, not the January 6th parties but plaintiff is awaiting clarity and a response.

In relation to this case and the DOJ Tampering a related 9th circuit case in which an illegal seizure obtained though DOJ illegal Interference occurred. Though a "cover-up" information being stolen and conspirator similar to the Nixon era was murdered except this occurred at the final moments of the 2020 Trump Administration along with other "hail Mary" executive orders furthermore those order continued 4 years later on the administrations transition in late 2024 and 2025.

There is a severe issue similar to Watergate and the Obstruction of Justice and cover up. These break-ins cover-up though sheriffs. Police and fraud and consumer protection and bankruptcy and state law violations. including , hacking, illegal surveillance  and 4th amendment violation and abuse of power though a scheme created under false testimony with the express purpose to violate appellant constitutional rights and civil rights for the express purpose to abuse the plaintiffs intellectual property and misappropriate and infringe upon the rights of plaintiff appellant . In re United States v barker , 546 F.2d 940 (DC Cir 1976) ; In e United

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

States v Ehrlichman , 546 F 2d910 (D.C. Cir 1976) ; United States v Ellsberg No. 9373 (C.D.Cal (1973) Plaintiff is claiming that the United States used these same mechanisms in the Presidents Administration and the use of The department of Justice to abuse the Plaintiff Appellant to steal trade secrets through espionage activities and also through violations of Employment rights and illegal surveillance to accomplish this *In re Apple V NSO* through overreach and false testimony and abuse of power.Ttile 18 US Code 1505; Title 18 Code 641 and the abuse of the Inspector general's Act of 1978 and plaintiff will be subject to recover and seek discovery under 44 US Code 2201-2209 in relation to official Abuses and spoliation In Re *Apple v Nso*.

Plaintiff and appellant has also been subject to Attorney tampering and has had partners and appellant and plaintiff victim of tampering and malpractice by attorneys involved with appellant /plaintiff ,Plaintiffs business and appellant and plaintiffs partners business and plaintiff family. The Spoliation affects these claims and is evidence which also involves attorney tampering and case interference of evidence in related cases unprecedented; *IN RE ABA V TRUMP (2025); IN RE WILMER HALE V TRUMP ADMINISTRATION (2025); in Re Washington State V. Trump (9th circuit 2025); IN RE SUSSMAN GODFREY LLP V TRUMP ADMINISTRATION (2025); PERKINS COIE LLP V TRUMP ADMINISTRATION (2025); IN RE JENNER AND BLOCK V TRUMP ADMINISTRATION (2025)..* The spoliation also effects Attorney representations and also records and communications and files and documents. '

A plaintiff seeks an extension of time due to this recent spoliation and newly discovered evidence about the defendants.

## Settlements

Government discussions and request for settlement was sent out and ongoing.
MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

(Sealed evidence will be filed 7 days) Several other Defendants have requested settlement and discussions which plaintiff will also address in the new complaint if not settled.

Plaintiff seeks the foregoing

Extend time on the 2 orders From May 2026 and leave to Amend complaint

Clarity on fee waiver which plaint contends was already approved.

Extension of time to regain spoilated evidence

Grant permission or require plaintiff to order and set date for experts and for plaintiff to seek sanctions, default, or terminating sanctions and file amended complaint with the new claims.

Conclusion

Plaintiff believes that this new information is relevant to Plaintiffs case. Plaintiff believes that the spoiltion is serious enough to warrant a motion and granting of sanction and terminating sanctions and asks the court to either set a date for an expert to certify and also give expert opinion on the scheme and acts of the spoliation, the toxic gas exposure, the abuse of power and discrimination and i'ress plaintiff suffers from or order granting the extension of time where plaintiff can present expert opinion.

Due to excusable neglect and new evidence and the spoliation on 5/20/26 plaintiff asks the court to extend the deadline to file the amended complaint and or pay filing fees.

Plaintiff is recovering in severe pain from illness and incapacity and is cleared though 8/6/26 (exhibit)

Plaintiff will file a sealed document with sensivitive national security discussions partly and redacted information to support this exparte motion.

Plaintiff asserts and claims this case is unprecedented and we may be on the verge

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

**PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT**

a gross miscarriage of Justice if these issues are not prosecuted due to extrinsic fraud.

Thank you for your time.


Respectfully


I Declare under The Penalty of Perjury the foregoing is true and correct

6/7/26                          x _____

PLAINTFF SHAHERYAR KHAN


MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT

PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO
RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT