Shaheryar Khan

2219 Olive Street

Burbank CA 91506

FILED

CLERK, U.S. DISTRICT COURT

6/26/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ jji _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHAHERYAR KHAN<br><br>Plaintiff(s),<br><br>vs.<br><br>NSO et al(s)<br><br>Defendant(s). | Case Number:2:25-CV-11961 MEMF<br><br>**PROOF OF SERVICE BY MAIL**<br><br>PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT<br><br>**DATE: JUNE 29TH 2026**<br>**TIME: 10 AM**<br><br>**DEPT:**<br>**8TH FLOOR**<br>**ROOM A**<br><br>**LOCATION : 350 WEST 1ST STEET LOS ANGLES CA**<br><br>**JUDGE :Maame Ewusi Mensah Frimpong**<br>**Action Filed: 12/18/25**<br>**Trial Date: (Date or Unassigned)** |

**PROOF OF SERVICE BY MAIL** PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

TO THE HONORABLE COURT AND ALL PARTIES

I , REGINA ZAPATE declare the following:

My  Address is 2219 OLIVE STREET BURBANK CA 91506, which is located in the county where the mailing described took place.

On 6/26/26 I served by mail the following documents described as:

1.)    PLAINTIFF VERIFICATION OF RESPONSE TO COURT ORDER 6/3/26

2)    Proof of service

3)    Plaintiff Notice of Appearance

4.)    PROPOSED ORDER Plaintiff notice of appearance

I SERVED On all parties in this action by placing a true and correct copy there of in a sealed envelope with first class postage prepaid thereon and deposited said envelope in the united states mail at or in Fresno CA on 06/26/26
I mailed the following documents to the ADDRESSES

JUDGE MAAME EWUSI-MENSAH FRIMPONG

350 WEST FIRST STREET

LOS ANGLES CA 90012

**PROOF OF SERVICE BY MAIL** PLAINTIFFS EXPARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD AND EXCUSABLE NEGLECT

I declare under the penalty of perjury that the foregoing is true and correct

Executed on 6/26/2026 at BURBANK  California


DATE 6/26/26

Print Name REGINA ZEPATE        Signature _____


**PROOF OF SERVICE BY MAIL** PLAINTIFFS EXPARTE APPLICATION
FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC FRAUD
AND EXCUSABLE NEGLECT