Shaheryar Khan

2219 Olive Street

Burbank CA 91506

FILED

2026 JUN 29  AM 10: 14

CLERK U. . DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHAHERYAR KHAN | ) Case Number:2:25-CV-11961 MEMF |
|  | ) |
|  | ) **DECLARATION OF SHAHERYAR KHAN** |
| Plaintiff(s), | ) **ON 6/29/26** POINTS OF AUTHORITY |
|  | ) |
| vs. | ) |
|  | ) **PLAINTIFFS EXPARTE APPLICATION** |
|  | ) **FOR MOTION TO EXTEND TIME DUE** |
| NSO et al(s) | ) **TO RULE 60 EXTRINSIC FRAUD AND** |
|  | ) **EXCUSABLE NEGLECT** |
|  | ) |
|  | ) |
|  | ) **DATE:  JUNE 29TH 2026** |
|  | ) **TIME:   10 AM** |
|  | ) |
| Defendant(s). | ) **DEPT:** |
|  | ) **8TH FLOOR** |
|  | **ROOM 8 B** |
|  |  |
|  | **LOCATION  : 350 WEST 1ST STEET** |
|  | **LOS ANGLES CA** |
|  |  |
|  | **JUDGE :Maame Ewusi Mensah Frimpong** |
|  | **Action Filed:  12/18/25** |

I AM THE PLAINTFF SHAHERYAR KHAN ~~OR AS~~ I WAS HOSPITALIZED

6/26/26 AT 11:30PM ~~FRIDAY~~. THURSDAY

I WAS HOSPITALIZED FOR ADVANCED PAIN RELATED TO TESTICULAR CANCER AND TESTING

MY PHYCISIAN IS BACK IN OFICE TO REVIEW MY IMAGING AND TO PROVIDE ADDITIONAL STATUS ON ~~7/8/26~~. 7/9/26

PLAINTIFF TRAVELED TO COURT HEARING 6/29/26 TODAY TO APPEAR AT HEARING AT 10 AM AT 350 WEST 1ST STREET COURT FLOOR 8 DEPT 8 DOOR WAS LOCKED, PLAINTIFF LEFT AT 11AM & WAITED

[POINTS & Authority] Rule 37(b)2 AND 37(e)

PLAINITFF IS AWAITING DOCUM.ENTS AND REPORTS FOR SANCTIONS & SEALED FILING WHICH ALSO WILL BE FILED THE DAY AFTER ~~7/10/26~~. 7/10/26. Spoilation on or ABOUT 5/20/26 after Plaintiffs Evidence. Chambers vs Nasco Inc (U.S. 1991)

PLAINTFF IS REQUESTING THE COURT TO ALLOW FILING OF SEALED DOCUMENTS ON 7/10/16, GN Netcom, Inc v Plantronics, I Inc (D. Del. 2016)

THE DOCUMENTS ARE SENSITIVE IN NATURE AND HAVE COMMUNICATIONS WITH THE WHITE HOUSE AND PLAINTIFF NEEDS TO PROTECT IDENTITES DUE TO ASSAULTS THAT HAVE OCCURRED IN THE PAST.

PLAINTFF WILL FILE THE SEALED DOCUMETS AND REPOERTS PLAINTIFF IS AWAITING TO BE FILED AND WILL HAVE THEM BY

7/10/267 TO FILED UNDER SEAL.

PLAINTIFF IS ALSO HAMPERED AND IN PAIN AND EVERYTHING IS MUCH HARDER AND DELAYED.

IF THE COURT IS SATISIFIED THE COURT MAY GRANT THE PLAINTIF EXTENSION OR WAIT TO RECIVE THE SEALED DOCUMENT ON 7/10/26 DUE TO PHYCIAINS REPORT OF PLAINTIFF HEALTH STATUS.

PLAINTIFF IS REMANDED TO REST AND INCAPACITATED

I DECLARE UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT

6/29/26                         X _____

                                PLAINTIFF SHAHERYA KHAN