Shaheryar Khan

2219 Olive Street

Burbank CA 91506

FILED

2026 JUN 29  AM 10: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

1

SHAHERYAR KHAN

                Plaintiff(s),

vs.

NSO et al(s)

                Defendant(s).

) Case Number:2:25-CV-11961 MEMF
)
)
) **PROOF OF SERVICE BY MAIL** 6/29/26
)
) PLAINTIFFS EXPARTE
) APPLICATION FOR MOTION TO
) EXTEND TIME DUE TO RULE 60
) EXTRINSIC FRAUD AND
) EXCUSABLE NEGLECT
)
)
) **DATE:  JUNE 29TH 2026**
) **TIME:  10 AM**
)
) **DEPT:**
) **8TH FLOOR**
**ROOM 8B**

**LOCATION  : 350 WEST 1ST STEET**
**LOS ANGLES CA**

**JUDGE :Maame Ewusi Mensah**
**Frimpong**
**Action Filed:  12/18/25**
**Trial Date:  (Date or Unassigned)**

TO THE HONORABLE COURT AND ALL PARTIES

I , REGINA ZAPATE declare the following:

My Address is 2219 OLIVE STREET BURBANK CA 91506, which is located in the county where the mailing described took place.

On 6/29/26 I served by mail the following documents described as:

**1.)** PLAINTIFF DECLARATION 6/29/26

2) Proof of service

**3)** AMENDED PROPOSED ORDER

I SERVED On all parties in this action by placing a true and correct copy there of in a sealed envelope with first class postage prepaid thereon and deposited said envelope in the united states mail at or in Fresno CA on 06/29/26

I mailed the following documents to the ADDRESSES

JUDGE MAAME EWUSI-MENSAH FRIMPONG

350 WEST FIRST STREET

LOS ANGLES CA 90012

I declare under the penalty of perjury that the foregoing is true and correct

Executed on 6/26/2026 at BURBANK  California

DATE 6/29/26

Print Name REGINA ZEPATE        Signature _____