FILED

2026 AUG 31 PM 4:41

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

Shaheryar Khan
2219 Olive Street
Burbank CA 91506

UNITED STATES DISTRICT COURT ASP
CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

Plaintiff

v

NSO et al(s)

Defendants(s)

Case Number: 2:25-CV-11961 MEMF

PLAINTFFS NOTICE MOTION TO SET ASIDE ORDER RULE 60(b) EXTRINSIC FRAUD RULE 60 (d) AND EXCUSABLE NEGLECT ORDER ISSUED 7/30/26 AND JUDGES CHANGE; RULE 9(b) Rule 60 b(2)

Date: 11/26/26
Time 10 AM
FLOOR : 8TH
ROOM: 8 B
LOCATION: 350 WEST 3RD STREET
LOS ANGELES CA
JUDGE :Maame Ewusi Mensah Frimpong

To The Honorable Court:

Please take notice that on NOVEMBER 26TH 2026 at 10 AM Plaintiff Shaheryar Khan is setting a hearing to set aside the order issued on 7/30/26 . The Plaintiff will also seek an order regarding the substitution of Judges if it is lawful. Plaintiff will seek an order that under Rule 9(b) regarding length of First Amended Complaint and an extension of time to File First Amended Complaint under Rule 60 (d) Rule 60 b(2) and Rule 60 (b) 3 due to excusable neglect and extrinsic Fraud due mail fraud and not receiving mail or court orders and related appeal documents or a motions orders from May 2026 to Today which affected plaintiffs ability to respond to court orders. This is violation of Equal protections and Due Process guaranteed by Citizens of the United States under title 28 USC 2106 and Supreme court title 28 USC 2101(f) and FRAP rule 12.1

**Plaintiffs motion will be based on and support this with the Pleadings, exhibits, expert opinion and expert witness testimony ,declaration and complaints logged and made with authorities and relevant legal cases , and oral discussion and argument.**

This motion addresses Substantial question of Law which ask the question can the United States Government and Department of Justice abuse a United States Citizens Civil Rights and violate Computer Fraud Abuse Act and violate the theft of trade secrets act while conducting espionage while a case is pending against the United States and The Abuse of Power to self deal to the members and beneficiaries of the Current united States President , their family and the administrations cabinet and political allies and commit war crimes on that citizen exposing plaintiff to toxic gas to cause illness as a method of discrimination to obstruct justice under a false claim of

Alien Enemies act to a US Born citizen . the question also has derivatives and asks can the same administration help corporation profit off this scheme and cover-up the misappropriation espionage scheme and profit off the stock hidden though trust in an attempt to self deal . Also can the United States Government also use this type of sanctions and military style attack to interfere with plaintiffs contract and contract steer business though this mechanism by just placing Treasury department and other types of sanctions on plaintiff and plaintiffs partners under false pretenses to cause poverty on the United States citizens as a tool of retaliation for being an inventor who is the victim of misappropriation of intellectual property the cover-up and abuse of power and espionage. For the US Citizen just because he challenged the civil rights abuse in courts. And ownership rights of critical Artificial Intelligence foundational plaintiff is alleging plaintiff has rights to.

These are fundamental civil rights violations which Plaintiff Physician also requires Plaintiff to immediately seek treat due to illness and cancer due to injury and toxic exposure to toxic gas( EXHIBIT) . Plaintiff's devices and records, files were illegally seized on through abuse of power and weaponization of civil rights on or about 8/23/26 . Plaintiff is awaiting files, documents and as of 8/29/26 items to be returned. Sanctions issued against plaintiff hinder plaintiff's ability to retain council due to interference and regular everyday matters like phone service being stopped by FCC.

I Shaheryar Khan the Plaintiff In this case hereby Applies to the court for an order seeking to set aside the order issued on 7/30/26 Under Rule 60 for excusable neglect and extrinsic fraud. Plaintiff clarity and seeks guidance and approval of a time due to immediate health mandate on the order issued on 7/30/26 as it is determined that the plaintiff did not receive several court orders between May 2026 and today 8/29/26 and was ill and did not receive communications and other reports due to extrinsic

fraud and mail tampering.

Plaintiff files this motion on 8/31/26 the following available court day Monday as the courts order on 7/30/26 requires action due 8/29/26 which was a Saturday. *Plaintiff alleges that plaintiff's records and computer and files were illegally seized in a scheme on 8/23/26 and plaintiff is awaiting return of documents and files* Plaintiff is and was extremely ill during the month of July 2026 ( exhibit) and was delayed and was bed ridden and now plaintiff cannot move without severe pain or long 7 to 10 days down time due to illness after just 2 hours of activity. Plaintiff supplies the court with documents which were to be turned in July 2026 prior to the order July30th 2026.

Due to the tampering of mail by USPS and plaintiff being unaware of 3 orders not received by mail and files this motion . Plaintiff illness and physicians mandate to immediately be treated ( exhibit) will seek time due to illness which plaintiff is trying to avoid becoming terminally ill and in serious condition . Plaintiff provides the court with Physician order for Mandatory and immediate care and rest and seeks extension and also notifies the court of extrinsic fraud and tampering with court orders and plaintiffs civil rights dated on or about August 16th 2026.

Plaintiff was unaware of the orders issued in this case and other matters due to excusable neglect and mail fraud tampering and was delayed due to extreme illness and extreme discomfort from illness and extrinsic fraud and though civil rights violations and weaponization of " everyday reliance" of aspect of life and services which Plaintiff alleges were tampered with. Plaintiff's physician has provided the court with explanation on Plaintiffs illness.

Due to the extreme military style attacks and surveillance and the importance for my case to be silenced by the Department of Justice and this current administration. Plaintiff seeks relief and to address the length of pleading First amended Complaint due to rule 9(b) particularity to describe the fraud and large list of defendants. Plaintiff alleges and asserts that the complaints that plaintiffs asserts and is victim of is a discrimination that prevents plaintiffs, people of diversity or ethnic backgrounds to participate in a free economy due to executive orders and policies and Sanctions issued and aimed at plaintiff with the express purpose to cover-up espionage and the misappropriation of intellectual property and decimation due to military style operation aimed at enriching Sanctions and self dealing and the abuse of power of policies and executive orders and violation of constitutional rights under violation of cozens rights masked as threat under false birth right violation alien enemy act EO 14418 just created to interfere. With March and September and October civil cases . The US masked these issues as "War" with the intent to attack Plaintiff us citizens under the guise and abuse Using sanctions illegally on US Born Citizen

Due to this new issue Plaintiff has asked the White House and State Dept and treasury Dept to expand and release Sanctions placed on plaint preventing plaintiff from getting council, medical treatment, access records because of government and severe civil rights violations and exercise Plaintiff legally right to enforce plaintiffs civil rights.

Plaintiff also seeks grounds under to plead first amended complaint under " Fraud " which will allow or require lengthy Plaintiff requirement to plead an amended complaint a party must state with particularity the circumstances constituting fraud or mistake for fraud under which these defendants actions newly discovered stem from the same fraudulent and fraudulently conceals activities and actions which may require a longer than "25 pages" of pleading to explain a conspiracy and its parts.

Plaintiff has been terminally ill ( exhibit) and has been complying with medical requirements Under Rule 9(b)

EXHIBITS WILL BE FILED SEPERATLY Due to awaiting responses from Treasury Department and return of stolen material from illegal seizure.
Plaintiff was ill ( exhibit ) and unaware of order issued on 7/30/26 due to mail fraud
Plaintiff case is not frivolous and Plaintiff case has Public Interest and Policy. And seeks substantial question of constitutional violations and law in an unprecedented proceeding which the question of law was addressed above and earlier in this pleading

Plaintiff was prevented from responding to orders due to not being aware due to tampering of mail by USPS

Plaintiffs help was delayed due to discovery of scheme by the Defendant the United States of America preventing Plaintiff from equal protections and fair due process by fraud and misrepresentation by Def UDSA and the issuance of Sanctions. This explains the difficulties and hacking and other extrinsic fraud. This fraud was conducted in a self dealing scheme by the USA and effects many cases related now all stem from the same discrimination and issuance Sanctions which caused delay and interference with attorneys and records and other. While cases were pending and illness and expose to gas and issues pertaining with interfering with deals and assets. Due to related case stay and abeyance motion will be required and also for related cases under FRAP and Supreme Court rules

Plaintiff will be seeking sanctions and terminating sanctions due to new evidence not available at the time of the original filing based on participation and conspiracy by the United States newly discovered

**Plaintiff will filed separately Communications and redacted info through a Sealed document before the hearing date due to Sensitive data and communication with White house and Governor Gavin Newsom And Attorney General of California Rob Bonta . Due to security clearance and NATIONAL SECURITY .Plaintiff will seek to file this under seal QUICKLY**

**<u>Factual and Procedural History</u>**

Plaintiff received mail late while in recovery and treatment is ongoing . The mail delivered was delayed and had been brought to location where plaintiff was recovering . This included the following 2 orders ( attached as exhibit) Plaintiff expected hearing date on 6/25/26

Plaintiff filed this action on 12/18/25. Plaintiff was assigned Hon Judge Walker. Plaintiff filed a fee waiver which plaintiff believes was granted .
Plaintiff filed a motion for leave to amend under rule 15 seeking permission to leave to amend the complaint 21 day after the initial complaint was filed with courts permission while plaintiff was seeking treatment for cancer. The Motion was denied . Plaintiff was unsure.

The Judges were changed as plaintiff is confused to the legality as the judge accepted the case and may have granted fee waiver. This may violate "swapping Judges" without administrative cause can challenge the fundamental fairness of a proceeding giving reason (peremptory Challenge) Courts operate under internal rules for case assignment and reassignment . Changing a Judge Arbitrarily outside these rules violates court administration procedures and may interfere with the fundamental right

of fair and impartial due process and tampering by DOJ.

Plaintiff filed a motion to set aside the order on or about 3/18/26 to be heard June 25th 2026 to be heard with Hon Judge Frimpong and an order was issued in May An order was issued on 7/30/26 and plaintiff did not receive the order in mail. Plaintiff mail has been tampered with and 3 separate documents and court order were not received and discovered by surprise on or about 8/18/26

Plaintiff has been ill and recovering from cancer and is in treatment now( Physician mandatory order to get treatment and update court EXHIBIT)

Plaintiff now files this motion under Rule 9 (2) AND Under Rule 60 (2) and rule 60 (b) 3 for extrinsic frauds and excusable neglect for illness and not receiving the mail which was not given to plaintiff By usps and sanction which prevent plaintiff from council retention and needs to be addressed for appeals and civil cases and resolved for fair due process. In violation of constitutional rights due process and equal protections for US Citizens.

**Reasons for Motion and new evidence**

Plaintiff was unaware of the order issued on 7/30/26 as plaintiff did not receive the order by mal. Plaintiff also cites and declares that plaintiff did not receive 3 other orders, appeal and motion during the months of May and August.
Plaintiff has filed the reports associated with the investigation. This falls under rule 60 under extrinsic fraud when Plaintiff is prevented from responding and participating in case due to theft of court mail and plaintiff being unaware of receiving orders and acting on the orders and motions and appeals

*Plaintiff alleges that plaintiff's records and computer and fillies were illegally seized in a scheme on 8/23/26 and plaintiff is awaiting return of documents and files Plaintiff had files computer and phones seized on 8/23/26 in an illegal negligent act / plaintiff is awaiting the return of these files, which is a violation of illegal search and seizure.*

*Plaintiff alleges that sanctions and civil rights violations affect years of tampering with attorneys and retention of attorneys which are violations of due process and equal protections*

**Grounds for Extension Rule 60**

Plaintiff seeks and extension for excusable neglect and also extrinsic fraud due to discrimination and illegal seizure based on Sanction based on War effect plaintiff wrongfully as plaintiff is a US citizen who is victim of sanctions placed based on war to mislead and misrepresent abuse of power to VALIDATE AND JUSTIFY illegal surveillance and interference with due process.

*This weaponzation Includes Judge Placement, Core Constitutional Fundamental Fairness The Due process Clause found in Fifth and Fourteenth Amendments of the US Constitution that legal proceedings must be fair and impartial and the Department of Justice could have improper motives if the Judges are swapped out intentionally to steer a case towards a biased outcome, it compromises neutrality and can be challenged as a due process violation.*

*Federal Rule 9 states that in alleging Fraud or Mistake a party must plead with particularity the circumstances constituting fraud or mistake. These violations stem*

*from the same series of transactions or occurrences and have tolled and continued based on the continued fraud .Plaintiff alleges that this is a complex multi defendant cover-up and the complex fraud exception* *In Re Enron Corp. Securities Derivative and RICO Ligation* routinely recognizes that massive multi-defendant schemes involving fraudulent cover-ups cannot be stated in a few pages. In major complex Case complaints spanning hundreds of pages are routinely permitted because sheet volume of defendants and distinct acts of concealment require it the specificity vs. Brevity balance *Twonbly/Iqbal standards.* Under Bell Atlantic Corp v Twombly and Ashcroft v Iqbal A plaintiff must plead enough factual matter to state a claim that is :plausible on its face" When dealing with complex espionage, spoliation and extrinsic fraud a "bare Bones" complaint can be dismissed immediately , therefore Twombly and Iqbal effectively serve as justification for an extensive detailed lengthy complaint. Because these facts are recently discovered theism explains any delay to plead and require heavily detailed sections to the First amended complaint

Under the Fraudulent Concealment Plaintiff must plead how the Espionage, cover-up and spoliation( destruction of Evidence, Witness tampering occurred and why Plaintiff could not have discoed it before because the United States Constitutionally guaranteed civil rights were violated and bankruptcy violation which are foundation and plaintiff could not imagine that the Defendant United States could conduct Such egregious behavior and display a gross violation of plaintiffs civil rights.

*FRCP 9(b) allows for Particularity and **the number of Defendant** and requirement is the plaintiffs request to file a large complaint*

Plaintiff is awaiting response from Defendant USA. ( exhibit due to mail theft and USPS issues not delivering specific court orders, appeal matters and related communication for settlement not received and may have had ability to settled or resolved.

The exposure to Gas relates to newly discovered evidence and current defendants and relates to appeal which seek to address discrimination retaliation and civil rights violations which plaintiff is aware now have been a type defendant United States policy and Sanctions described above.

Plaintiff is recovering from Incapacity and illness and diagnosis of Cancer. Plaintiff physician has provided correspondence for the court seeking medical MANDATORY IMMEDIATE MEDICAL LEAVE for plaintiff treatment . (Exhibit)

**Extrinsic Fraud, Demonization and Plaintiffs Treatment Mandatory**

*Plaintiff alleges that plaintiff's records and computer and files were illegally seized in a scheme on 8/23/26 and plaintiff is awaiting return of documents and files though illegal sanction interfering with plaintiffs civil rights. ( Exhibit)*

Plaintiff's device and records were spoliator in at attack regularly by Defendant *NSO in re Apple v. NSO Plaintiff* Plaintiff had been records keeper for business matters and 3rd parties in legal proceedings though illegal sanctions ( exhibit) Plaintiff has alleged extrinsic fraud and interfere with attorneys and business contracts the spoliation directly affects commendations and misrepresentation by attorneys and evidence for the related cases and this case.

These issues have been determines as a tool to injure plaintiffs capacity though illegal activities to cover-up these crimes by defendant United States and NSO joint effort based on policy and Sanctions abuse of power placed on plaintiffs with the express purpose to interfere with due process and equal protections rights of the plaintiff. *RE ABA V TRUMP (2025); IN RE WILMER HALE V TRUMP ADMINISTRATION*

*(2025) ; in Re Washington State V. Trump ( 9th circuit 2025) ; IN RE SUSSMAN GODFREY LLP V TRUMP ADMINISTRATION (2025) ; PERKINS COIE LLP V TRUMP ADMINISTRATION (2025); IN RE JENNER AND BLOCK V TRUMP ADMINISTRATION (2025) .*

Plaintiff also has obtained new facts that link defendant Affinity Partners to a scheme where the founder and his associated Company has exposed tenants harmful environment( Construction dust) to tenants and guests of his properties *in re Andrea T. et al V Kushner Companies* Who has access to Defendant United States Government, during his tenure in the White house and president Trump.) an interested party) This issue affect the scheme for Defendant Jon Hayes, Defendants Resnik Hayes and other defendants with Kushner and Affinity partner being the Beneficiary of the Misappropriation of intellectual property of Plaintiff . There are many other scheme related to other trade secret and technology Plaintiff and related defendants . This newly discovered illegal mechanism sanctions and can and has the ability to make a claim against the United States and also recent Activity related to Affinity Partners and Jared Kushner due to a death at the time Plaintiff filed this complaint related to defendant Google and Defendant Tracphone .

The weaponization fund was known to Defendant United States who instilled and put together the Weaponization fund case number 1:26-CV -013999 during communications with Plaintiff when plaintiff described the effect of Sanctions. Concurrently the United States also removed and stopped sanctions described in the Iran war. Due to mail fraud and tampering Plaintiff was unable to receive critical communications resulting Plaintiff is not part of an Iran war and is not related to Iran in any way.

Plaintiff developed technology which plaintiff believes the government is claiming

has nuclear capability to be used as a mask for a artificial intelligence rights which can amass great wealth which is not illegal or harmful which are two different things and are being misrepresented and the administration is causing war to see who will end up with technology for A.I in regular consumer goods and products which are not weapons. Just inventions for media, food, health, medical, finance , banking, and other inventions and business areas of business and markets.

.

This is unprecedented as Plaintiff alleges that the mechanism Plaintiff has identified though a 'label" or "Sanctions" were improperly placed by the defendants on the Plaintiff which was used as tool for to warrant illegal surveillance , banking discrimination and also used as a " free pass "to spy on Plaintiff and excuse to harass and violate plaintiff constitutional and civil rights and with the express purpose to infringe on his intellectual property and cover-up the scheme by defendant United States in a abuse of power and self dealing conspiracy.

Plaintiff seeks an extension of time due to Mail fraud , and not receiving orders timely to respond to the court and also the sanctions preventing plaintiff from resolving issues and mail tampering . Plaintiff illness must be addressed as plaintiff is at final stages to be able to receive treatment and requires this time to survive. The sanctions also prevent plaintiff and partners from seeking and keeping and retaining attorney. Plaintiff has asked for relief from sanctions and settlement to be discussed at this time and the removal of these illegal sanctions on US Citizens under the false guise of WAR which plaintiff is not a part of not is Plaintiff engaged in these activities.

The defendant have conducted fake identity and transactions that plaintiff has reported and is concerned for these bad actors and criminals and fears for plaintiff life.

These "bad actors" could be affecting records and evidence and this behavior will affect " anyone and everyone" and will have a tremendous effect on public policy to deter bad actors and its agent and associated corporations that rely on these illegal activities due to illegal spoliation and extrinsic fraud and this motion affects public policy for the United States presidents perceived opponents or victims plaintiff alleges that the administration is covering up trade secret theft and has misappropriated plaintiff intellectual property through a United States sanctioned espionage and theft of trade secret and violated computer fraud abuse and civil rights of plaintiff and related parties in several cases pending.

**Plaintiff is seeking an extension of time due to** file First amended Company and this motion under rule for new trail, Plaintiff asks The court toll under rule 60 b(2) extend time for new trail in this matter due to mail tampering not being received court orders and appeal documents and being unaware of order and severe illness (exhibit)preventing plaintiff from responding on time within 28 days
Plaintiff will suffer irreparable harm id this order is not granted and will limit the ability to plead in particularity for fraud.
I declare under the penalty of perjury the foregoing is true and correct under the laws of California

8/30/26 X______________________

PLAINTFF SHAHERYAR KHAN

ORDER FOR MOTION & APPEAL CLARITY

| | | |
|---|---|---|
| 03/18/2026 | 17 | DECLARATION TO SUPPORT MOTION to Set Aside Rule 60 For Plaintiff Motion Leave to Amend Complaint Rule 15; Rule 26 Excusable Neglect Cancer 11/18/2025 Illness; Fraud Spoilation 12/18/26 Rule 60 Clerk Error 16 filed by Plaintiff Shaheryar Khan. (yl) (Entered: 03/25/2026) |
| 03/18/2026 | 18 | PROOF OF SERVICE filed by Plaintiff Shaheryar Khan. The Proof of Service, Motion to Set Aside Rule 60, Declaration (See document for further details) served on 3/19/2026. (yl) (Entered: 03/25/2026) |
| 03/26/2026 | 19 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document regarding NOTICE OF MOTION AND MOTION to Set Aside 16 . The following error was found: The Proposed Order was not submitted or was not submitted as a separate attachment. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (yl) (Entered: 03/26/2026) |
| 05/08/2026 | 20 | ORDER by Judge Maame Ewusi-Mensah Frimpong POSTPONING ruling on 2 REQUEST to Proceed in Forma Pauperis with Declaration in Support for 30 days (SEE DOCUMENT FOR FURTHER DETAILS). (yl) (Entered: 05/11/2026) |
| 05/11/2026 | 21 | ORDER ON REQUEST TO PROCEED IN FORMA PAUPERIS 2 by Judge Maame Ewusi-Mensah Frimpong. The Court has reviewed the Request to Proceed in Forma Pauperis and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request, the plaintiff did not completely answer Question 5 of the Request. The ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information. (SEE DOCUMENT FOR FURTHER DETAILS) (yl) Modified on 7/31/2026 (yl). (Entered: 05/12/2026) |
| 06/03/2026 | 22 | ORDER TO SHOW CAUSE RE SERVICE by Judge Maame Ewusi-Mesnsah Frimpong: The Court orders Plaintiff to show cause in writing, no later than 14 days from the date of this Order, why this action should not be dismissed for lack of prosecution. It is the responsibility of plaintiff to prosecute the action diligently, including filing proofs of service. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1. As an alternative to a written response by plaintiff(s), the Court will accept: Plaintiffs Proof of Service on all defendants. Failure to respond may result in dismissal of the case without further warning. No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a response on or before the date upon which a response by plaintiff(s) is due. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbe) TEXT ONLY ENTRY (Entered: 06/03/2026) |
| 06/08/2026 | 23 | PLAINTIFF'S EX PARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC Fraud and Excusable Neglect filed by Plaintiff Shaheryar Khan. (Attachments: # 1 Proposed Order) (yl) (Entered: 06/15/2026) |
| 06/08/2026 | 24 | MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT PLAINTIFF'S EX PARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RULE 60 EXTRINSIC Fraud and Excusable Neglect 23 filed by Plaintiff Shaheryar Khan. (yl) (Entered: 06/15/2026) |
| 06/08/2026 | 25 | PROOF OF SERVICE filed by Plaintiff Shaheryar Khan. The ex parte application, declaration, memorandum of points and authorities, and proposed order was served on 6/8/2026. (yl) (Entered: 06/15/2026) |
| 06/08/2026 | 26 | DECLARATION OF SHAHERTAR KHAN TO SUPPORT EX PARTE APPLICATION FOR MOTION TO EXTEND TIME DUE TO RUL E60 EXTRINSIC FRAUD AND |

| | | |
|---|---|---|
| | | EXCUSABLE NEGLECT 23 filed by Plaintiff Shaheryar Khan. (yl) (Entered: 06/15/2026) |
| 06/08/2026 | 27 | PLAINTIFF'S VERIFICATION OF EDSS FILING 6/8/26 RECEIVED TIMELY filed by Plaintiff Shaheryar Khan. as to EX PARTE APPLICATION for Order 23 . (yl) (Entered: 06/15/2026) |
| 06/26/2026 | 28 | PLAINTIFFF SHAHERYAR KHAN REQUEST NOTICE OF REMOTE APPEARENCE filed by plaintiff Shaheryar Khan. (Attachments: # 1 Proposed Order) (chk) (Entered: 07/01/2026) |
| 06/26/2026 | 29 | PLAINTIFFS VERIFICATION OF RESPONSE TO COURT ORDER 6/3/26 FILED BY PLAINTIFF ON 6/8/26 DOCKETED BY THE COURT 6/15/26 filed by Plaintiff Shaheryar Khan. (chk) (Entered: 07/01/2026) |
| 06/26/2026 | 30 | PROOF OF SERVICE filed by plaintiff Shaheryar Khan, re PLAINTIFFS VERIFICATION Of RESPONSE TO COURT ORDER 29 , PLAINTIFFF SHAHERYAR KHAN REQUEST NOTICE OF REMOTE APPEARANCE 28 served on 6/26/2026. (chk) (Entered: 07/01/2026) |
| 06/29/2026 | 31 | DECLARATION OF SHAHERYAN KHAN ON 6/29/26 POINTS OF AUTHORITY filed by Plaintiff Shaheryar Khan. (Attachments: # 1 Amended Proposed Order)(bm) (Entered: 07/02/2026) |
| 06/29/2026 | 32 | PROOF OF SERVICE BY MAIL 6/29/26 filed by plaintiff Shaheryar Khan, re PLAINTIFF'S DECLARATION 6/29/26 31 , Proof of service, Amended Proposed Order served on 6/29/26. (bm) (Entered: 07/02/2026) |
| 07/14/2026 | 33 | SEALED EX PARTE APPLICATION (Attachments: # 1 Proposed Order) (iv) (Entered: 07/17/2026) |
| 07/14/2026 | 34 | SEALED PROOF OF SERVICE (iv) (Entered: 07/17/2026) |
| 07/31/2026 | 35 | FOR COURT USE ONLY: STATISTICAL CORRECTION regarding Order 21 denying 16 Application. (yl) (Entered: 07/31/2026) |

⊖ 11/26/26 Hearing Schedules on Appeal Filed 8/31/26 to Address Confusion of Docket & Orders Doc# Estimated Doc #36 Doc# 37 & Doc# 38 Doc #39 & Doc #4