FILED

2026 AUG 31 PM 4:41

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

ASP

Shaheryar Khan
2219 Olive Street
Burbank CA 91506

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

Plaintiff

v.

NSO et al(s)

Defendants(s)

Case Number:2:25-CV-11961 MEMF

MEMORANDUM AND POINTS OF AUTHORITY TO SUPPORT PLAINTFFS NOTICE MOTION TO SET ASIDE ORDER RULE 60(b) EXTRINSIC FRAUD RULE 60 (d) AND EXCUSABLE NEGLECT ORDER ISSUED 7/30/26 AND JUDGES CHANGE; RULE 9(b) Rule 60 b(2)

Date: 11/26/26

Time 10 AM

FLOOR : 8TH

ROOM : 8 B

LOCATION : 350 WEST 3RD STREET LOS ANGELES CA

JUDGE :Maame Ewusi Mensah Frimpong

**Factual and Procedural History----- add new Grounds for Extension Rule 60 Rule 9**

Plaintiff seeks and extension for excusable neglect and also extrinsic fraud due to discrimination and illegal seizure based on Sanction based on War effect plaintiff wrongfully as plaintiff is a US citizen who is victim of sanctions placed based on war to mislead and misrepresent abuse of power to VALIDATE AND JUSTIFY illegal surveillance and interference with due process.

*Under FRAP 27.1 and FRAP 27-3 and under Title 28 USC Section 1651 All writs act and Title 28 USC section 2254* the unprecedented issues regarding stay and abidance of the issues listed above and attached is going to be pending motion and ion the 9th circuit where a judge can make a determination and extrinsic fraud and new evidence interfered with Petitioners due process. *Under Supreme Court Rule 23 In Re Rhines v Weber , 544 U.S. 269 (2005) and in Re Gonzales v Wong 667 F.3d 965 (9th cir 2011) and also In Re Cullen V. Pinholster 563 U.S. 170 (2011)*

*This weaponzation Includes Judge Placement, Core Constitutional Fundamental Fairness The Due process Clause found in Fifth and Fourteenth Amendments of the US Constitution that legal proceedings must be fair and impartial and the Department of Justice could have improper motives if the Judges are swapped out intentionally to steer case towards a biased outcome, it compromises neutrality and can be challenged as a due process violation.*

*In re Murchison 349 US 1331 (1955) this violates due process when a judge is switched and can cause bias and an order that does not conform to the law is entered into.*

*Rippo v baker , 560 US 285 2017 cites that when bias of a judge claries that due process on a judge presiding the probability of the judge or decision maker is too high to be constitutionally tolerable.*

*Laird v Tatum cites that a judge has an" equal duty to sit" when qualifies as they do a duty to step down when disqualifies this prevents parties from forcing a judge switch just to find a more favorable judge*

*FRCP 63 and FRCP 25 cite severe prejudice to case may occur or threaten consistency*

*Tile 28 USC 144 and Title 28 USC 455 argues that new assignment threatens impartibility*

*Federal Rule 9 states that in alleging Fraud or Mistake a party must plead with particularity the circumstances constituting fraud or mistake. These violations stem from the same series of transactions or occurrences and have tolled and continued based on the continued fraud .Plaintiff alleges that this is a complex multi defendant cover-up and the complex fraud exception In Re Enron Corp. Securities Derivative and RICO Litigation* routinely recognizes that massive multi-defendant schemes involving fraudulent cover-ups cannot be stated in a few pages. In major complex Case complaints spanning hundreds of pages are routinely permitted because sheet volume of defendants and distinct acts of concealment require it the specificity vs. Brevity balance *Twonbly/Iqbal standards.* Under Bell Atlantic Corp v Twombly and Ashcroft v Iqbal A plaintiff must plead enough factual matter to state a claim that is :plausible on its face" When dealing with complex espionage, spoliation and extrinsic fraud a "bare Bones" complaint can be dismissed immediately , therefore Twombly

and Iqbal effectively serve as justification for an extensive detailed lengthy complaint. Because these facts are recently discovered this explains any delay to plead and require heavily detailed sections to the First amended complaint Under the Fraudulent Concealment Plaintiff must plead how the Espionage, cover-up and spoliation( destruction of Evidence, Witness tampering occurred and why Plaintiff could not have discover it before because the United States Constitutionally guaranteed civil rights were violated and bankruptcy violation which are foundation and plaintiff could not imagine that the Defendant United States could conduct Such egregious behavior and display a gross violation of plaintiffs civil rights.

*FRCP 9(b) allows for Particularity and* ***the number of Defendant*** *and requirement is the plaintiffs request to file a large complaint*

*Federal Rule 9 states that in alleging Fraud or Mistake a party must plead with particularity the circumstances constituting fraud or mistake. These violations stem from the same series of transactions or occurrences and have tolled and continued based on the continued fraud .Plaintiff alleges that this is a complex multi defendant cover-up and the complex fraud exception In Re Enron Corp. Securities Derivative and RICO Litigation* routinely recognizes that massive multi-defendant schemes involving fraudulent cover-ups cannot be stated in a few pages. In major complex Case complaints spanning hundreds of pages are routinely permitted because sheet volume of defendants and distinct acts of concealment require it the specificity vs. Brevity balance *Twonbly/Iqbal standards.* Under Bell Atlantic Corp v Twombly and Ashcroft v Iqbal A plaintiff must plead enough factual matter to state a claim that is :plausible on its face" When dealing with complex espionage, spoliation and extrinsic fraud a "bare Bones" complaint can be dismissed immediately , therefore Twombly and Iqbal effectively serve as justification for an extensive detailed lengthy complaint. Because these facts are recently discovered this explains any delay to plead and require heavily detailed sections to the First amended complaint

Under the Fraudulent Concealment Plaintiff must plead how the Espionage, cover-up and spoliation( destruction of Evidence, Witness tampering occurred and why Plaintiff could not have discover it before because the United States Constructional guaranteed civil rights were violated and bankruptcy violation which are foundation and plaintiff could not imagine that the Defendant United States could conduct Such egregious behavior and display a gross violation of plaintiffs civil rights.

*FRCP 9(b) allows for Particularity and **the number of Defendant** and requirement is the plaintiffs request to file a large complaint*

Plaintiff never received mail for orders from the court and orders regarding similar claims from courts during May 2026 through August 2026. The Court mail was specifically removed or not delivered

This is a violation of Title 18 USC 1503 Obstruction of Justice and Title 18 USC 1512 . It is a Federal Crime to corruptly influence or impede the due process or administration of justice to intentionally prevent procurement documents communications for court proceedings

Obstruction of mail Title 18 USC 1701 and Title 17 USC 1703 It is illegal to knowingly and willfully obstruct or retard the passage of mail or for any postal employee / government official to unlawfully detain or delay postal matter.

Here Plaintiff has not received mail or delayed mail for court order for courts that plaintiff is aware of between May 2026 and August 30th 2026. Plaintiff relies on mail. Instead plaintiff was notified via call and then sent a copy of order on or about 8/17/26 causing distress.

This also is a civil rights violation under the Bivens First and Fifth Amendments , Blocking litigants mail violates the First Amendment right to Petition the Government for Redress of Grievances and the Fifth Amendment Due process Clause by denying notice and opportunity to be heard.

Rule 60 b(3) authorizes a court to relieve a party from final judgment or order due to fraud ( whether previously denominated as intrinsic or extrinsic misrepresentations or misconduct by an adverse party

**<u>Illness Sanctions, pending response from USA and CA AG</u>**

Due to Illness and these sanctions issues effecting hiring attorneys and also mail tampering and spoliation plaintiff is suffering from extreme stress though the due process being effected .

**<u>Grounds for Extension Rule 60</u>**

Plaintiff seeks and extension for excusable neglect and also extrinsic fraud and newly discovered evidence. Illness, white house response, seizure plaintiff's belongings done illegally and tampering of , mail which is rampant related to election fraud.

The exposure to Gas relates to newly discovered evidence and current defendants and relates cases to appeal which seek to address discrimination retaliation and civil rights violations

Plaintiff is recovering from Incapacity and illness and diagnosis of Cancer

**Extrinsic Fraud, Rampant Hacking and Spoliation" and New claim.**

Plaintiff's device and records were spoliated and defendant Google and Defendant Tracphone , and Involves Activities related to Defendant *NSO in re Apple v. NSO Plaintiff* information relates to bank evidence, attorney tampering, and theft of trade secrets, employment interference, and medical treatment.

Illegal Sanction cause for civil rights violations and tampering through sanctions which is illegal .*IN RE ABA V TRUMP (2025); IN RE WILMER HALE V TRUMP ADMINISTRATION (2025) ; in Re Washington State V. Trump ( 9th circuit 2025) ; IN RE SUSSMAN GODFREY LLP V TRUMP ADMINISTRATION (2025) ; PERKINS COIE LLP V TRUMP ADMINISTRATION (2025); IN RE JENNER AND BLOCK V TRUMP ADMINISTRATION (2025) .*

Plaintiff who was exposed to toxic gas as defendant Affinity Partners participated in a related scheme to a scheme where the founder and his associated Jared Kushner Company has exposed tenants harmful environment( Construction dust) to tenants and guests of his properties *in re Andrea T. et al V Kushner Companies* Who has access to Defendant United States Government, during his tenure in the White house and president Trump.)

Plaintiff has been victim of violations of computer fraud abuse act , attorney tampering and banking and housing Decimation and civil rights violation and Plaintiff has now and is alleging decimation as war crimes on illegally masked as common discrimination on Plaintiff due to sanctions

This is unprecedented as Plaintiff now alleges "Sanctions" were improperly placed by the defendants on the Plaintiff which was used as tool for to warrant illegal surveillance , banking discrimination and also used as a " free pass "to spy on Plaintiff and excuse to harass and violate plaintiff constitutional and civil rights and with the express purpose to infringe on his intellectual property and destroy hat evidence though a myriad of illegal methods. And the war and the Alien enemies act and violation of civil rights and due process through executive order 14418 issued August 6th 2026 top effect playoff through an illegal mask of War affection prosecution. *( Trump v Barbara)*

Plaintiff seeks an extension of time due to recent spoliation and extrinsic fraud and excusable neglect due to plaintiff being unaware of order due to hearing being taken of calendar for June 25th 2026 . Plaintiff is also seeking an extension of time to pay filing fees as Plaintiff has limited income and has had to pay for additional costs related to travel medical treatment and spoliation and recovery of data and experts. These "bad actors" could be affecting records and evidence and this behavior will affect " anyone and everyone" and will have a tremendous effect on public policy to deter bad actors and its agent and associated corporations that rely on these illegal activities due to illegal spoliation and extrinsic fraud.

**Argument**

Plaintiff is seeking an Extension of time and order to expand first amended complaint under Rule 9(b)

Though complex issues require pleading specificity and particularity need the extra pleading due to expansive defendants list.

Plaintiff has been victim to routine Spoliation attacks and hacking in a Gross display of Abuse of Power on Plaintiffs Constitutional Rights and violation of Plaintiff civil rights touch these mechanisms and also being exposed to toxic gas as a methods to assault or deter and prevent plaintiff from successfully prosecuting a case due to infliction of harassment , toxic gas, spoliation resulting in suffering from extreme distress , cancer and incapacity ( exhibit) which Plaintiff is suffering from. Plaintiff has discovered a pattern that the Department of Justice has Targeted and weaponized the United States and Courts involving banks, search engine companies, phone and computer manufacturers , corporation, email service providers and other reliant companies bankruptcy and possibly others to maliciously prosecute motions and other document in court illegally as cited though the bankruptcy court and defendants.

Plaintiff has filed this Motion to extend the deadline in this case due to excusable neglect and extrinsic fraud and illness ( exhibit)

**Plaintiff may file separately Communications and redacted info though a sealed document .**

Plaintiff was exposed to toxic substance and plaintiff has found out that a defendant in the case has been involved in the in a similar scheme which the plaintiffs alleges that defendant is infringing on the intellectual property of Plaintiff. This would be an example to extrinsic fraud and also egregious behavior which would warrant default and sanctions if not terminating sanctions due to this behavior of retaliation. Plaintiff alleges that business and contracts and partnerships were tampered with requiring specificity and particularity needed to be pleaded . Types of scheme occurred from 2017 to 2026 with other locations and different type s of assets and contracts and leases and tampering of witnesses and records.

Plaintiff alleges the actor though his agents caused in a similar scheme are policy and conducted by Defendant USA and Founder of Defendant Affinity partners, Jared Kushner . These acts of retaliation have happened in the past *in re Andrea T. et al V Kushner Companies* . The toxic agent plaintiff was exposed to be known for causing death, incapacity to brain and also tremendous pain and also has been associated with causing cancer. Plaintiff was suffering for years and was diagnosed with Testicular Cancer on 11/18/26 ( exhibit) Plaintiff is incapacitated since June and July of the year 2022. Which is the reason to day for the Sanctions by the Trump Administration.

.. This same scheme occurred in 2018 but with mortgaging and hotels instead of using apartments and litigation aimed at oppression and injury as well. Plaintiff and appellant is still suffering incapacity and also debilitating psychological Trauma ( exhibit) which require specificity and also particularity to be plead
This is the reason for settlement to stop investigation into Weponization fund which is related to Case 1:26:CV -01399

Typically Trusts are used to mask these activities though private equity firms and hedge funds . A mortgage company related to Defendant Bank New York Mellon and Advent International are associated with these issues and Housing Finance Agency which the settlement by Todd Blanch protects .

Plaintiff assert that Defendants have abused power and used the Intelligence agency for defendant United states and the house and Senate intelligence responsibility to illegally abuse mechanisms and manipulate information to obtain information of trade secrets of plaintiff and abuse its authority though misappropriation and abuse of FISA 702 and the spoliation and violation of the civil right , constitutional rights and Computer fraud abuse act.

This can be defined as extrinsic fraud and can be subject to sanctions and appellant believes that this may be grounds for granting appellant case to be remanded and possibly for plaintiff to receive terminating sanctions. U.S. *Supreme Court Ruling in United States v Throckmorton 98 U.S61 (1878)* The Ninth Circuit *Precedent In re Intermagnetics America Inc.$926 F2d 912 (9th Circuit)(1991).*

**Plaintiff is seeking an extension of time due to not receiving mail and illness**

The Company and Phone operations hacking revolve around Appellant Google and Defendants Tracphone, *APPLE and NSO*. Under FRAP 37e(2) severe sanctions may be granted for this *behavior Leonv IDX System Corp(9th Cir 2006)* allows for terminating sanctions( dismissal) and monetary Penalties. *Glover v BIC Corp (9th Circuit 1993) courts may levy spoliation sections under their inherent authority when a party knew or should have known that the destroyed evidence could be relevant to a claim. The tampering with mail also affects these laws and spoliation and seizure of materials*

***********************************

**Plaintiff alleges that plaintiff's records and computer files were illegally seized in a scheme on 8/23/26**

Plaintiff is seeking extension of time due to illness and mail fraud not alerting plaintiff of order issued by courts and related matters and settlement communications

This has happened and also has happened in relation to other appellants and defendant. *Apple v NSO 9th circuit,* Who the CEO is a Trump Associate ( exhibit)

The spoliation would also have and had been a tool to avoid false testimony and uncovered false testimony as evidence *in Supreme Court Case Hazel-Atlas Glass-Co v hartford-Empire Co., 322 U.S.238(1944)*

**Sealed Information Reports delayed Filing due to severe illness SANCTIONS AND JCOAP MISAPPLIED TO PLAINTFF**

Plaintiff had been working with Trump Administration( exhibit) towards settlement on as addressed in letter to Californian officials and the White House on or about April 7th 2026 in a landmark settlement .

Plaintiff is awaiting response from Treasury secretary Bessent, DOJ Todd Blanche , state Department and attorneys related to interference and 3rd party cases.

**REGARDING SANCTIONS RECETLY ISSUED BY defendant USA**

The settlement in communications part of plaintiff's appellant case for "weaponization of the legal Process" through malicious prosecution and the sanction wrongfully placed on Plaintiff and 3rd parties was request on or about May 2026 ( exhibit). These acts were communicated and must have been known by Todd Blanche DOJ Director as this was a criminal issue conducted on US citizens from 2014 to today when he was The President Trumps attorney and plaintiff alleges most likely knew about Presidents Trumps Family and their Business Dealings.

Shortly after this the settlement by Todd Blanche federal Case 1:26-CV-013999 was initiated

This weaponization which plaintiff alleges is defendant United States policy of

Sanctions to interfere with Due process and equal protections and against plaintiff to effect prosecution of these cases .

This included that US Policy exists to interfere with Plaintiff and other US Citizens Constitutional Rights and this policy initiated against plaintiff wrongfully directly violated plaintiff/ appellant's civil rights and constitutional rights. *United States v Nixon 418 683 (1974)* The Department of Justice was used by the cabinet of the office of the president to severely injure appellant plaintiffs civil rights though many cases including bankruptcy, federal case, and state superior court and through many years plaintiff has discovered. The Abuse of power relates to the cabinet and Policy of the Administration *( United States v Nixon (1974) .*

Plaintiff has requested this information from the office of the president and department of Justice and is hoping for settlement.. (Exhibit) and copied Governor Newsom and CA AG Rob Bonta.

In relation to this case and the DOJ Tampering a related 9th circuit case in which an illegal siezure obtained though DOJ illegal Interference occurred . Though a "cover-up" information being stolen and conspirator similar to the Nixon era was murdered except this occurred at the final moments of the 2020 in related 9th circuit case and supreme court Case---stay and abeydance

Trump Administration along with other "hail Mary" executive orders furthermore those order continued 4 years later on the administrations transistion in late 2024 and 2025.

There is a severe issue similar to Watergate and the Obstruction of Justice and cover up . The weaponization of medical facilities break-ins cover-up though sheriffs .

Police and fraud and consumer protection and bankruptcy and state law violations. including , hacking, illegal surveillance and 4th amendment violation and abuse of power though a scheme created under false testimony with the express purpose to violate plaintiff and appellant constitutional rights and civil rights for the express purpose to abuse the plaintiffs intellectual property and misappropriate and infringe upon the rights of plaintiff appellant , In re United States v barker , 546 F.2d 940 (DC Cir 1976) ; In e United States v Elhrichman , 546 F 2d910 (D.C. Cir 1976) ; United States v Ellsberg No. 9373 (C.D.Cal (1973) Plaintiff is claiming that the United States used these same mechanisms in the Presidents Administration and the use of The department of Justice to abuse the Plaintiff Appellant to steal trade secrets through espionage activates and also through violations of Employment rights and illegal surveillance to accomplish this *In re Apple V NSO* through overreach and false testimony and abuse of power. tile 18 US Code 1505; Title 18 Code 641 and the abuse of the Inspector general's Act of 1978 and plaintiff will be subject to recover and seek discovery under 44 US Code 2201-2209 in relation to official Abuses and spoliation In Re *Apple v Nso.*

**SANCTIONS ISSUED TO EFFECT DUE PROCESS IS ILLEGA, AND EFFECT PROSECUTION EQUAL PROTECTIONS AND MAIL TAMPERING AND RECORDS and EEFECT ALL PROCEEDINGS**

Plaintiff alleges that the government has tampered with plaintiffs LIFE AND PARTIES AND HAS THREATENED PLAINTFF ABILITY TO SEEK COUNCIL AND GET HELP THOUGH ILLEGAL SANCTIONS AND TO CONDYCUT BUSINESS AFFECTING INTELLECTUAL PROPERTY.

PLAINTFF ASSERTS WHILE THIS IS GOING ON PLAINTIFF ALLEGES THAT THE SAME SANCTIONS IS BEING USED TO MISAPPROPRIATE AND THEFT OF TRADE SECREST ARE BEING CONDUCTED AS M:AN ILLEGAL

OPERATION" VIOLATING CONSTITUTIONAL AN CIVIL RIGHTS AND FREEDOMS AND REMEDIES AVAILABLE TO THE PLAINTIFF A US CITIZEN AND ALSO THE MIS USE OF THE ALIEN ENEMIES ACT IS BEING APPLIED TO PROVENT FAIR PROSECITION OF PLAINTIFFS CASE. Plaintiff and appellant has also been subject to Attorney tampering and has had partners and appellant and plaintiff victim of tampering and malpractice by attorneys involved with appellant /plaintiff ,Plaintiffs business and appellant and plaintiffs partners business and plaintiff family. The Spoliation affects these claims and is evidence which also involves attorney tampering and case interferer of evidence in related cases precedent ; *IN RE ABA V TRUMP (2025); IN RE WILMER HALE V TRUMP ADMINISTRATION (2025) ; in Re Washington State V. Trump ( 9th circuit 2025) ; IN RE SUSSMAN GODFREY LLP V TRUMP ADMINISTRATION (2025) ; PERKINS COIE LLP V TRUMP ADMINISTRATION (2025); IN RE JENNER AND BLOCK V TRUMP ADMINISTRATION (2025) .*

The spoliation also effects Attorney representations and also records and communications and files and documents. '

Plaintiffs seek an order to be set aside on 7/30/26 due to Physician order and plaintiffs illness . Plaintiff has new evidence of interference of mail fraud, and alleges US sanctions issued to interfere with due process Plaintiff was victim illegal seizure on 8/23/26 an awaiting recovery of documents

**Settlements**

Government discussions and request for settlement was sent out and ongoing . ( Sealed evidence will be filed settlement and discussions which plaintiff will also address in the new complaint if not settled.

Plaintiff will seek and request help if the sanctions cannot be removed by Treasury secretary Bessent, State department Rubio and POTUS off of Donald Trump and copied to interested Parties California AG Rob Bonta.

**Plaintiff seeks the foregoing relief and review**

Set aside order due to illness and unfiled pleading. Plaintiff seeks to expand over 25 pages due to rule 9(b) and extrinsic fraud rule 60 due to mail tampering and new evidence of seizure of documents and files and computer and awaiting retune ( exhibit) and rule 60 b(2) and under FRAP Rule 12.1 review pending appeal *Griggs v provident consumer Discount co 459 U.S. 56 (1982) United States vs. Johnson , 327 US 106 (1946) and Niken v Holder , 556 US 418 (2009) as this case has public interest , and In re Craeto inc v Interlark Inc 536 F2d 862 (9th cir. 1976) and In re Standard oil co of California v United States 429 US 17 (1976)*

5th amendment taking clause is violated and the Due process clause ; 14th amendment equal protections clause and first amendment right to petition and 4th amendment protections protects under unreasonable search and seizure, statue title 42 USC 1985 conspiracy to interfere with civil rights A Government official using their power to orchestrate a fraudulent diagnosis or false claim to oppress or harass plaintiff and us citizen constitutes an abuse of power and the abuse of medical records intentionally deprives a US citizen of fair access to benefits and legal rights to their own medical autonomy.

First amendment retaliation and freedom of speech if the sanctions issued by the government are aimed to silence harass or punish a whistle blower or opposing plaintiff of a presidents self dealing it violates the first amendment

Conspiracy against rights title 18 USC 241
Deprivation of rights Under the Color of Law ( title 18 USC 242
And title 42 USC 1985 civil conspiracy allow citizen to sue for damages if the government actors conspire to deprive them of equal protections under the laws or obstruct justice.

*Honest services Fraud Under title 18 USC 136 is violation under abuse US Citizen for private self dealing abuse of the official office and gain of a personal profit violate federal law and obstruction of justice to cover it up*

The is no protection to prevent litigation for illegal act for private use by a president or official of government *in Re Trump v United states (2024) Tucker act and Federal Tort Claims act FCTA claim exists here.*

**Deprivation of rights under the color of law US Sanctions wrongfully imposed on Plaintiff .**

*United States v price (1966) Title USC 241 and Title 18 USC 242* conspiracy against rights and *in re Ziglar v abassi (2017)* federal agency manipulation cases cites official cannot violate established statutory constitutional rights.

*Bivens v six unknown named agents (1971)* individual can sue federal government officials directly for damages if the 4th amendment rights against unreasonable searches and seizure are violated.

*Davis v passmand (1979)* the Supreme Court extends the Bivens remedy to Fifth Amendment due process clauses allowing individuals to sue for equal protection violations and arbitrary discrimination.

*Yick wo v Hopkins (1886)* through originally a state level case involving the 14th amendment , the principles of Yick wo apply to federal agency actions via the 5th amendment . It established that a law or agency enforcement mechanism that is fair on its face can violate equal protection laws if it applied with an evil eye and an "unequal hand" to target a specific individual.

Sanctions and attacks entered into illegal to stop due process placed on Plaintiff for wrong purpose to abuse the plaintiff in a conflict case with the sitting president and his cabinet and related allies are illegal. *In re ziglar v abassi* (2017) a critical case regarding federal agencies manipulation. The under *title 18 USC 241 and Title 18 USC 242 and Clinton V Jones(1997)*

**Conclusion**

Plaintiff has remedy of terminating sanctions available due to extrinsic fraud and illness for excusable neglect

The abuse of power and discrimination and illness plaintiff suffers from or order granting the extension of time due to rule 60 (b) 2 and tampering of mail Under extrinsic fraud rule 60 excusable neglect Due to excusable illness mandatory treatment exhibit.

Plaintiff is recovering in severe pain from illness and incapacity and is cleared though 8/6/26 ( exhibit)

Plaintiff will file a sealed document with sensitive national security

Plaintiff asserts unprecedented and we may be on the verge a gross miscarriage of Justice if these issues are not prosecuted due to extrinsic fraud.

Thank you for your time

Respectfully

I Declare under The Penalty of Perjury the foregoing is true and correct

8/27/26

x ______________________

PLAINTFF SHAHERYAR KHAN