Shaheryar Khan
2219 Olive Street
Burbank CA 91506

FILED

2026 AUG 31 PM 4:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ASP

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

Plaintiff

V

NSO et al(s)

Defendants(s)

Case Number:2:25-CV-11961 MEMF

EXHIBITS

PLAINTFFS NOTICE MOTION TO SET ASIDE ORDER RULE 60(b) EXTRINSIC FRAUD RULE 60 (d) AND EXCUSABLE NEGLECT ORDER ISSUED 7/30/26 AND JUDGES CHANGE; RULE 9(b) Rule 60 b(2)

Date: 11/26/26
Time : 10 AM
FLOOR : 8TH
ROOM : 8 A
LOCATION : 350 WEST 3RD STREET
LOS ANGELES CA
JUDGE :Maame Ewusi Mensah Frimpong

NUVO®
SPINE AND SPORTS INSTITUTE
PAYAM VAHEDIFAR, M.D.

**August 06,2026**

**Patient Name:** Shah Khan
**Date of Birth:** 07/05/1974
**Re:** Work Note

I am writing to issue a formal medical recommendation for immediate specialist referrals and to outline the ongoing clinical management plan for the above-listed patient.
In addition to the patient's existing high-complexity oncological needs, clinical evaluation indicates a critical requirement for multidisciplinary intervention. I am formally recommending immediate specialist referrals to evaluate and treat secondary, severe complications resulting from **documented toxic gas exposure**, as well as concurrent **spine and brain injuries**.
To safely manage these overlapping, severe conditions, the clinical care plan is structured as follows:

- **Urgent Specialist Transition:** The patient must be evaluated and treated by the newly identified physician and specialized medical team for the next 60 days to stabilize these acute neurological, spinal, and toxicological injuries.
- **Continuous Pain Management:** My office will maintain direct clinical oversight and continue to actively treat the patient for intensive pain management during this transitional period.
- **Follow-Up and Progress Evaluation:** I have scheduled a follow-up evaluation with the patient on **October 15, 2026**. During this visit, I will personally assess their neurological and spinal progress and evaluate their oncological status to determine if the cancer is in remission, progressing, or if primary illness care has been fully completed.

Given the patient's severe pain, immobility, and the critical nature of a brain and spinal injury alongside toxic exposure, any delay in cross-specialty care introduces catastrophic risk. Please expedite all pending network authorizations and transition-of-care approvals for this 60-day window immediately.
Consequently, I am issuing the following strict medical mandates for this patient's care plan:

- **Mandatory 90-Day Total Work Exemption:** The patient is completely incapacitated and unable to perform any occupational duties. They are strictly ordered to be **off work for a period of 90 days Effective 08/06/2026.**

Any questions, please contact my office directly at: Phone:818-986-0200 or Fax Number:818-986-4393.
Sincerely,

PAYAM VAHEDIFAR, M.D.
Medical License Number: A63617