FILED

2026 AUG 31 PM 4:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ASP

Shaheryar Khan
2219 Olive Street
Burbank CA 91506

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

Plaintiff

v.

NSO et al(s)

Defendants(s)

Case Number:2:25-CV-11961 MEMF

PLAINTFF SHAHERYAR KHAN DECLARATION TO SUPPORT PLAINTFFS NOTICE MOTION TO SET ASIDE ORDER RULE 60(b) EXTRINSIC FRAUD RULE 60 (d) AND EXCUSABLE NEGLECT ORDER ISSUED 7/30/26 AND JUDGES CHANGE; RULE 9(b) Rule 60 b(2)

Date: 11/26/26
Time 10 AM
FLOOR : 8TH
ROOM : 8 b
LOCATION : 350 WEST 3RD STREET
LOS ANGELES CA
JUDGE :Maame Ewusi Mensah Frimpong

I am the Plaintiff Shaheryar Khan , I declare as follows.

Plaintiff files this motion under rules of the court . Due to no parties being present or served and initial stages being prosecuted plaintiff did not have to contact any parties for this motion and has communicated with the court. Plaintiff files this motion to notify the court of mandatory recovery and illness and treatment requirements ( exhibit)

350 West 3rd street Los Angeles CA

If Called to testify I could competently testify to this.

PLAINTFF HAS CONTACTED AND COMMUNICATED WITH AUTORITIES ATTORNEY GENERAL OF CALIFORNIA ROB BONTA, GOVERNOR GAVIN NEWSOM, AND OFFICE OF PRESIDENT DONALD TRUMP AT THE WHITE HOUSE WHO ARE INTERESTED PARTIES.

PLAINTIFF BELIEVE AND HAS FACTS DISCUSSIONS FOR SETTLMENT ARE OCCURRING. PLAINTIFF HAS CONTACTED GOV NEWSOM, AG BONTA AND POTUS TRUMP ON 4/7/26 THOUGH 8/31/26 AND WILL PROVIDE DICSUSSION COMMINUCATION NUNDER SEAL
THE AUTHORITES REGARDING EXTRINSIC FRAUD REPORTED FOR INVESTIGATION ARE OFFICE OF AG CA ROB BONTA ( EXHIBIT)
PLAINTIFF WAS ISSUED ORDER FOR MANDATORY MEDICAL TREATMENT on 8/13/26

*Plaintiff alleges that plaintiff's records and computer and files were illegally seized*

*in a scheme on 8/23/26 and plaintiff is awaiting return of documents and files*

PLAINTIFF FILED COMPLAINT FOR MAIL TAMPERING WHICH IS RELEVANT . THIS METHOD MAY BE ABUSED BY GOVERNMENT FOR MAIL VOTING ABUSE.

Plaintiff had an illegal seizure of computer and documents on 8/23/26 and has not recovered missing documents due to abuse of power and weponization of a medical facility and possible employees and records.
Plaintiff is incapacitated today and has not been cleared of cancer diagnosis as of today. ( Exhibit)

Plaintiff has had devices and communications and evidence spoilage for last 9 years but specifically again identifying some of the actors and also product liability claims against current defendants. These attacks came on 12/10/25 and 12/18/25 and again on May 29th 2025. Records for this case and many cases were affected.
This has caused a delay along with not receiving order by mail as plaintiff safely usually receives.

**Plaintiff is also unaware of , if communications for settlement have been seized also or other documents.. this is another problem for information plaintiff may be unaware of.**

The police Department in question and defendant is complex situation because I gave a report and the police took unique information and then abused that information and it was used illegally to do illegal transactions and online order affecting emails by the defendants agents and conspirator in attempt to steal identity and do fraud,. This resulted in spoliation and issue with defendant Microsoft .

Plaintiff illness delayed filing of sealed info which plaintiff will file once documents are returned due to seizure.

Plaintiff has witnesses of scheme for illegal toxic gas exposure and mechanism violation title 42 USC 1983 . Defendant Affinity partners and Founder Jared Kushner has used this methods before in re *Andrea v Kushner Properties ( Maryland)* Plaintiff recognized the scheme because this happened exactly before when plaintiff was ill except it was a mortgage company interfering with business contracts involving defendant Other Gottlieb and Defendant Bank of America and Hotels instead . Spoliation was occurring at or around that time however due to the exposure of the gas Plaintiff was too sick to prosecute cases. Plaintiff noticed that attorneys and employment contracts were being tampered with along with the spoliation. This is mechanism for Sanctions used by the US

This scheme is "text book " and in the "playbook" of the Defendants and willful . The negligence factor and need for Judicial Notice is apparent and warranted and plaintiff requests continuance to draft the complaint with this new information.
Plaintiff also noticed that satellite issues have been affected though FCC and censorship to Defendant Dish. These issues revolve around oppression by Heritage Foundation.

Plaintiff contends that the administration and Cabinet of the sitting President Donald trump is Involved, The president ,Plaintiff believes, is being taken advantage of by his cabinet and members and mislead with misinformation and being instructed to place policies in a quick and rampant manner to validate discrimination against foreigners place discriminatory sanctions against foreigners in the US with the express purpose to infringe and the rights of those citizens and which the plaintiff is. Plaintiff is concerned the current administration will deport, denaturalize, take

property, establish martial law and inflict oppression at any cost even promote war to distract from its policies or to enhance its policies.

Plaintiffs Sealed Document will provide detail , however requires certain redaction due to National Security which Plaintiff believes a type of Sanction was placed on Plaintiff due to his ethnicity and capacity for invention and technological advancement plans for development.

I declare under the penalty of Perjury the Foregoing is true and correct.

8/29/2026 X_____________________

PLAINTFF SHAHERYAR KHAN