FILED

2026 AUG 31 PM 2:44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ASP

Shaheryar Khan
2219 Olive Street
Burbank CA 91506

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

Plaintiff

V

NSO et al(s)

Defendants(s)

Case Number:2:25-CV-11961 MEMF

PROOF OF SERVICE BY MAIL

PLAINTFFS NOTICE MOTION TO SET ASIDE ORDER RULE 60(b) EXTRINSIC FRAUD RULE 60 (d) AND EXCUSABLE NEGLECT ORDER ISSUED 7/30/26 AND JUDGES CHANGE; RULE 9(b) Rule 60 b(2)

Date: 11/26/26

Time : 10 AM

FLOOR : 8TH

ROOM : 8 A

LOCATION : 350 WEST 3RD STREET

LOS ANGELES CA

JUDGE :Maame Ewusi Mensah Frimpong

TO THE HONORABLE COURT AND ALL PARTIES

I Vanessa B Garza declare the following

My Address is 1137 N Willow Ave Ste 103 C, which is located in the county where the mailing described took place.

On 8/31/26 I served by mail the following documents described as:

**1.) NOTICE AND MOTION**

2) DECLARATION

**3)** MEMORANDUM POINTS OF AUTORITY

4.) PROPOSED ORDER

I SERVED On all parties in this action by placing a true and correct copy thereof in a sealed envelope with first class postage prepaid thereon and deposited said envelope in the United States mail at or in Clovis CA on 8/31/26

I mailed the following documents to the ADDRESSES

JUDGE MAAME EWUSI-MENSAH FRIMPONG
350 WEST FIRST STREET
LOS ANGLES CA 90012

I declare under the penalty of perjury that the foregoing is true and correct Executed on 8/31/2026 at Clovis California Fresno County.

DATE 8/31/26

Print Name Vanessa B Garza Signature [signature]