Name/Address of Attorney or Pro Per
Shakeryar Khan
2219 OLIVE ST
BURBANK CA 91506
Telephone ______

☐ FPD ☐ Apptd ☐ CJA ☒ Pro Per

FILED

2025 AUG 31 PM 3:06

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

ASD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shakeryar Khan ~~plaintiff~~ PLAINTIFF(S), v. NSO Et AL DEFENDANT(S). | CASE NUMBER: 2:25-CV-11961 MEMF |
| | **Motion and Affidavit for Leave to Appeal In Forma Pauperis:** ☒ **28 U.S.C. 753(f)** ☒ **28 U.S.C. 1915** |

The undersigned Shakeryar Khan, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. Rule 9(b) Rule 60(b) Rule 60(d) Rule 60 b(2)
   b. See Attached Motion 11/26/26 Schedule
   c. ______

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. ______

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☐ Yes ☒ No. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

c. Are you presently employed in prison? ☐ Yes ☒ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

d. Do you own any cash or do you have money in a checking or savings account? ☐ Yes ☒ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit.

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? CAR, Nothing, Some Did Frauds in my BK 2022 Not sure what Else.

f. In what year did you last file an income tax return? 2019 2020 ? Got Sigh 2022 Incapacity [illegible] Unsure

g. Approximately how much income did your last tax return reflect? Approx $70K

h. List the persons who are dependent upon you for support and state your relationship to those persons.

None

i. State monthly expenses, itemizing the major items. 1001 Gas Prescription 500 Paper 100 Printing 200 Phon 200

I declare under penalty of perjury that the foregoing is true and correct.

8/31/26

[signature]

*Signature of Party*