Name Shaheryar KHAN
Address 2219 Olive Street
City, State, Zip Burbank CA 91506
Phone
Fax
E-Mail

☐ FPD ☐ Appointed ☐ CJA ☒ Pro Per ☐ Retained

FILED
CLERK, U.S. DISTRICT COURT
10/29/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Shaheryar Khan<br>PLAINTIFF(S),<br>v.<br>NSO et al<br>DEFENDANT(S). | CASE NUMBER:<br>2:25-CV-11961 MEMFAS<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff Shaheryar Khan hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

~~☒ Order~~ (specify): 9/11/26 Judgment Docket # 23, 28, 33, 36

☒ Judgment (specify): Dismissd
&

☒ Other (specify): MOTION FOR NEW TRAIL
Attached DOC # 46

Imposed or Filed on 10/19/26. Entered on the docket in this action on 10/19/26.

A copy of said judgment or order is attached hereto.

10/29/26 — Date

[signature] — Signature

☒ Appellant/ProSe ☐ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-11961-MEMF-AS Date: October 19, 2026

Title *Shaheryar Khan v. NSO et al*

Present: The Honorable: Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) Order DENYING Motion for New Trial [Dkt. No. 46]**

Before this Court is Plaintiff Shaheryar Khan's renewed Motion for New Trial. Dkt. No. 46 ("Motion").

On September 11, 2026, this Court denied Plaintiff's Motions to Set Aside, Dkt. No. 23, 28, 33, 36, and dismissed the action without prejudice. Dkt. No. 43. It did so because Khan "remain[ed] out of compliance with two of this Court's orders": a May 11 order to amend his complaint by June 10, and an order to file his proof of service on all defendants by June 17. *Id.* at 3.

Khan now seeks to move this Court to set aside dismissal entered for excusable neglect and extrinsic fraud. Motion at 2. But Khan's arguments appear to be substantially identical to the ones that Khan raised, and this Court rejected, in adjudicating a prior application to extend time. Dkt. No. 43 at 2–3. Nor does Khan appear to be prepared to address the lack of compliance with this Court's orders to amend his complaint and properly serve Defendants—action without which this case cannot move forward. Without more, Khan cannot meet the requirements for relief from a final judgment, order, or proceeding. *See* Fed. R. Civ. P. 60(b)(1).

More fundamentally, this case has already been dismissed and terminated. This means that no further proceedings in this case are appropriate. Because dismissal was without prejudice, Khan may refile his action if he so chooses. But this Court will not consider Khan's motion to set aside the Court's dismissal of this action, and Khan is instructed that he may not continue making filings in a terminated case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-11961-MEMF-AS Date: October 19, 2026

Title *Shaheryar Khan v. NSO et al*

For all these reasons, the Motion is DENIED.

**Resources for Self-Represented Parties**

Although Khan proceeded *pro se*, i.e., without legal representation, he nonetheless was required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/ local-rules.

The Court cannot provide legal advice to any party, including *pro se* litigants, i.e., parties who are not represented by a lawyer. There is a free "Pro Se Clinic" that can provide information and guidance about many aspects of civil litigation in this Court.

Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

Public Counsel also has extensive resources for *pro se* litigants at its website located at https://publiccounsel.org/services/federal-court/.

The Court is also informed that the LA Law Library, located across the street from the First Street Courthouse at 301 W. First Street, Los Angeles, CA 90012, also has extensive resources for *pro se* litigants. The LA Law Library can be reached via email at reference@lalawlibrary.org, or via telephone at (213) 785-2513.

:

**Initials of Preparer** DBE