FILED
CLERK, U.S. DISTRICT COURT
10/29/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Name/Address of Attorney or Pro Per
Shaheryar Khan
2219 Olive St
Burbank CA 91506
Telephone
☐ FPD ☐ Apptd ☐ CJA ☒ Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Shaheryar Khan, PLAINTIFF(S),
v.
NSO et AL, DEFENDANT(S).

CASE NUMBER: 2-25-CV-11961-MEMF-AS

**Motion and Affidavit for Leave to Appeal In Forma Pauperis:** ☒ 28 U.S.C. 753(f) ☒ 28 U.S.C. 1915

The undersigned Plaintiff Shaheryar Khan, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

Violation title 42USC1985 & Title 42USC1983 FRCP Rule 60

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. Plaintiff's diligently Prosecution Case & Illness inhibit Plaintiff
   b. Defendant NSO, Affinity Partners, TWO, USA Retaliated to Cause a
   c. "Chilling Effect" Violate of Klu Klux Klan Act 1871, Violation 1st Amendment 4th amendment 14th Amend Due Process & Equal Protection, & unusual cruel punishment in Violation Retaliat Freedom of speech Deprivation of Right under the color of the LAW

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☐ Yes ☒ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

c. Are you presently employed in prison? ☐ Yes ☒ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

d. Do you own any cash or do you have money in a checking or savings account? ☒ Yes ~~No~~.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. accounts are Negative balance at bank $2 dollars on a card only balance abo Ø

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? car & Infringment Losses Someone did Fraud in my name not sure what it included

f. In what year did you last file an income tax return? ~~20~~ ~~~~ ~~2020~~ Not sure 2019 or 2020

g. Approximately how much income did your last tax return reflect? $60 ~~[illegible]~~ thousand dollar only Appx

h. List the persons who are dependent upon you for support and state your relationship to those persons.

Not sure in Kids no other

i. State monthly expenses, itemizing the major items. Movement CAR gas 100 Rent 1200 phone 250 wash 170, Insur 150

I declare under penalty of perjury that the foregoing is true and correct.

10/29/26

[signature]
*Signature of Party*