FILED
CLERK, U.S. DISTRICT COURT
10/29/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Shaheryar Khan

2219 Olive Street

Burbank CA 91506

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAHERYAR KHAN

Case Number:2:25-CV-11961 MEMF-AS

Plaintiff

**PLAINTFFS VERIFICATION OF NOTICE OF APPEAL FILING DATE THROUGH THE EDDS SYSTEM 10/29/26 AND EXHIBIT**

NSO et al(s)

Defendants(s)

FLOOR : 8TH
ROOM : 8 A
LOCATION : 350 WEST 3RD STREET
LOS ANGELES CA
JUDGE :Maame Ewusi Mensah
Frimpong

To The Honorable Court:

Please take notice that on 10/29/2026 PLAINTIFF SHAHERYAR KHAN FILED THE FOLLOWING DOCUMENTS THROUGH THE CENTRAL DISTRICT COURTS ELECTRONIC EDDS SYSTEM AS FOLLOWS:

1.) FILED A NOTICE OF APPEAL, WITH ORFDER ATTACHED

2.) A MOTION AND AFFIDAVIT FOR LEAVE TO APPEAL IN FORMA PAUPERIS

3.) ORDER ON MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

PLAINTIFF FILED THESE DOCUMENTS AT APPROXIMATLEY 7:00 PM ON OCTOBER 29TH 2026 ( EXHIBT)

I DECLARE UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT

8/30/26

x_______________________

PLAINTFF SHAHERYAR KHAN

# CONFIRMATION

The document(s) listed below have been submitted to the United States District Court for the Central District of California using the Electronic Document Submission System ("EDSS"). The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF").

Documents submitted using EDSS will be processed in the order they are received and should be uploaded to CM/ECF within 3-5 business (or court) days after receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

**Name:** SHAHERYAR KHAN
**Tracking Number:** EDS-261029-003-8828
**Date:** 10/29/2026

Uploaded files:

- **order on fee waiver.pdf**
  *Description: ORDER ON APPEAL FEE WAIVER*
- **notice of appeal.pdf**
  *Description: NOTICE OF APPEAL*
- **fee waiver appeal.pdf**
  *Description: APPEAL FEE WAIVER*

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the main EDSS page.