UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHAHERYAR KHAN,

Plaintiff - Appellant,

v.

DEFENDANTS IN 2:25-CV-11961-MEMF-AS,

Defendants - Appellees.

No. 26-7538

D.C. No.
2:25-cv-11961-MEMF-AS
Central District of California,
Los Angeles

ORDER

For court efficiency and administration, the court has decided to process this case as a Large Party Case.

All defendants-appellees have been listed under one group name on the docket. All parties have been identified in Exhibit A to this order. The defendants-appellees will proceed under the grouping name of "Defendants in 2:25-cv-11961-MEMF-AS" as listed in the above caption, in this case.

Moving forward, the phrase "Defendants in 2:25-cv-11961-MEMF-AS" in any court notice, order, or opinion in this case will refer to all defendants-appellees listed in Exhibit A. The case will proceed under the name: Khan v. Defendants in 2:25-cv-11961-MEMF-AS.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT