**Exhibit A: Defendants in 2:25-cv-11961-MEMF-AS**

| Defendants in 2:25-cv-11961-MEMF-AS |
|---|
| ***Accounts*** |
| ABC Corporations (named as ABC) |
| AdMob, Inc. (named as AD Mob) |
| Affinity Partners |
| Amazon.com, Inc. (named as Amazon, Amazon Xray) |
| Apple, Inc., (named as Apple Computers, IOS Apple, Iphone, Siri, Airtags) |
| AT&T (named as AT and T) |
| AthletesTouch (named as Athleses Touch) |
| Bank of America Corporation (named as Bank of America, Bank of America Securities) |
| BENlabs (named as Ben Labs) |
| Burbank Public Library (named as Burbank Library) |
| Clovis Police Department (named as Clovid Lopice Dpt) |
| Coldwell Banker Corporation (named as Coldwell Banker) |
| County of Los Angeles (named as Los Angeles County) |
| County of Napa (named as Napa County) |
| Creative Commons |
| Crunchbase (named as Crunch Base) |
| DISH Network Corporation (named as Dish) |
| Does 1-5 |
| Epson America, Inc. (named as EPSON) |
| ESPN, Inc. (named as ESPN) |
| Everly Well, Inc. (named as Everly Well) |
| Everytable, PBC (named as Everytable) |
| GMI Ratings |
| GMI Research |
| Google DeepMind (named as Deepmind)) |
| Google LLC (named as Google, Google Scholoars, Chrome Google) |
| Guggenheim Partners, LLC (named as Gugguenhiem Partners) |
| Heritage Foundation |
| Hewlett Packard Enterprise Company (named as Hewlitt Packard and Packard Hewlitt) |
| Hill's Pet Nutrition, Inc. (named as Hiils Pet Food) |
| Hilton Hotels & Resorts (named as Hiolton Hotels) |
| Hyatt Hotels Corporation (named as Hyatt Hotels) |
| International Business Machines Corporation (named as International Business Machines) |
| Kaiser Permanente Consolidated (named as Kaiser Permenente) |
| LN Plus |
| Major League Baseball, Inc. (named as Major League Baseball) |
| Mark Cuban Cost Plus Drug Company (named as Mark Cuban Cost Plus Drugs) |
| Marriott International, Inc. (named as Marriott) |
| McGuireWoods, LLP (named as McGuire Woods) |
| Metro Goldwyn Mayer Studios, Inc. (named as MGM) |
| MGM Resorts International (named as MGM) |
| Microsoft Corporation (named as Microsoft, Microsoft Outlook) |

| |
|---|
| Mitel Networks Corporation (named as Mitel) |
| Morgan Stanley |
| MSCI, Inc. (named as MSCI) |
| Nationstar Mortgage, LLC (named as Nation Star, Nationstart Bank Aurora Bank) |
| Nike, Inc. (named as Nike) |
| NSO Group Technologies Limited (named as NSO) |
| Ocean Tomo (named as Oecean Tomo) |
| Oracle Corporation (named Paramount Pictures Oracle) |
| Paramount Pictures Corporation (named as Paramount Pictures Oracle) |
| Paramount Skydance Corporation (named as Paramount Pictures Oracle) |
| Pite Duncan, LLP (named as Pite Duncan) |
| Plaid, Inc. (named as Plaid) |
| Project Innerspace (named as Innespace) |
| ProVisors (named as Provisors) |
| Q Cyber Technologies Limited (named as Q Teechnology Group) |
| ResearchGate, GmbH (named as Reseach Gate) |
| Roes 1-5 |
| Salesforce, Inc. (named as Sales Force) |
| SAP SE (named as SAP) |
| Shark Tank |
| Sheraton Hotels and Resorts (named as Sheraton) |
| ShoreTel, Inc. (named as Shoretel IBM) |
| Sony Group Corporation (named as Sony) |
| Sovereign Financial (named as Soveriegn Financial) |
| SpaceX (named as Space X) |
| Sprint Communications, LLC (named as Sprint Communications) |
| Stanford University (named as Stnaford University) |
| Stitch Fix, Inc. (named as Stich Fix) |
| Tesla, Inc. (named as Tesla) |
| The Bank of New York Mellon (named as Bank New York Mellon) |
| The Walt Disney Company |
| Unilever PLC (named as Unilever) |
| United States of America (named as USA) |
| Unknown Party (named as Captial Managment Group, Captial Managment Group) |
| Unknown Party (name as Vergas Games) |
| Unknown Party (named as M1 Platform Finacial, MI Plarform Financial) |
| Unknown Party (named as 1782) |
| Unknown Party (named as Acorns, Signal Communications, Github) |
| Unknown Party (named as Advent International) |
| Unknown Party (named as AEXCT Technology) |
| Unknown Party (named as Albertsons, Plated) |
| Unknown Party (named as Alphabet Capital) |
| Unknown Party (named as Anapum Prodcutiion) |
| Unknown Party (named as Aspirations) |
| Unknown Party (named as Bam Tech) |
| Unknown Party (named as BNEN Pttrson) |
| Unknown Party (named as Boston Celtics) |

| |
|---|
| Unknown Party (named as BP Worx) |
| Unknown Party (named as BRDHRN) |
| Unknown Party (named as BRN Donagy) |
| Unknown Party (named as C Financial) |
| Unknown Party (named as C Throne) |
| Unknown Party (named as Dallas Mavericks) |
| Unknown Party (named as Dattray LW) |
| Unknown Party (named as Dell Computers) |
| Unknown Party (named as Discover Card) |
| Unknown Party (named as DVIN Nunez All Regs) |
| Unknown Party (named as EMC Technology) |
| Unknown Party (named as Finlay) |
| Unknown Party (named as Form) |
| Unknown Party (named as FX) |
| Unknown Party (named as G McFarland Law) |
| Unknown Party (named as GFI Entpr) |
| Unknown Party (named as GFI Mark Brandt |
| Unknown Party (named as GPS Asscoiates) |
| Unknown Party (named as GPS) |
| Unknown Party (named as Guinigau Sunzeee Intelligent China Techoogy) |
| Unknown Party (named as Guinigau Sunzeee) |
| Unknown Party (named as Hays Resnik) |
| Unknown Party (named as Help Hands) |
| Unknown Party (named as Intelligent China Techoogy) |
| Unknown Party (named as ISI) |
| Unknown Party (named as ISS) |
| Unknown Party (named as Jai Siver) |
| Unknown Party (named as Jere Karple) |
| Unknown Party (named as KLY CRGR) |
| Unknown Party (named as Kroll) |
| Unknown Party (named as KSH Patel) |
| Unknown Party (named as Ldan Cton) |
| Unknown Party (named as Leaf Filter) |
| Unknown Party (named as Manik Dattry) |
| Unknown Party (named as Mentors Group) |
| Unknown Party (named as Migrom Wilson) |
| Unknown Party (named as MM Eye) |
| Unknown Party (named as MMM) |
| Unknown Party (named as MTECH) |
| Unknown Party (named as Nash) |
| Unknown Party (named as Nat Chrt) |
| Unknown Party (named as Nation Security) |
| Unknown Party (named as Nbike Fuel) |
| Unknown Party (named as Neil Nhcnad Jac Pacific, Jason) |
| Unknown Party (named as Omni Tech) |
| Unknown Party (named as Orion Financial) |
| Unknown Party (named as Prime Clerk) |

| |
|---|
| Unknown Party (named as Profitech) |
| Unknown Party (named as RCIS Wsartpout) |
| Unknown Party (named as Rimmil Fix) |
| Unknown Party (named as RN Kassn) |
| Unknown Party (named as Rob LNU) |
| Unknown Party (named as Rob) |
| Unknown Party (named as SCT Poctroctr) |
| Unknown Party (named as Skydance) |
| Unknown Party (named as Sorensen Conenxant) |
| Unknown Party (named as TCN Starboard) |
| Unknown Party (named as TCN) |
| Unknown Party (named as Terrill Law) |
| Unknown Party (named as Terrilm Law) |
| Unknown Party (named as Trachphone) |
| Unknown Party (named as Trunpnt) |
| Unknown Party (named as Tworganization) |
| Unknown Party (named as Whmentors) |
| Verizon Communications, Inc. (named as Verizon) |
| ViacomCBS Inc. (named as Viacom) |
| Wiley Publishing, LLC (named as Wiley Publishing) |
| World Food Programme (named as Worle Food Programe) |
| Yahoo Inc. (named as Yahoo) |
| Zebra Technologies Corporation (named as Zebra Technology) |
| ***Contacts*** |
| Adam Kraemer |
| Adam Snikknner |
| Bill Gates |
| Brian Seigrist |
| Chad Wilson |
| Dipak Lewis |
| George Soros |
| Jeff Easton |
| Kent Seton |
| Marge Wilson |
| Mark Cuban |
| Mark Walters |
| Michael Mankarious |
| Omar Hamoui |
| Ophir Gottlieg |
| Paul Soros |
| Roiblyn Naber |
| Sean Orbinson |